# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and
Attorney-in-Chief*

December 4, 2017

**EX PARTE**

**VIA EMAIL**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/8/2017

I agree with Mr. Patton's recommendation and approve David Stern as learned counsel for Defendant Saipov.

Re:  **United States v. Sayfullo Saipov**
     **17 Cr. 722**

Dear Judge Broderick:

    I write pursuant to 18 U.S.C. § 3005 to recommend the appointment of David Stern as learned counsel in the above-captioned capital case.

    Mr. Stern is a member of the SDNY CJA Capital Panel, and he has frequently been found to be learned in the law of capital cases. Mr. Stern also has significant experience in cases involving terrorism charges. I have communicated with Mr. Stern, and he is available for the appointment.

    Please do not hesitate to contact me with any questions or concerns.

                          Best regards,

                          /s
                          David E. Patton
                          Executive Director
                          (212) 417-8738