# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2017

Ex-Parte
To be filed partially under seal

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York NY 10007

Re:   United States v. Sayfullo Habibullaevic Saipov
      17 Cr. 0722 (VSB)

Dear Judge Broderick:

As set forth in our ex-parte letter dated December 13, 2017, the defense has identified a number of experts, with whom we intend to consult and potentially retain. In connection with these potential defense experts, the defense requests an order prohibiting the government from seeking access to Mr. Saipov's visitor log.



Honorable Vernon S. Broderick          December 15, 2017
United States District Judge            Page 2
Southern District of New York

Re:   **United States v. Sayfullo Habibullaevic Saipov**
      **17 Cr 0722 (VSB)**

     For this reason, we ask the Court to sign the enclosed
order precluding the Government from seeking access to Mr.
Saipov's visitor log, which is maintained by BOP staff at MCC
New York. I ask that the second and third paragraphs of this
letter remain ex-parte and under seal because they reference
defense planning and strategy.

                              Respectfully submitted,

                              Jennifer Brown
                              Annalisa Miron
                              David Patton
                              Tel.: (212)417-8722/8738/8780
                              David Stern
                              Tel.: (212) 571-5500