# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2018

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

**Re: United States v. Sayfullo Habibullaevic Saipov, 17 CR 722
(VSB)**

Dear Judge Broderick:

We write in response to the government's letter dated May
8, 2018, regarding the scope of the Court's January 23, 2018,
order and the Special Administrative Measures ("SAMs") that the
government imposed on March 27, 2018.  We intend to file a
substantive response by May 18, 2018.  There are no non-legal
visits or non-legal communications of any kind scheduled between
today and May 18th, and we ask the Court to defer a decision on
the issue the government raises until after we respond.

Respectfully submitted,

Jennifer Brown
Annalisa Mirón
David Patton
Sylvie Levine
Tel.: 212-417-8722/8738/8780/8729

David Stern
Tel.: 212-571-5500