```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                                :
UNITED STATES OF AMERICA        :
                                :       ORDER
         - v. -                 :
                                :       S1 17 Cr. 722 (VSB)
SAYFULLO HABIBULLAEVIC          :
SAIPOV,                         :
                                :
              Defendant.        :
                                :
------------------------------ X
```

Upon the application of the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, by and through Andrew D. Beaty, Amanda Houle, and Matthew Laroche, Assistant United States Attorneys, of counsel, and the Federal Defenders of New York, Inc., by and through David E. Patton, Jennifer L. Brown, and Annalisa Miron, of counsel, it is found that a potential conflict of interest existed with respect to David Stern, Esq., in connection with the pending litigation involving Special Administrative Measures ("SAMs");

It is further found that in order to eliminate the conflict, Mr. Stern agreed that he would recuse himself from participating in the SAMs litigation, and confirmed that he no longer represents a previous client, which presented the potential conflict;

It is further found that the defendant should continue to have access to learned counsel pursuant to 18 U.S.C. §§ 3005 and 3599 during the SAMs litigation; and therefore it is

ORDERED that David Ruhnke, Esq., is appointed as learned counsel to the defendant pursuant to 18 U.S.C. § 3005 for the limited purpose of the SAMs litigation.

Dated:	New York, New York
	July  26 , 2018

*Vernon Broderick*
Vernon S. Broderick
United States District Judge