

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2018

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States* v. *Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    Earlier today, the defendant filed a motion seeking to preclude the Government from seeking the death penalty. *See* Dkt. No. 75. The parties have conferred and respectfully request that the Court set the following schedule for additional submissions: (i) Government opposition due by September 28, and (ii) defense reply, if any, by October 5.

                                 Respectfully submitted,

                                 GEOFFREY S. BERMAN
                               United States Attorney

              by:      /s/
                    Andrew D. Beaty
                    Amanda Houle
                    Matthew Laroche
                    Assistant United States Attorneys
                    (212) 637-2198 / 2194 / 2420