

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  9/7/2018

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States* v. *Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    Earlier today, the defendant filed a motion seeking to preclude the Government from seeking the death penalty.  *See* Dkt. No. 75.  The parties have conferred and respectfully request that the Court set the following schedule for additional submissions:  (i) Government opposition due by September 28, and (ii) defense reply, if any, by October 5.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:    /s/
    Andrew D. Beaty
    Amanda Houle
    Matthew Laroche
    Assistant United States Attorneys
    (212) 637-2198 / 2194 / 2420