# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David Patton
*Executive Director and*
*Attorney-in-Chief*

January 11, 2018

**Filed *via* ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York NY 10007

**Re:   United States v. Sayfullo Saipov**
**17 Cr. 0722 (VSB)**

Dear Judge Broderick:

I write to request an opportunity to file a substantive response to the government's proposed schedule for the balance of pre-trial filings (ECF No. 104).  I propose a deadline of Friday, January 25, 2019.

Respectfully submitted,

/s
David Patton
Tel.: (212)417-8738

Cc:  All parties *via* ECF