Case 1:17-cr-00722-VSB   Document 111   Filed 01/25/19   Page 1 of 1



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2019

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

     Re:   *United States* v. *Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

     The Government writes in response to the Court's January 14, 2019 order to confer and jointly propose pretrial deadlines in the above-captioned case. The parties have begun conferring but jointly request an additional two weeks—to February 8, 2019—to respond to the Court.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney


              by:     /s/
                    Andrew D. Beaty
                    Amanda Houle
                    Matthew Laroche
                    Assistant United States Attorneys
                    (212) 637-2198 / 2194 / 2420

CC:  Defense Counsel (Via ECF)