UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S1 17 Cr. 722 (VSB) |
| -v.- | |
| SAYFULLO HABIBULLAEVIC SAIPOV, | |
| Defendant. | |

I, MATTHEW LAROCHE, declare under penalty of perjury:

1.      I am an Assistant U.S. Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York.  I respectfully submit this Declaration in support of the Government's omnibus brief, dated February 15, 2019, filed in response to the defendant's pretrial motions.

2.      Attached hereto as Exhibits A and B are medical records obtained from Bellevue Hospital documenting Saipov's treatment on October 31 and November 1, 2017.

3.      Attached hereto as Exhibit C is a document titled "INTERROGATION WARNINGS TO PERSONS IN POLICE CUSTODY."  Based on conversations with Federal Bureau of Investigation ("FBI") Special Agent Joanna Maroudas and New York City Police Department ("NYPD") Detective Richard Paugh (the "Interview Agents"), I understand that Special Agent Maroudas asked Saipov the questions on this form when she *Mirandized* him on November 1, 2017, and that Special Agent Maroudas recorded Saipov's answers to each question on the form.

4.      Attached hereto as Exhibit D is a document titled "WAIVER OF SPEEDY PRESENTMENT," dated November 1, 2017.  Based on my conversations with the Interview

Agents, I understand that the Interview Agents reviewed this document with Saipov during Saipov's confession on November 1, 2017.

5.    Attached hereto as Exhibit E is a document titled "CONSENT TO SEARCH," dated November 1, 2017.  Based on my conversations with the Interview Agents, I understand that the Interview Agents reviewed this document with Saipov during Saipov's confession on November 1, 2017.

6.    Attached hereto as Exhibit F is an FBI 302 report, authored by NYPD Detective Michael Stumpf, documenting his interactions with Saipov on November 1, 2017.

7.    Attached hereto as Exhibit G is a document titled "ACKNOWLEDGEMENT," dated March 23, 2016.  Exhibit G was included among records provided by representatives of Saipov's former employer during an interview with FBI agents on November 1, 2017.

8.    Attached hereto as Exhibit H is a portion of Saipov's A-File maintained by the Department of Homeland Security.

9.    Attached hereto as Exhibit I are Articles of Incorporation for a Domestic Limited Liability Company named Bright Auto LLC.  Exhibit I was obtained from a website associated with Ohio's Secretary of State, and it can be accessed at the following URL: https://bizimage.sos.state.oh.us/api/image/pdf/201324001222/true.

10.    Attached hereto as Exhibit J is an email, dated October 4, 2013, with the subject line "w-9."  Attached to the email is an Internal Revenue Service ("IRS") Form W-9 in the name of Bright Auto LLC.  The email and attachment were obtained from an email account (the "Bright Auto Email Account"), which was searched pursuant to a search warrant issued by United States Magistrate Judge Barbara C. Moses on November 3, 2017 (the "Email Search Warrant").

2

As set forth in the Email Search Warrant, the Bright Auto Email Account belongs to and was used by Saipov.

11.     Attached hereto as Exhibit K is a letter from the IRS addressed to "BRIGHT AUTO LLC SAIFULLO SAIPOV SOLE MBR."  Exhibit K was obtained from a computer in Saipov's residence (the "Computer"), which was searched pursuant to a search warrant issued by Judge Moses on November 1, 2017 (the "Home Search Warrant").

12.     Attached hereto as Exhibit L is a two-page document obtained from the Computer pursuant to the Home Search Warrant.  The first page of Exhibit L is on an insurance company's letterhead and is titled "Authorization to Request Consumer Report."  The second page of Exhibit L is titled "OHIO FRAUD STATEMENT."

13.     Attached hereto as Exhibit M is a document that appears to be a commercial automobile insurance policy for the company Bright Auto LLC.  Exhibit M was obtained from the Computer pursuant to the Home Search Warrant.

14.     Attached hereto as Exhibit N is an email, dated October 9, 2013, from the Bright Auto Email Account to an email address that appears to be associated with an insurance company.  Attached to the email is a document titled "Commercial Policy Change Request," for insured Bright Auto LLC.  Exhibit N was obtained from the Bright Auto Email Account pursuant to the Email Search Warrant.

15.     Attached hereto as Exhibit O is a document from the Ohio Department of Taxation titled "International Fuel Tax Agreement (IFTA) License."  Exhibit O was obtained from the Computer pursuant to the Home Search Warrant.

16.     Attached hereto as Exhibit P is a document titled "Registration Confirmation" on letterhead of the U.S. Department of Transportation.  Exhibit P was obtained from the Computer pursuant to the Home Search Warrant.

17.     Attached hereto as Exhibit Q is an email, dated October 21, 2013, from the Bright Auto Email Account to another email account.  The email contains a six-page attachment. Each page of the attachment is a "Straight Bill of Lading" on letterhead for Bright Auto LLC. Exhibit Q was obtained from the Bright Auto Email Account pursuant to the Email Search Warrant.

18.     Attached hereto as Exhibit R is a document titled "Unified Carrier Registration," for "Legal Name:  Bright Auto LLC."  Exhibit R was seized from the Computer pursuant to the Home Search Warrant.

19.     Attached hereto as Exhibit S is a transcript of the court appearance in this case on June 22, 2018.

20.     Attached hereto as Exhibit T is a series of FBI 302 reports memorializing interviews of doctors and medical staff from Bellevue Hospital who were involved in Saipov's treatment and care on October 31 and November 1, 2017.

21.     Attached hereto as Exhibit U is an image obtained from one of Saipov's cellphones (referred to as the Subject Devices in the Government's omnibus brief).

22.     Attached hereto as Exhibit V are handwritten notes.  Based on my conversations with Special Agent Maroudas, I understand that Special Agent Maroudas recorded these notes in connection with Saipov's confession on October 31 and November 1, 2017.

23.     Attached hereto as Exhibit W are documents provided by law enforcement in Missouri relating to Saipov's arrest in October 2016.

24.     Attached hereto as Exhibit X is an FBI 302 report memorializing a January 28, 2019 interview of a state trooper with the Missouri State Highway Patrol.

25.     I declare under penalty of perjury that, to the best of my knowledge, the foregoing information is true and correct.

Dated:        New York, New York
              February 15, 2019

_____
MATTHEW LAROCHE
Assistant United States Attorney