# Exhibit C



### INTERROGATION WARNINGS TO PERSONS IN POLICE CUSTODY:

THE FOLLOWING WARNINGS MUST BE GIVEN TO THE SUBJECT BEFORE THE INTERROGATION BEGINS:

1. "You have the right to remain silent and refuse to answer questions." Do you understand?
   Subject replied __Y__

2. "Anything you do say may be used against you in a court of law." Do you understand?
   Subject replied __Y__

3. "You have the right to consult an attorney before speaking to the police and to have an attorney present during any questioning now or in the future." Do you understand?
   Subject replied __√__

4. "If you cannot afford an attorney, one will be provided for you without cost." Do you understand?
   Subject replied __√__

5. "If you do not have an attorney available, you have the right to remain silent until you have had an opportunity to consult with one." Do you understand?
   Subject replied __√__

6. "Now that I have advised you of your rights, are you willing to answer questions?"
   Subject replied __Y__

### DIRECTIONS TO POLICE OFFICER:

A. If the subject indicates that he does not understand any portion of the instructions, they may be explained to him further in substantially similar language.

B. If the subject does not understand English, the statement and any explanations shall be given in whatever language he does speak or understand.

C. If the subject states he wants an attorney, he may not be interrogated until an attorney is present. If the subject states he wishes to remain silent and make no statement, he may not be interrogated. If the subject is talking to the police and then indicates his desire to stop, the interrogation must cease and he must not be interrogated further.

D. If the person in custody indicates he has an attorney and wishes to consult with him, the officer conducting the interrogation must ascertain the identity of such attorney and make reasonable effort to contact him.

E. Interrogation means questioning begun by police officers after a person has been taken into custody or otherwise deprived of his freedom