# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

         - v -

SAYFULLO HABIBULLAEVICH SAIPOV,

         Defendant.
-------------------------------------------------------X

**WAIVER OF SPEEDY PRESENTMENT**

I, SAYFULLO HABIBULLAEVICH SAIPOV, have been advised by a Special Agent of the Federal Bureau of Investigation of the following:

1. I have been arrested today in connection with my alleged role in a vehicular attack on civilians on the West Side Highway in Manhattan, New York. I understand that as a consequence of these allegations, I will be charged with violations of federal criminal law, including Title 18, United States Code, Section 2339B, that is, material support to a designated foreign terrorist organization.

2. I have the right to remain silent, and to refuse to answer any questions.

3. Anything I say can be used against me in a court of law.

4. I have a right to an attorney, and to have that attorney present at all stages of the criminal proceedings against me. I need to make no statements until such time as I am represented by counsel.

5. If I do not have the funds to retain a lawyer, the Court will appoint a lawyer to represent me at no cost to myself, and I need make no statements until such time as counsel is appointed and I can consult with my attorney.

6. I have a right to be brought without undue delay before a United States Magistrate Judge or other judicial officer who, in accordance with the Federal Rules of Criminal Procedure, would:

    a. Formally advise me of the charges against me, and make a determination whether probable cause exists to believe that I committed a violation of federal criminal law;

      b. Appoint a lawyer to represent me if I cannot afford one or give me an opportunity to retain my own attorney;

      c. Determine whether I should be released on bail pending indictment and/or trial of the case against me.

I understand all of these rights and I hereby choose to waive my right to a speedy initial appearance before a United States Magistrate Judge or other judicial officer. I also waive the other rights described in Paragraph Six. I do so knowingly and voluntarily, and without any promise having been made to me, except that the prosecuting attorney in this case will be advised of the circumstances of any cooperation that I may provide to law enforcement officials.

I understand that I will, at a future time, be presented before a United States Magistrate Judge on a Complaint charging me with a violation of federal criminal law. I also understand that at a future time a Complaint, Information, or an Indictment may be filed against me in the United States District Court for the Southern District of New York charging me with violation(s) of federal criminal law.

I agree that I will appear at the United States Courthouse, 500 Pearl Street, New York, New York, or at any other courthouse, whenever directed to do so by either the United States Attorney for the Southern District of New York or the United States District Court.

Dated: New York, New York

      November 1, 2017

_GAVE VERBAL CONSENT_
Defendant

Started 5:40 am 11/1/17
finished 5:46 am 11/1/17
[signature]
Witness

012539