# Exhibit F

**UNCLASSIFIED//FOUO**

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   01/05/2018

On November 01,2017 at approximately 0300hrs Detective Stumpf was present at Belluvue Hospital to assist with the Interview/Debriefing and also act as a laision between the JTTF and the Hospital Staff. The Interview was being conducted by Detective Richard Paugh and Special Agent Joanna Maraudes of captioned subject SAYFULLO SAIPOV.

(U) At approximately 1030-1100hrs SAIPOV was being examined by a Physical Therapist who required that SAIPOV's restraints be removed , so he could walk around his room.During the course of this exam, the therapist asked SAIPOV to conduct different tasks in which SAIPOV responded in doing. This interaction between the therapist and SAIPOV was conducted in English.

(U) At apprximately 1335hrs while still in SAIPOV's Hospital room, Special Agent Amber Tyree was present to advise SAIPOV that he was being placed under arrest, she spoke to SAIPOV in English and afterwards asked SAIPOV if he understood what she just said to him, SAIPOV responded"yes". Afterwards while Detective Stumpf was helping SAIPOV get dressed into clothes provided to him, SA Tyree was asking him background questions for his arrest paperwork. When asked about the correct spelling of his wife's name he corrected SA Tyree by saying that his wife's name had an "A" at the end, and that is how you would spell it for a female and without the "A" if it was a male, this conversation was in English.

(U) At approximately 1430hrs while inside of the transport van to 26 Federal Plaza for arrest processing,SAIPOV was sitting in the middle row next to Detective Stumpf and was fidgeting about, Detective Stumpf asked him if he was ok or in a lot of pain, SAIPOV advised that he was in "a little pain", but he would be ok.SAAIPOV's response was in English.

(U) While at 26 Federal Plaza in the arrest processing room,SAIPOV was given commands while being fingerprinted and photographed, such as to stand and turn right or left, to place his hand, either right or left on the pad, these commands were all in English. Detective Stumpf never had to

**UNCLASSIFIED//FOUO**

| | | |
|---|---|---|
| Investigation on | 11/01/2017 at | New York City, New York, United States (In Person) |
| File # | ██████████████ | Date drafted   01/05/2018 |
| by | STUMPF MICHAEL JOSEPH | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U) COnversations with captioned subject, Sayfullo Saipov , On 11/01/2017 , Page 2 of 2

repeat himself and all commands were giving in English.At one point Detective Stumpf noticed that SAIPOV looked cold and asked SAIPOV if he was cold, SAIPOV answered "NO that the sweatshirt was good".

(U)After arrest processing,SAIPOV was taken over by van from 26 Federal Plaza to court(SDNY).In route Detective Stumpf explained to SAIPOV how the process was going to work, in which he would speak with an attorney and then go before a Judge sometime today, SAIPOV did not answer at first, so Detective Stumpf asked him if he understood what I said or did he need a translator to explain. SAIPOV looked at Detective Stumpf and said "I understand English, I understand you".

(U) At approximately 1630hrs SAIPOV was brought into the courthouse where we were met by the US Marshals, who had to do some intake paperwork on SAIPOV. While still in the presence of Detective Stumpf, SAIPOV was given commands and was asked questions by the Marshals in which he responded in English.

(U) At approximately 1730hrs SAIPOV met with Attorney's from the Public Defenders Office and Detective Stumpf turned over custody to the US Marshals Office, who afterwards brought him into court for arraignment.

UNCLASSIFIED//FOUO