# Exhibit G

# ACKNOWLEDGEMENT

This is to certify that I, _____Sayfullo_____, am fluent in ENGLISH LANGUAGE to read, understand and complete all I.I.K. Transport forms and applications and communicate IN ENGLISH.

_____Sayfullo_____
**Printed Name**

_____[signature]_____
**Signature**

_____03/23/16_____
**Date**

Initials  S. S.