# Exhibit K

```
          DEPARTMENT OF THE TREASURY
IRS       INTERNAL REVENUE SERVICE
          CINCINNATI  OH    45999-0023
```

Date of this notice:  07-25-2013

Employer Identification Number:
█████████

Form:  SS-4

Number of this notice:  CP 575 G

BRIGHT AUTO LLC
SAIFULLO SAIPOV SOLE MBR
█████████████████████████

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you █████████.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is BRIG.  You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)     575G                          07-25-2013   BRIG   O   9999999999   SS-4

                      Keep this part for your records.          CP 575 G (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                                 CP 575 G
correct any errors in your name or address.

                                                                                                                    9999999999

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 07-25-2013
(       )      -                            EMPLOYER IDENTIFICATION NUMBER:
_____  _____    FORM: SS-4            NOBOD


INTERNAL REVENUE SERVICE                    BRIGHT AUTO LLC
CINCINNATI   OH   45999-0023                SAIFULLO SAIPOV SOLE MBR