# Exhibit N

| | |
|---|---|
| DATE: | 10/9/2013 13:01:03 -04:00 |
| SUBJECT: | **End Conf - Add 05 Auto Hauler #5741 - grange** |
| FROM: | █████████████████ |
| REPLY-TO: | ███████████████ |
| TO (1): | ████████████████████████ |
| ATTACHMENTS (1): | 📎 End Conf - Add 05 Auto Hauler #5741 - grange.pdf |

Date: Wed, 09 Oct 2013 13:01:03 EDT

Subject: End Conf - Add 05 Auto Hauler #5741 - grange

From: ████████████████████

To: ██████████████████

Has Attachment: Yes


Sent from my iPhone



Grange Indemnity Insurance Co.

# Commercial Policy Change Request

**Pending Changes for:**

| | | |
|---|---|---|
| **Policy:** | XA 2046808 | **Proposed Premium Adjustment** |
| **Insured:** | BRIGHT AUTO LLC | **Prorata** $1,560.21 |
| **Proposed Effective Date of Change:** | 10/8/2013 | **Annual** $1,911.00 |

**Summary of Change(s):**

Adding vehicle 012: 2005 OTHER-ALL OTHER Auto Hauler VIN ▮▮▮▮▮▮▮▮▮▮ with class code 682980

Deleting vehicle 011: 2013 OTHER-ALL OTHER TRAILER Auto Hauler VIN NONOWNEDTRAILER1

**Comments:**

Print Date: 10/8/2013

**Policy Holder Signature:** _(signed)_

Thank you for the opportunity to design this quote for your business. The following Commercial AutoAccel Policy quote, which you requested, has been tailored for you as part of our Design Series ᴿᴹ of coverage. It is valid for 30 days from today's date. This is not a contract or binder of insurance. The rates used in this quotation are subject to pending rate changes. This quote is based on the underwriting and rating information provided to date and may be subject to additional rating, pricing or underwriting considerations. **This policy could be modified or declined, and coverage has not been bound. Changes made to AutoAccel policies cannot be backdated.**

22-309 (10-2007)                              Page 1 of 1