# Exhibit O

OHIF-3 fil-in
Rev. 12/09


**Department of Taxation**

**International Fuel Tax Agreement (IFTA) License**

License no:
Licensee: **BRIGHT AUTO LLC**



**Nontransferable, Expires December 31, 2015**
A copy of this license must be carried in each motor vehicle.

This license is issued under the terms of the International Fuel Tax Agreement and is valid for vehicles operated by the licensee in all IFTA member jurisdictions.

**International Fuel Tax Agreement**

---

## Temporary Authority Section

This temporary decal permit is issued under the terms of the International Fuel Tax Agreement and is valid for the vehicle described below in all IFTA jurisdictions. A copy of this temporary decal permit must be carried in the vehicle. This temporary decal permit is not valid unless accompanied by a copy of the motor carrier's IFTA license.

Do not enter vehicle identification number until stamped in bottom corner.

**For Temporary Authority Use Only**

| Vehicle Identification Number | Base Jurisdiction |
|---|---|
|  | Ohio |

Effective Date:  **3/3/2015**   Valid Through:  **4/2/2015**

Temporary Permit NOT Valid Unless Stamped

150620007



330-319-7701