# Exhibit P

![U.S. Department of Transportation Federal Motor Carrier Safety Administration - FMCSA Registration]

# Registration Confirmation

The USDOT number assigned is: 2426159

USDOT Personal Identifier (PIN) is: 4P71JT2R

The Docket number assigned is: MC836003 ***Please see important message below***

This application seeking federal registration to operate in interstate commerce or as an intrastate operation has been approved.

As a "New Entrant", the FMCSA will continue to evaluate the safety management practices through a safety audit and monitor the on-road performance prior to granting motor carriers permanent registration. Motor carriers must maintain minimum safety standards and continue to comply with Federal Motor Carrier Safety Regulations (FMCSRs) and applicable Hazardous Materials Regulations (HMRs) in order to continue operating in interstate commerce during and after the 18-month period. Failure to comply with these requirements may result in the revocation of the USDOT Registration operating authority.

A follow-up letter will be mailed to all interstate commerce operations within a few days, explaining FMCSA Regulatory Registration requirements.

**Generate MCS-150** 

FMCSA marking rule

FMCSA Biennial update requirements

FMCSA marking rule for Intrastate Hazardous Materials motor carriers and Intrastate Non Hazardous Materials Carriers

[ Modify MCS-150 Data ]

## Congratulations!

You have completed the OP-1 application. Notice of the application will be published in the FMCSA Register.

You may begin operations only after the certificate, permit or license has been issued following your compliance with the requirements shown below:

1. Insurance (liability: Form BMC-91 or BMC-91X; and cargo: Form BMC-34) (49 CFR 387)
2. Insurance (surety bond: Form BMC-84 or trust fund: Form BMC-85) (49 CFR 387): for brokers
3. Designation of agents upon processes may be served (Form BOC-3) (49 CFR 366)
4. Offer of arbitration as a means of settling loss-damage disputes (49 USC 14708): for household goods carriers

**Note**: To avoid delay in the issuance of your operating authority (MC number), your name, address and MC number (excluding the suffix) **MUST MATCH EXACTLY** on all of the forms that you file, including the information filed by your insurance company.

If the applicant fails to comply within 20 days of the date of publication in the FMCSA Register, a decision will be served notifying the applicant that the application will be dismissed for want of prosecution unless the applicant complies with the requirements within 60 days.

Within 24 to 48 hours after filing your application you can visit our website at **FMCSA** to see the status of your application.

If you have any questions about the OP-1 application process and the issuance of operating authority, please call the FMCSA Licensing Team at **202-366-9805**.

To print a fascimile in PDF format of your registration entry, click the appropriate GO Button:

**Generate OP1** 

In order to view PDF files, you will need the Adobe® Acrobat® Reader™, a plug-in available from Adobe Systems, Inc.
You may obtain this free plug-in at: http://www.adobe.com/products/acrobat/readstep2.html

In order to view MS Word files, you may need to MS Word Viewer plug-in available from Microsoft.
You may obtain this free plug-in at: http://www.microsoft.com/downloads/details.aspx?FamilyID=9bbb9e60-e4f3-436d-a5a7-

[da0e5431e5c1&DisplayLang=en](#)

August 01, 2013



Registration Home | FMCSA Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Safer

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts