# Exhibit Q

| | |
|---|---|
| DATE: | 10/21/2013 12:03:15 -04:00 |
| SUBJECT: | **PDF created on 10/21/13, 10:03:08 AM MDT** |
| FROM: | sayfullo <[redacted]> |
| REPLY-TO: | [redacted] |
| TO (1): | [redacted] |
| ATTACHMENTS (1): | 📎 File-21-10-2013-09-54-33.pdf |

Date: Mon, 21 Oct 2013 12:03:15 EDT
Subject: PDF created on 10/21/13, 10:03:08 AM MDT
From: [redacted]
To: [redacted]
Has Attachment: Yes


Sent from my iPhone

# BRIGHT AUTO LLC

Phone: ███████████  Fax: _____

E Mail: ███████████

**STRAIGHT BILL OF LADING:** Not Negotiable- Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading

| ORIGIN: ███ | DESTINATION: ███ |
|---|---|
| STREET: ███ | STREET: ███ |
| CITY, STATE: ███ | CITY, STATE: ███ |
| PHONE: ███ | PHONE: ███ |

ORDER# _____  YEAR: 2008  MAKE: Cheve  MODEL: Silverado  VIN # (LAST 6): ███

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)   CUSTOMER'S INITIALS: _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE. AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

Notes: _____

_____

_____

ALL SHIPMENTS ARE CASH ON DELIVERY, MONEY ORDER OR CASHIERS CHECKS. UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

**All Transportation Damages MUST be Reported Immediately**

THE LIABILITY OF BRIGHT AUTO LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL BRIGHT AUTO LLC BE LIABLE FOR CONSEQUENTIAL INCIDENTAL OR SPECIAL DAMAGES.

Inspection Completed by: _____  DRIVER

Shipper's Signature _____   Receiver's Signature _____

Date _____   Date 10.14.13

☐ COD       $ ✓
☐ BILLING   $ _____
☐ COMCHECK  $ _____
   TOTAL    $ _____

WHITE - CARRIER
YELLOW - RECEIVER
PINK - SHIPPER

# BRIGHT AUTO LLC

Phone: ███  Fax: _____

**STRAIGHT BILL OF LADING:** Not Negotiable- Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading

| ORIGIN: | DESTINATION: |
|---|---|
| STREET: | STREET: |
| CITY, STATE: | CITY, STATE: |
| PHONE: | PHONE: |

ORDER# 830-K46  YEAR: 2004  MAKE: Jeep  MODEL: G. Cherokee  VIN # (LAST 6): ███

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)   CUSTOMER'S INITIALS: _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE. AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

Notes: Driver side frame + window missing

ALL SHIPMENTS ARE CASH ON DELIVERY, MONEY ORDER OR CASHIERS CHECKS. UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

All Transportation Damages MUST be Reported Immediately

THE LIABILITY OF BRIGHT AUTO LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL BRIGHT AUTO LLC BE LIABLE FOR CONSEQUENTIAL INCIDENTAL OR SPECIAL DAMAGES.

☑ COD  $ _____
☐ BILLING  $ _____
☐ COMCHECK  $ _____
TOTAL  $ _____

Inspection Completed by: _____  DRIVER
Shipper's Signature    Receiver's Signature

WHITE - CARRIER
YELLOW - RECEIVER
PINK - SHIPPER

Date _____    Date _____

# BRIGHT AUTO LLC

Phone: [redacted]  Fax: _____

**STRAIGHT BILL OF LADING:** Not Negotiable- Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading

| ORIGIN | DESTINATION |
|---|---|
| STREET: | STREET: |
| CITY, ST: | CITY, ST: |
| PHONE: | PHONE: |

ORDER# 37816  YEAR: 2007  MAKE: KIA  MODEL: Spectra  VIN # (LAST 6): [redacted]

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)    CUSTOMER'S INITIALS: _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE. AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

Notes: _Title Res'd mailed_

ALL SHIPMENTS ARE CASH ON DELIVERY, MONEY ORDER OR CASHIERS CHECKS. UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

**All Transportation Damages MUST be Reported Immediately**

THE LIABILITY OF BRIGHT AUTO LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL BRIGHT AUTO LLC BE LIABLE FOR CONSEQUENTIAL INCIDENTAL OR SPECIAL DAMAGES.

☑ COD       $ _____
☐ BILLING   $ _____
☐ COMCHECK  $ _____
   TOTAL    $ _____

Inspection Completed by: _____ DRIVER

Shipper's Signature _____   Receiver's Signature _____

Date _____   Date _____

WHITE - CARRIER
YELLOW - RECEIVER
PINK - SHIPPER

# BRIGHT AUTO LLC

Phone: ▮▮▮▮▮▮▮▮▮▮    Fax: ▮▮▮▮▮▮▮▮▮▮

**STRAIGHT BILL OF LADING:** Not Negotiable- Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading

ORIGIN: ▮▮▮▮▮▮▮▮▮▮
STREET: ▮▮▮▮▮▮▮▮▮▮
CITY, ▮▮▮▮▮▮▮▮▮▮
PHONE: ▮▮▮▮▮▮▮▮▮▮

DESTINATION: ▮▮▮▮▮▮▮▮▮▮
STREET: ▮▮▮▮▮▮▮▮▮▮
CITY, STATE: ▮▮▮▮▮▮▮▮▮▮
PHONE: ▮▮▮▮▮▮▮▮▮▮

ORDER#: ____   YEAR: 2004   MAKE: TOYOTA   MODEL: TUNDRA   VIN # (LAST 6): ▮▮▮▮▮▮

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)    CUSTOMER'S INITIALS: _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE. AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

**Notes:** Larson

ALL SHIPMENTS ARE CASH ON DELIVERY, MONEY ORDER OR CASHIERS CHECKS. UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

**All Transportation Damages MUST be Reported Immediately**

THE LIABILITY OF BRIGHT AUTO LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL BRIGHT AUTO LLC BE LIABLE FOR CONSEQUENTIAL INCIDENTAL OR SPECIAL DAMAGES.

