# Exhibit R

# Unified Carrier Registration

| | |
|---|---|
| **Receipt number:** | **2014500713478** |
| **Registration Year:** | 2014 |
| **Expiration Date:** | 12/31/2014 |
| **Legal Name:** | **BRIGHT AUTO LLC** |
| **USDOT Number:** | 2426159 |
| **MC Number:** | 836003 |
| **Telephone Number:** | 5138287007 |
| **Base State:** | OH |
| **Business Address:** | ■■■■■■■■■■ |
| **Mailing Address:** | ■■■■■■■■■■ |
| **Classification:** | Motor Carrier |

## Payment Details

| Transaction Type | Total Vehicles | Certified By | Fee Paid | Paid Date | Amount | Other Fee |
|---|---|---|---|---|---|---|
| REGISTRATION | 1 | SAIPOV SAYFULLO | Yes | 01/10/2014 | $76.00 | $5.60 |
| **Total** | **1** | | | | **$76.00** | |

**Note:**
**If Fee Paid is 'Payment Error', please contact your financial organization OR base state.**