# Exhibit W

# Release Report
**SAIPOV, SAYFULLO HABIBULLAEVIC**

Page: 1 of 1

| Address: | | 2016005313 | | |
|---|---|---|---|---|
| Booking No: | Jacket No: | Book Date: 10/20/2016 10:23 | | |
| Sex: MALE | Race: CAUCASIAN | Build: MEDIUM | Skin: FAIR | |
| Eyes: BROWN | Hair: BLACK | Height: 5ft. 7 In. | Weight: 154 | |
| Release Date: 10/20/2016 11:03 | Release Type: Final Release | Released To: | | Days: 0 |
| Released By: | | Physical Releasing Officer: | | |
| Release Reason: BONDED | | | | |
| Release Comments: -29 | | | | |

| Case No | Charge Code | Billing Agency | Description | |
|---|---|---|---|---|
| | 29365 | FUG IN ST. | FAILURE TO APPEAR - MISDEMEANOR | RELEASED |

| Bond Amount | Bond Type | Case # | Bond Agency | Bond Status |
|---|---|---|---|---|

| Detainer Description | Hold Agency | Expires |
|---|---|---|

I understand than any property still in the possession of the ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS at the time of my release will be kept for a total of 30 days. Any property not picked up or released at the end of those 10 days will be disposed of. I further understand that it is my responsibility to notify anyone that I designate as authorized to pick up my property. The person that I want to pick up my property will be designated on a property release form.

X _____
Inmate Signature

Person Authorized to pick up property _____

Address _____

ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
*BluHorse Inmate Management System*

Printed on 10/20/2016 @ 11:04

018232

# Booking Report
## SAIPOV, SAYFULLO HABIBULLAEVIC



| Jacket No. | Booking No.: | SSN: | Cell: BOOKING 72 | |
|---|---|---|---|---|
| Address: | | Emergency Contact: .. 2016005313 | | October 20, 2016 10:39 |
| Marital Status: MARRIED | | | | |
| Sex: MALE | Race: CAUCASIAN | Age: 28 | Birth Date: | Phone: |
| Eyes: BROWN | Hair: BLACK | Height: 5Ft. 7 In. | Weight: 154 | Build: MEDIUM | Skin: FAIR |
| Alias | | | | Drivers License # |

| Arrest Date: 10/20/2016 09:03 | Book Date: 10/20/2016 10:23 | Billing Agency: | FBI # |
| Arresting Officer | Pre-Book Officer | | State # |
| Arresting Agency: MISSOURI HIGHWAY PATR | Booking Officer | | State Alt # |
| Where Arrested: ST CHARLES | Searching Officer | | AFIS # |
| Cross Street: | | | Alien # |

| Case No | Charge Code | Description | Billing Agency | Disposition |
|---|---|---|---|---|
| W29277974 | 29385 | FAILURE TO APPEAR - MISDEMEANOR | FUG IN ST. | PENDING |

| Bond Amount | Bond Type | CaseNo | Agency | Bond Status |
|---|---|---|---|---|
| 200.00 | CASH | | PLATTE COUNTY | OPEN |

| Detainer Description | Agency | Expires |
|---|---|---|

# ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
## RECORD OF ARREST

**Section A- Arrest Information – to be completed by arresting officer.**

2016005313

DCN#_____
Date of Arrest 10/20/2016  Time of Arrest 0903  Time of delivery to SCCDOC 0955
Name of Subject  SAIPOV           SAYFULLO       HABIBULLAEVIC
                 (Last)            (First)         (Middle)
Address ███████████  City TAMPA   State FL
Zip Code █████  Phone # █████████

| Race | Sex | Height | Weight | Hair Color | Eye Color | Build | Complexion |
|------|-----|--------|--------|------------|-----------|-------|------------|
| WHI  | M   | 5'7    | 154    | BLK        | BRO       |       |            |
| Age  | DOB | Place of Birth |  |  | Social Security # | | |
|      |     | Uzbekistan |  |  |  |  |  |

Alias Name(s) _____

Charge(s)/Statutes NO. WARRANT - PLATTE COUNTY - 701853721

Complaint#_____ Case# █████████  OCN 174

Arrest Location C4 West Weigh Scale

Arresting Officer ███████████  Dept. MSHP/C  DSN#_____

Vehicle Towed: Yes ____ NO ✓  Towing service _____

PAW/ 12 / 24 hour hold: Yes____ No ✓  Start Time____ End Time____

Have you been involved in a recent Motor Vehicle Accident? Yes ____ No ____ Date ___

**Section B: Medical / Mental Health concerns - to be completed by arresting officer.**

To your knowledge, has your arrestee complained of or shown any signs or symptoms of injury, illness, bleeding, chronic medical condition and / or alcohol / drug intoxication?
Yes ____ No ✓  If yes, please describe:
_____
_____

Do you have any information (e.g., from observed behavior, documentation from sending agency, facility / family member / guardian, etc.) that indicates arrestee is a mental health or suicide risk?
Yes ____ No ✓  If yes, please describe:

Sayfu Saipov

JPN

Children - 2
truckdriver
Selfemployed.

