**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 1, 2019

**Filed via ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York, NY 10007

**Re:  United States v. Sayfullo Habibullaevic Saipov**
      **(S1) 17 Cr. 0722 (VSB)**

Dear Judge Broderick:

    On February 1, 2019, the Court extended Mr. Saipov's deadline to file any motion relating to the government's November 20, 2018, discovery production until March 4, 2019. ECF No. 114. The government has indicated that it will provide the defense with new discovery bearing on Mr. Saipov's motion today, March 1, 2019. Because the defense requires time to review the production and assess its impact on our motion practice, the parties jointly request that the Court adjourn the briefing schedule for 11 days. Accordingly, the parties request the following schedule: defense motion due by March 15, 2019; opposition due by April 12, 2019; and any reply due by April 25, 2019.

    Respectfully submitted,

    /s/
    Jennifer Brown
    David Patton
    Tel.: (212)417-8700

    David Stern
    Rothman, Schneider, Soloway & Stern
    Tel.: (212) 571-5500