# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 12, 2019

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York NY 10007

Re:  United States v. Sayfullo Habibullaevic Saipov
     17 Cr. 0722 (VSB)

Dear Judge Broderick:

The Court issued an Order on March 1, 2019, addressing various questions related to the defense request for an adjournment of the trial in the above-captioned case.

At #9, the Court directed the defense team to provide the Court with a copy of the November 2, 2018 letter from the defense team to the U.S. Embassy in Tashkent, referenced on Page 7 of Defendant's Reply. That letter is attached hereto as Exhibit A.[1]

Defense counsel made a prior request to the U.S. Embassy in Tashkent on February 24, 2018 that included additional family members. After the SAMs were imposed, we limited our request. That letter is attached hereto as Exhibit B.

Respectfully submitted,

Jennifer Brown
Annalisa Miron
David Patton
Sylvie Levine
Tel.: (212)417-8722/8738/8780/8729

David Stern
Tel.: (212) 571-5500

cc:  A.U.S.A. Matthew Laroche & A.U.S.A. Amanda Houle

---

[1] The dates of birth and passport numbers are redacted, per the SDNY ECF Rules.