# EXHIBIT A

Case 1:17-cr-00722-VSB   Document 137-1   Filed 03/12/19   Page 1 of 3

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**David Patton**
*Executive Director and*
*Attorney-in-Chief*

November 2, 2018

United States Embassy
Tashkent, Uzbekistan

**Re:  Non-Immigrant Travel Visas for Sayfullo Saipov's Family**

To Whom It May Concern:

  I am the Executive Director of the Federal Defenders of New York, the public defender office for the Southern District of New York. Our office represents Sayfullo Saipov, a defendant in a federal capital case in Manhattan. I write requesting approval for Non-Immigrant Travel Visas for Mr. Saipov's family members to travel to the United States.

  Sayfullo Saipov's parents and two sisters plan to travel to New York City for a limited period of time, in order to meet with Mr. Saipov, who is incarcerated in a federal detention facility in Manhattan. Visits between the client and his family members will be scheduled well in advance at this facility, and the federal Bureau of Prisons, an agency within the United States Department of Justice, will conduct background checks as necessary for the family to be admitted to the facility.

  Furthermore, in preparation for Mr. Saipov's trial, we will meet with the family in our offices in Manhattan. It is in the best interest of Mr. Saipov's family that they adhere strictly to the parameters of their travel Visa. It is our understanding that they hope to be able to return to the United States for future visits and to attend trial proceedings for Mr. Saipov.

  We respectfully request that Non-Immigrant Travel Visa's for Mr. Saipov's mother, father, and two sisters, be granted. Their information is included below. Our office is committed to assisting with their timely and safe return to Uzbekistan.

Below please find Mr. Saipov's family members' information:

**Father**
Xabibulla Sabitovich Saipov
DOB: ███
Passport number: ███

**Mother**
Mukaddas Kudratillayevna Saipov
DOB: ███
Passport number: ███

**Eldest sister**
Umida Khaitshaykhova
DOB: █████████
Passport number: █████████

**Youngest sister**
Munisabonu Soipova
DOB: █████████
Passport number: █████████

Sincerely yours,

*[signature]*

David E. Patton
Attorney for Sayfullo Saipov