**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 24, 2019

**By ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York, NY 10007

The defense's request to respond to the Government's motion is GRANTED; however, the defense shall file its response by June 7, 2019.

SO ORDERED:

/s/ Vernon Broderick
HON. VERNON S. BRODERICK 5/28/2019
UNITED STATES DISTRICT JUDGE

**Re:** ***United States v. Sayfullo Habibullaevic Saipov***
    **(S1) 17 Cr. 0722 (VSB)**

Dear Judge Broderick:

    The defense seeks leave to respond to the government's motion to review and monitor Mr. Saipov's immediate-family communications (ECF No. 177) by June 14, 2019.

                              Respectfully submitted,

                                  /s/
                              Andrew Dalack
                              Sylvie Levine
                              David Patton
                              David Stern

                              Attorneys for Sayfullo Saipov

Cc: Prosecution Team (via ECF)