

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2019

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    Earlier today, as the Court is aware, the Government made a classified, *ex parte* submission in further support of its July 19, 2019 motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4, and Federal Rule of Criminal Procedure 16(d)(1) (the "CIPA Brief"). For the reasons set forth in the CIPA Brief and in the Government's publicly filed letter of July 19, 2019, the Government respectfully submits that the Court should review today's supplemental submission *in camera* and *ex parte*.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney

                               by:      /s/
                                            Emil J. Bove III
                                            Amanda Houle
                                            Matthew Laroche
                                            Assistant United States Attorneys
                                            (212) 637-2444 / 2194 / 2420

cc: Defense Counsel (via ECF)