

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2019

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

On December 2, 2019, the defendant renewed his motion to compel the Government to submit parole applications on behalf of five additional individuals. The Government respectfully requests until December 13, 2019 to respond to the defendant's motion.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Amanda Houle
Sidhardha Kamaraju
Matthew Laroche
Jason Richman
Assistant United States Attorneys
(212) 637-2194/6523/2420/2589

Cc: Defense Counsel (via ECF)