**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 14, 2019

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/17/2019

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Sayfullo Habibullaevic Saipov,**
**(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick:

We are in receipt of the government's second Opposition to our motion for the Court to order the preparation of parole applications for five additional family member-witnesses (ECF No. 238). We respectfully request until December 17, 2019 to submit a reply letter.

Respectfully submitted,

/s/ Annalisa Mirón, Esq.
Annalisa Mirón, Esq.
Attorney for Sayfullo Saipov

cc: Government counsel
(via ECF)