**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 12, 2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J. 2/17/2020

    Re:    <u>United States v. Saipov,</u>
            **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

    The parties' motions <u>in limine</u> are currently due on Monday, February 17, 2020. Because that day is a federal holiday, we request that the Court move the deadline to Tuesday, February 18, 2020. The government takes no position with respect to this request.

                                                   Respectfully Submitted,

                                                   /s/
                                               Andrew Dalack
                                               Annalisa Mirón

                                               Attorneys for Sayfullo Saipov

Cc: Government Counsel (via ECF)