UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

v.

SAYFULLO SAIPOV,

Defendant.

───────────────────────────────

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

(S1) 17 Cr. 722 (VSB)

ORDER

Upon the request of the defendant, Sayfullo Saipov, by his counsel, David Patton, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshals Service accept the following clothing for Mr. Saipov, Register Number 79715-054, and permit him to wear it for appearances at trial and during jury selection, beginning February 19, 2020:

1. three shirts;
2. two pairs of pants;
3. two ties;
4. one belt;
5. one suit jacket;
6. one pair of shoes; and
7. one sweater.

Dated: February 18, 2020
New York, New York

SO ORDERED:

_____
**Hon. Vernon S. Broderick**
**United States District Judge**