```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :
             -against-                                      :     S1 17-cr-722 (VSB)
                                                            :
                                                            :     ORDER
SAYFULLO HABIBULLAEVIC SAIPOV,                              :
                                                            :
             Defendant.                                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    IT IS HEREBY ORDERED that a Final Pre-Trial Conference will be held on April 2, 2020, at 3:00 p.m in courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED that any proposed voir dire questions, jury instructions, verdict forms shall be filed on or before March 30, 2020. Two courtesy copies should be delivered to Chambers that same day. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: February 25, 2020
      New York, New York

*Vernon S. Broderick*
United States District Judge