Inspection Completed by: _____ DRIVER

Shipper's Signature _____    Receiver's Signature _____
Date _____    Date 10.14.13

☐ COD    $ _____
☐ BILLING    $ _____
☑ COMCHECK    $ _____
TOTAL    $ _____

WHITE - CARRIER
YELLOW - RECEIVER
PINK - SHIPPER

# ALI TRANS LLC

| ORIGIN: |
| --- |
| STREET: |
| CITY, STATE: |
| PHONE: |

## STRAIGHT BILL OF LADING –
**Not Negotiable** – Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading.

| DESTINATION |
| --- |
| STREET: |
| CITY, STATE: |
| PHONE: |

ORDER # _____  YEAR **2008**  MAKE **MAZDA**  MODEL **RX-8**  VIN (LAST 6)

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SOILED
- SS — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)    CUSTOMER INITIALS _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE

AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

Notes: _____

ALL SHIPMENTS ARE CASH ON DELIVERY MONEY ORDER OR CASHIERS CHECKS, UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

*All transportation damages must be reported immediately*
THE LIABILITY OF ALI TRANS LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL ALI TRANS LLC BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES.

| | |
| --- | --- |
| ☐ COD | $ _____ |
| ☐ BILLING | $ _____ |
| ☐ COMCHECK | $ _____ |
| TOTAL | $ _____ |

Inspection completed by: _____  DRIVER _____

SHIPPER'S SIGNATURE _____   RECEIVER'S SIGNATURE _____

DATE: 10/17/13    DATE: _____

WHITE - CARRIER    YELLOW - RECEIVER    PINK - SHIPPER

# BRIGHT AUTO LLC

Phone: ▮▮▮▮▮▮▮▮▮▮   Fax: _____

**STRAIGHT BILL OF LADING:** Not Negotiable- Received, subject to the classifications and tariffs in effect on the date of issue of this original Bill of Lading

| ORIGIN: ▮▮▮ | DESTIN▮▮▮ |
|---|---|
| STREET: ▮▮▮ | STREET ▮▮▮ |
| CITY, ST▮▮ | CITY, S▮ |
| PHONE: ▮▮▮ | PHONE ▮▮▮ |

ORDER#: _____   YEAR: 2009   MAKE: Jeep   MODEL: Laredo   VIN # (LAST 6): _____

**CODES:**
- B — BENT
- BB — BUFFER BURNED
- BR — BROKEN
- C — CUT
- CR — CRACKED
- D — DENTED
- F — FADED
- FF — FOREIGN FLUID
- L — LOOSE
- M — MISSING
- P — PITTED
- PC — PAINT CHIP
- R — RUBBED
- RU — RUST
- S — SCRATCHED
- SL — SURFACE SCRATCH
- ST — STAINED

☐ AUTO HAS VARIOUS CHIPS IN THE WINDSHIELD (CHIPS MAY RESULT IN CRACKS)   CUSTOMER'S INITIALS: _____

THE TRANSPORTER IS NOT LIABLE FOR MECHANICAL CONDITION, INTERIOR, AND ANY PERSONAL ITEMS IN THE VEHICLE.

AUTOMOBILES ARE DESIGNED FOR ROAD USE AND MAY ACQUIRE SMALL SCRATCHES, SCUFFS, DENTS, OR ABRASIONS. THE TRANSPORTER, AS A CARRIER, CANNOT BE LIABLE FOR MINOR DAMAGE OF THIS NATURE, WHICH IS CONSIDERED TO BE THE RESULT OF NATURAL WEAR AND TEAR. THIS INSPECTION REPRESENTS A GENERAL OVERALL CONDITION AND IS NOT ALL-INCLUSIVE.

Notes: _1 Deliver by 10-20-13 If not will storage_
_We will promise to deliver the unit by sunday_
_oct 20th. - pay storage and untill able to deliver on 10/2_

ALL SHIPMENTS ARE CASH ON DELIVERY, MONEY ORDER OR CASHIERS CHECKS. UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.

**All Transportation Damages MUST be Reported Immediately**

THE LIABILITY OF BRIGHT AUTO LLC TO OWNER IS EXPRESSLY LIMITED TO THE COST OF THE LINE HAUL. IN NO CASE SHALL BRIGHT AUTO LLC BE LIABLE FOR CONSEQUENTIAL INCIDENTAL OR SPECIAL DAMAGES.

Inspection Completed by: _____   DRIVER

Shipper's Signature _____   Receiver's Signature _____

Date _____   Date 10

☐ COD   $ _____
☐ BILLING   $ _____
☐ COMCHECK   $ _____
TOTAL   $ _____

WHITE - CARRIER
YELLOW - RECEIVER
PINK - SHIPPER