Arresting Officer's Signature     DSN#
X_____

White Copy – Inmate File    Yellow Copy - Medical

018234

# STATE OF MISSOURI
# BOND

IN THE COURT OF Platte Co.

**Defendant's Name, Address, Zip Code:** Saipov, Sayfullo H

**Bond Amount:** 200.00
**Bond Received:** 200.00

**Name of Person Posting Bond:** D

**Receipt #:** 2016005313

**Telephone:** [redacted]
**Social Security No.:** [redacted]
**Date of Birth:** [redacted]

**Type of Bond:** Personal Recognizance / (Cash) / 10% / Property / Surety

**Next Court Hearing (Date, Time, Division):** Judge Echold
Nov. 16, 2016 @ 1330hrs Div 5

**Charges:** FTA

I/We, as principal/sureties agree to pay the State of Missouri the sum of $ 200.00 unless the defendant abides by the conditions as set out below.

**BOND CONDITIONS AND CONSEQUENCES FOR FAILURE TO MEET CONDITIONS:**
Having been (charged with/convicted of) the criminal offense(s) shown above, the defendant (or his/her surety) has posted this bond in order to be released from custody.

**THE DEFENDANT IS REQUIRED TO:**
1. Attend all court hearings as set by this court or any court to which this case is transferred or appealed.
2. Submit to any orders, judgments and sentence of this court or any court hearing this case.
3. Inform the court of any change of address.
4. OTHER CONDITIONS:
   a. Defendant shall not tamper with a witness or victim nor allow another person on his/her behalf to tamper with a witness or victim as described on the reverse of this form.
   b.
   c.

If the defendant follows the above conditions, he/she will be released from this bond and any cash or securities deposited will be returned to the defendant or his/her assignee after the original receipt is presented to the clerk, less any fines, court costs, restitution, and various other fees which will be deducted from the cash bond before any money will be refunded.

**THE DEFENDANT UNDERSTANDS** that the consequences for failure to follow any of the above conditions are:
1. Forfeit any cash or securities deposited with the court.
2. The court has the authority to sell the defendant's property to collect the full amount of the bond.
3. If the defendant fails to abide by condition 1., a warrant will be issued for his/her arrest and in addition to the above charges, a charge of failure to appear may be filed.

**Defendant's Signature:** [signature]
**Date:** 10/20/2016

**FOR PERSONS OTHER THAN THE DEFENDANT WHO POST BOND:**
I now assume custody for the defendant. The defendant will appear and abide by the conditions as shown above. If the defendant fails to do so, I understand that I or the company I represent must forfeit or pay the full amount of the bond or it will be levied against my property or estate or the property of the company I represent. If the bond concerns a case on appeal from the Circuit Court, I irrevocably appoint the Clerk of this Court and the Clerk of the Appellate Court as my agent to receive service of any notice or process in connection with the forfeiture of this bond. If acting as bail bond agent or general bail bond agent, I attest that I have no unsatisfied judgments against me.
All fines and costs associated with a case must be paid prior to bond refund or said amounts will be deducted from the bond. (local court rule 67.1.3)
Be advised that in the event the Defendant is plead guilty, found guilty or enters any type of plea, all assessments against the Defendant, such as fines, court costs, and various other fees, will be deducted from the cash bond before any money will be refunded to you.

**Signature of Person Posting Bond:** 
**License No. (If Applicable):**
**Signature of Person Posting Bond:**

**Address: Street / City / State / Zip Code**
**Address: Street / City / State / Zip Code**

**Approved by: (Judge or Clerk):**
**Date:**

TRF019

018235

# CREDIT CARD PAYMENT          2016005313

| Payments and/or products will be processed for: | DEPOSIT AMOUNT | $200.00 |
|---|---|---|
| **2016005313 : SAIPOV, SAYFULLO H** | SERVICE FEE | $20.00 |
| Account: StCharlesMO-78224 | **TOTAL DUE** | **$220.00** |
| St. Charles MO | | |

## CARDHOLDER INFORMATION

**First Name:** S A Y F U L L O

**LAST NAME:** S A I P O V

Address: [redacted]

Phone: [redacted]

Work Phone: [redacted]

Birthdate: [redacted]

I understand that a charge by JailATM.com will appear on my credit card statement and I approve this NON-REFUNDABLE charge to my credit card.

Cardholder Signature: [signature]    Date: 10/20/16

I have read, fully understand and agree to the terms and conditions of this agreement.

## CARDHOLDER AGREEMENT

I approve this NON-REFUNDABLE charge to my credit card and agree to pay the total amount due according to the payment rules and regulations of the card issuer.

I understand that any amounts received will be automatically applied to the account listed on this document. I understand that once the payment is deposited into the account, the detention facility may deduct some or all the incoming funds to pay for services rendered by the facility. In any event, the JailATM.com transaction will be considered complete, accepted and final. In the case of a billing or accounting dispute with the detention facility, I agree that it is not the responsibility of Tech Friends, Inc. or the JailATM.com service and the JailATM.com transaction will not be reversed or refunded for any reason.

I acknowledge that Tech Friends, Inc. shall not be liable for any damages of any kind arising out of or in connection with this agreement or the JailATM.com service. I furthermore agree that any claim, dispute, or controversy between myself and Tech Friends, Inc. or the JailATM.com service shall be pursued under binding arbitration according to the Code of Procedures of the National Arbitration Forum and all hearings shall take place in the state of Arkansas under Arkansas State law. I also agree, to the extent permitted by law, that I will not bring, join or participate in any class action or multi-plaintiff action as to any claim, dispute, or controversy that I may have against Tech Friends, Inc., its affiliates, or the JailATM.com service.

I understand that any non-payment of the transaction amount will be turned over to a collection agency and litigation procedures will begin. I also understand that I am responsible for paying any JailATM.com charges arising from pursuing payment such as collection fees, court fees, attorney fees, etc.

THIS CONVENIENCE SERVICE IS PROVIDED BY TECH FRIENDS, INC. ON AN "AS IS" AND "AS AVAILABLE" BASIS. YOU AGREE THAT YOUR USE OF THE JAILATM.COM SERVICE IS AT YOUR SOLE RISK. TECH FRIENDS, INC. AND ITS AFFILIATES, OFFICERS, EMPLOYEES, AND STOCKHOLDERS WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THE JAILATM.COM SERVICE, FOR DISRUPTIONS IN SERVICE, OR FOR ERROR, DELAY, OR MISDELIVERY OF A PAYMENT, REGARDLESS OF THE CAUSE, INCLUDING (WITHOUT LIMITATION) DIRECT, INDIRECT, INCIDENTAL, PUNITIVE AND CONSEQUENTIAL DAMAGES.

**Officer: Sign this form and complete the transaction in the Lockdown software.**

I [redacted] by driver's license, photo ID, or other means    10/19/2016

Officer Signature [redacted]    Date: 410



**Bond Payments**

2016005313 : SAIPOV, SAYFULLO H
Case [redacted]   Citation #, Warrant [redacted]   Arrest # [redacted]
Cause #
PLATTE COUNTY

| Date | Type | Receipt # | User | Comment | Total |
|---|---|---|---|---|---|
| 10/20/2016 | Credit Card | 1763439 | [redacted] | Stored Card Bond Payment GC#:5381408 | $200.00 |

Deposited By: SAIPOV, SAYFULLO H

Total Paid: $200.00
Remaining: $0.00

2016005313

018237

# Inmate Property - SAIPOV, SAYFULLO HABIBULLAEVIC

2016005730

Property Bag# **2016005313**

| Item | Qty. | Description | Storage Loc. | Recvd By | Withdrawal Date |
|---|---|---|---|---|---|
| VISA | 1 | 2013 | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| FTS | 1 | 1033 | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| BELT | 1 | BROWN | PRDPERTY BAG | BOOKING | 10/20/16 11:04 |
| WALLET | 1 | BROWN | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| SHIRT | 1 | PURPLE/WHITE | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| PANTS | 1 | BLUE | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| SHOES | 2 | BLUE | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| CELL PHONE | 1 | IPHONE | PROPERTY BAG | BOOKING | 10/20/16 11:04 |
| SUNGLASSES | 1 | | PROPERTY BAG | BOOKING | 10/20/16 11:04 |

I have received all the above items with the exception of any I previously released.



2016005730 - SAIPOV, SAYFULLO HABIBULLAEVIC
Inmate Property 10/20/2016 11:04:24 AM

Officer Signature                                  Inmate Signature

I understand than any property still in the possession of the SCCDOC at the time of my release will be kept for a total of 10 days. Any property not picked up or released at the end of those 10 days will be disposed of. I further understand that it is my responsibility to notify anyone that I designate as authorized to pick up my property. The person that I want to pick up my property will be designated on a property release form.

# Inmate Property - HABIBULLAEVIC, SAYFULLO SAIPOV

2016005730

**2016005313**

Property Bag# 418

| Item | Qty. | Description | Storage Loc. | Recvd By | Withdrawal Date |
|---|---|---|---|---|---|
| VISA | 1 | 2013 | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| FTS | 1 | 1033 | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| BELT | 1 | BROWN | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| WALLET | 1 | BROWN | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| SHIRT | 1 | PURPLE/WHITE | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| PANTS | 1 | BLUE | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| SHOES | 2 | BLUE | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| CELL PHONE | 1 | IPHONE | PROPERTY BAG | BOOKING | 1/1/00 0:00 |
| SUNGLASSES | 1 | | PROPERTY BAG | BOOKING | 1/1/00 0:00 |

I certify the items above are the personal property removed from me at time of admission.



Officer Signature

2016005730 - HABIBULLAEVIC, SAYFULLO SAIPOV
Inmate Property 10/20/2016 10:39:44 AM

Inmate Signature

ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
*BluHorse Inmate Management System*

Printed on 10/20/2016 @ 10:40

018239

2016005313

## ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
## PROPERTY INVENTORY

BAG# 418

NAME SAIPOV, SAYFULLO H     DATE 10/20/16

Currency    $ _____
Checks      $ _____
Other       $ _____

TOTAL       $ 0

CREDIT CARDS (last 4 digits)
Visa       2013
MC         _____
Discover   _____
Other      FTS •1033

Purse       ___ _____
Belt        1   BROWN
Wallet      1   BROWN
Checkbook(Check #'s) _____ thru _____
Cap/Hat     ___ _____
Keys (How Many)  1

Shirt       1   Purple/white
Pants       1   blue
Skirt/Dress ___ _____
Shoes       2   blue
Coat/Jacket ___ _____
Lighter     ___ _____

**PRESCRIPTION DRUGS**
_____
_____

KNIFE _____

CELL PHONE (brand) Iphone
           (number) [redacted]
PAGER      (brand) _____
           (number) _____

**JEWELRY**
Watch       ___ _____
Ring(s)     ___ _____
Necklace(s) ___ _____
Earrings    ___ _____
Bracelet(s) ___ _____

MISC  1 gray glasses

Delivering Officer [redacted]   DSN [redacted]  Dept. MSHP/C
Inmate Signature X [signature]
SCCDOC Receiving O[redacted]   DSN 40
SCCDOC Officer Responsible for "dressing out" _____
DSN _____    Date _____

018240

ST. CHARLES COUNTY
DEPARTMENT OF CORRECTIONS
INMATE / DETAINEE RELEASE CHECKLIST

Inmate: Saipov, SayPullo-     DCN: 2016005313

DSN    DSN
410    139   Each court document and pertinent MULES/NCIC transaction has a corresponding charge entry in JMS (All case numbers are entered in JMS)
              Each charge has documentation authorizing the release
              MULES/NCIC check for wants / warrant has been competed (IAW R.S.Mo. 221.S10 [Jake's Law]) If MULES is down county wide contact MO State Highway Patrol Troops C

Check was performed by ____  X POSTED BND
                              ☒ No wants or warrants

Victim Notification(s): ____ Present ____ Not present
Each victim notification is signed with time, date and explanation of contact or inability to contact

☐ Victim was contacted – DSN of officer making notification ____

☐ Unable to contact victim - DSN of officer attempting to make contact ____

☐ Victim was not available but a message was left on voice mail – DSN of officer leaving the message ____

I.D. verified
Any Court paperwork (i.e. bonds) requiring detainee, inmate, officer or third party signatures has been signed by all required parties
Inmate received and signed as receiving all property (if not, a DOC incident report has been generated noting the circumstances)
DNA Collection, in those cases required by law, has been collected (IAW R.S.Mo. 650.055)

We certify that the above items have been completed and our corresponding DSN's appear next to each

Name and DSN of Releasing Officer    Name and DSN of Officer verifying the release    Name of Nurse notified

Signature of Releasing Officer    Signature of Officer verifying the release    Signature of Nurse notified

018241