| Al Naba' | Issue # 104 Year Nine Thursday, the 13th of Safar 1439 (H)[i] (November 2, 2017)        12 pages |
|---|---|

## Confrontations with the Rafidi army near Al Qaim and destruction of tanks belonging to the Nusairi army near the second station

Issue 104

Weekly newspaper issued by the Central Media Cabinet

**Attack by a soldier of the Caliphate in Midtown Manhattan, in America killing and wounding 20 crusaders**

**[3]**

(Photo of anti aircraft)

The soldiers of the Caliphate in the Euphrates are fighting in confrontations with the Rafidi army as well as with the Nusairi army near the second station south of al-Bokmal, near the city of Qaim and the town of Akashat. The battles resulted in the killing and wounding of dozens of apostates and the destruction of several of their machinery.

On Friday, one of the soldiers of the Caliphate led a martyrdom attack on a crowd of Rafidis near the town of Akashat, killing and injuring many apostates.

According to the news received, a soldier who carried out a martyrdom operation attacked a crowd of apostates in the area of Km 70 near the town of Akashat, killing and wounding several of...

**8 soldiers from the Nigerian Crusader army killed in West Africa**

**[3]**

**Destruction of 4 Nusairi Army Tanks**(in red)

**[4]**

**More than 57 apostates from the Nusairi army killed in the province of al-Khair**

[4]

**STORY OF A MARTYR:**
**Abdul Hakim al-Tatari, may God accept him**

7

**ARTICLES:**
**There was certainly in their stories a lesson**

**[9]**

**70 killed and wounded, including crusaders, following a martyrdom operation in the**

## 40 killed and wounded in North Baghdad as a result of martyrdom attack and ambushes

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

017777

| | |
|---|---|
| **diplomatic quarters in Kabul**  | This week, the soldiers of the Caliphate carried out a number of attacks on the army and a crowd of rejectionists in the Province of North Baghdad, killing and wounding more than 41 apostates, and destroying three of their military vehicles. Praise be to God! On Sunday, the 9th of Safar, one of the martyrdom fighters attacked a crowd of apostates and tribal members in the area of Mashahda, killing and wounding more than 30 of them. All Praise to God! <br><br>The media office of the Province of North Baghdad stated that the brother martyr Abu Ahmad al-Hardani – May God accept him - attacked a gathering of apostates in the area of Mashahda with his explosive vest, and detonated it amid the crowd, killing 5 of them, and wounding 25 others. All praise to God! <br><br>On Monday, the 10th of Safar, a Rafidi army explosive expert was killed near Mashahda when an explosive device exploded in his face. <br><br>**Details on P. 5** |



**This newspaper contains the Names of the Almighty, Quranic verses and Hadiths[ii]. Do not leave it in degrading places!**

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 2 of the PDF file]

# Harvest of the Levant in 1438 (H)

**11,182**
**Killed and Wounded**
from the Nusairi Army,
the PKK[iii]
and al-Sahawat[iv]

[image of a burning building]

## 311 Martyrdom Operations

[image of a burnt car]

## 831 Military Vehicles Destroyed

**Number of Killed and Wounded by Province:**

Province of al-Sahel:      113
Province of Hama:         498
Province of Homs:         1891
Province of Damascus:     683
Province of Aleppo:       1823
Province of al-Khair:     865
Province of Raqqa:        4238
Province of al-Baraka:    941
Province of Idlib:        130
Province of the Euphrates: 45

**Distribution of Fatalities:**
Al-Sahawat:               1348
Nusairi Regime:           4809
PKK:                      5025



**Al-Naba'**

Al-Naba' Infographic

Safar 1439 (H)

[Page 3 of the PDF file]

## Attack by a soldier in the Middle of the Caliphate (Manhattan) in America Killing and wounding 20 Crusaders

Al Naba' – America

On Tuesday, the 11th of Safar, a soldier of the Islamic State attacked a number of crusaders in a street in New York City, near the 911 Memorial, killing and injuring more than 20 crusaders.

The media reported that the brother, the Mujahid, rammed a small truck into a number of crusaders in the area of Manhattan, which resulted in the deaths of 8 people and more than 12 wounded, with the Grace of God.

Other media sources said among the dead were five Argentine and one Belgian.

The operation, God willing, caused terror within the Crusader America, which led them to increase security measures and tighten procedures regarding immigrants entering America.

This is one of the most prominent attacks against the crusaders in America, the most recent of which was the attack by the brother, the Mujahid Abu Abd al-Barr of America - May God accept him - on a large gathering of the crusaders in Las Vegas, which – with the Grace of God – caused hundreds of dead and injured. These attacks came as a response by the Caliphate soldiers in America and Europe to calls to target the citizens of the Crusader States that are part of the alliance against the Islamic State. Praise be to God.

## Patience and Certainty is the Suit of the Truthful

The greatest of men is faith, the greatest of them is the certainty that God is the one God worthy of worship, and that his great religion is above all false religions. The proof of this certainty is undoubtedly fighting those who disbelief in God, equated others with Him, and exchanged His religion for dejected man-made ones. It is one of the actions of the noble hearts, without which faith cannot be valid, and which is one of the conditions necessary to prove that one worships the only one God. Therefore, the Prophet (May God's prayer and peace be upon Him): Who dies while bearing witness from the bottom of his heart, that there is no god but the one and only God, and that Muhammad is the Messenger of God, shall enter Paradise [Narrated by al-Nisai].

This certainty is what drives the one who has it to the path to persevere in the way of calling to God by the sword and the spearhead, with good arguments and proof, with the severity of the scourge and great speeches and earthquakes, and meet the infidels and the armies, and board the ships of death and peril. It the certainty that pushes a man to be patient through all this as he finds no choice other than to persevere to support this religion and satisfy the Lord of the worlds. This is the faith that carries a man to reach the heart of certainty, and then absolute certainty. The Messengers [of God] are the ones who have the highest levels of certainty, because they are the ones who carry miracles on their hands and the verses are revealed onto them. Therefore, when Khabbab, complained to the Prophet, may the Peace and blessings of God be upon him, about what the polytheists were doing to them, and asked him to pray for their victory, the Prophet, may the Peace and blessings of God be upon him, revealed to him what befell the first generation of followers of every great messenger, and the great patience they had for the sake of the religion of God. This patience can only come from the strength of faith in God, all praise be to Him, the certainty that what he Has

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

# 8 soldiers from the Nigerian Crusader army killed in West Africa

On Thursday, the 6th of Safar, a number of soldiers attacked the positions of the Nigerian crusader army north-east of the country, and clashed with them, killing eight of them and wounding others, and took over some vehicles, weapons and ammunition. All praise to God!

According to the Media Office of the West African state, the soldiers of the Caliphate attacked the Nigerian army in the town of Sassou and clashed with them using various types of weapons, killing 8 apostates and injuring others. The Mujahideen took 3 four-wheel drives and another one with heavy machine guns, as well as various weapons and ammunition.

It should be noted that on the 1st of Dul Qi'da, the soldiers of the Islamic State ambushed a joint convoy of the Nigerian army and the apostates al-Sahawat near Lake Chad, killing about 70 people. All praise to God!

promised is true, and the acceptance of all these calamities for the sake of God. Khabbab bin Al-Aratt (May God be pleased with him) reported:

We complained to the Messenger of God, may the Peace and blessings of God be upon him, regarding the persecution inflicted upon us by the disbelievers while he was lying in the shade of the Ka'ba, having made a pillow of his cloak. We submitted: "Why do you not supplicate for our prevalence (over the opponents)?". He [the Prophet] (May God's prayer and peace be upon Him) replied, "Among those people before you, a man would be seized and held in a pit dug for him in the ground and he would be sawed into two halves from his head, and his flesh torn away from his bones with an iron comb; but, in spite of this, he would not wean away from his Faith. By God, God will bring this matter to its consummation until a rider will travel from San'a' to Hadramout fearing none except God, and except the wolf for his sheep, but you are in too much of a hurry."

[Narrated by al-Bukhari].

This is how a generation comes after the first generation that carried upon its shoulders the call [to God] amongst the companions of the Prophet, may the Peace and blessings of God be upon him, who has been blessed by faith, patience and certainty, so that their virtue will be as much as they are of certainty, tolerance and patience in performing the command of God. And that the level of those who spent their money and fought before the conquest of Mecca is not like the degree of those who spent their money and fought after the conquest. These honorable companions (May God be pleased with them) including the first ones [to follow the Prophet] and the ones who joined him later, are the greatest people of faith and followers of the Prophet – may the Peace and blessings of God be upon him – and the ones with the most certainty and courage to stand all types of trials for the sake of God. And, therefore, they are the best of all generations, and when the Arabs apostatized [from Islam] and the Islamic State became limited to Mecca and Medina, they showed evidence of this goodness and their Jihad when they threw themselves in the midst of a fierce war against the apostates and defeated them. They were the ones who sacrificed their lives and their bodies the most,

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

as seventy of the Companions [of the Prophet] who memorized [the Quran] were killed. It is one of one many battles, which led the [Abu Bakr] al-Siddiq (May God be pleased with him) to collect the Koran for fear that some of it would be lost. This was the generation of guidance, who was guided, who became leaders of the religion with their patience and certainty, certainty in the unity of God, the Day of Reckoning, Heaven and Hell. Certainty to achieve the satisfaction of God by weeding out the infidels, the tyrants, their followers, their soldiers and their supporters amongst of the crusaders and apostates. They were patient with calamities they suffered from the fighting no matter how great they were. Therefore, some of the Mujahideen today remind you of Anas ibn al-Nadr (May God be pleased with him) one of the people with the greatest faith and certainty, when he said on the day of the battle of Uhud as he was cruising his way to Paradise, as people were running away: "O wind of Paradise, I find it carrying no one." O how great are those words. These are words of nostalgia and longing for Paradise, so congratulations to those who followed in his footsteps, and urged others to follow these footsteps to the House of happiness and dignity. The greatest people in faith and certainty [in their faith] are those who run to their Lord when people run away from Him and turn away from this great good.

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 4 of the PDF file]

Al Naba'            Issue # 104 Year Nine Thursday the 13th of Safar 1439 (H)            News 4

## Confrontations with the Rafidi army near Al Qaim

**And destruction of tanks belonging to the Nusairi army near the second station**

**Al-Naba'** - Province of the Euphrates

[Photo of a tank firing a shell]

The soldiers of the Caliphate in the Euphrates are fighting in confrontations with the Rafidi army as well as with the Nusairi army near the second station south of al-Bokmal, near the city of Qaim and the town of Akashat. The battles resulted in the killing and wounding of dozens of apostates and the destruction of several of their machinery.

On Friday, one of the soldiers of the Caliphate led a martyrdom attack on a crowd of Rafidis near the town of Akashat, killing and injuring many apostates.

According to the news received, a soldier who carried out a martyrdom operation attacked a crowd of apostates in the area of Km 70 near the town of Akashat, killing and wounding

In the meantime, on Monday, the 10th of Safar, the Mujahideen targeted a Hummer vehicle belonging to the Rafidi army and detonated an explosive device on it on the road to the city of Rawa, Praise be to God!

On Tuesday, the 11th of Safar, the Mujahideen burned 4 vehicles of the Rafidi army along the Rawa - Ena road, by detonating explosive devices, Praise be to God. On Tuesday, the dispatch detachments targeted elements of the Rafidi army and the apostates from the al-Sahawat (Saada Fahida) and at the intersection of the first station (T-1) east of al-Qaim with Hound missiles and Grad rockets. The targets were hit with accuracy, thank God.

**Destruction of 4**

this week four tanks and two machine guns and disabled a tank and a machine gun. On Friday, the Mujahideen destroyed a tank of the Nusairi army after it was targeted by a guided missile near the second station. They also destroyed a tank and other mortars north and west of the station on Friday, targeting them with two guided missiles. A machine gun and the 57-artillery gun belonging to the Nusairi army were also destroyed in a counter attack carried out by the Mujahideen in the vicinity of the second station, all Praise be to God.

On Saturday, the 8th of Safar, the Mujahideen targeted and destroyed a second tank on Friday near the second station with a guided missile, all Praise is to

the Mujahideen continued Saturday to target the Nusairi army tanks in the vicinity of the second station. They targeted and destroyed two tanks and a car carrying a machine gun with guided missiles, all Praise be to God.

The Mujahideen also targeted, destroyed and disabled, with two guided missiles, two army bulldozers on Tuesday, the 11th and Wednesday, the 12th of Safar, near the second station and north-east of it.

The Islamic State soldiers launched - last week - several attacks on the elements of the Rafidi army near Ena, and elements of the Nusairi army near the second station, killing and wounding dozens of apostates, all Praise be to God!

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| several apostates.<br><br>On Friday, the Mujahideen destroyed a Hummer vehicle, disabled another and destroyed a bulldozer belonging to the Rafidi Army, after targeting it with guided missiles, near al-Jabbab area east of the city of Al-Qaim. Praise be to God! | **tanks of the Nusairi army**<br><br>In the war against the Nusairi army near the second station, the Mujahideen destroyed | God! On the 8th of Safar, | |

| | | |
|---|---|---|
| 57 apostates from the Nusairi army were killed and dozens were injured following clashes between them and soldiers of the Islamic State this week in the city of al-Khair. 22 members of the Nusairi army were killed Wednesday, the 12th of Safar following clashes in the industrial district of the city.<br>On Saturday, the 8th of Safar, 35 members of the Nusairi army were killed and dozens were injured in the workers' | **More than 57 apostates from the Nusairi army killed in the al-Khair Province**<br>[photo of dead men] | to attack the Mujahideen points in the city of al-Khair. He went into the middle of the crowd and blew up his vehicle, leaving a number of dead and wounded, while the others ran for their lives. Praise be to God!<br><br>In the meantime, on the 6th of Safar, the dispatch detachments destroyed a bulldozer belonging to the Nusairi army with a |

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| neighborhood following clashes between Islamic State soldiers and the apostates in the city, while the support detachments were able to destroy two tanks and a BMP vehicle belonging to the Nusairi army, using rocket-propelled grenades during the clashes in the workers' neighborhood in the city of al-Khair. In addition, | a bulldozer and a four-wheel drive vehicle were destroyed by rocket propelled grenades during clashes in the same neighborhood.<br><br>In the meantime, on Saturday, the 8th of Safar, a martyr from the soldiers of the Islamic State attacked a crowd of apostates in the city, | killing and wounding a number of people in their ranks.<br><br>The media office of the province of al-Khair stated that the brother martyr Abdul Wahab Turkistani – May God accepted him – rammed with his booby-trapped vehicle, into a crowd of apostates, who were mobilizing | guided missile near al-Rahba castle southwest of al-Mayadin, in the province of al-Khair, all praise and gratitude be to God.<br><br>On Wednesday, the 12th of Safar, the Mujahideen destroyed a tank and a bulldozer of the Nusairi army south-east and south of al-Mayadin, with two guided missiles, all praise and gratitude be to God. |

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 5 of PDF file]

| Al Naba' | Issue # 104 Year Nine Thursday 13 Safar 1439 Hijri | News 5 |
|---|---|---|

| **Inghimasi[v] Attack along the Baiji-Haditha Road** | **in the Salah al-Din Province** | of the Caliphate destroyed a Hummer vehicle belonging to the Rafidi army in the area of al-Tarisha, killing and wounding all those who were on board. All praise to God! |

Al-Naba' – Provinces of Salah al-Din and Tigris

[image of a man with an AK47]

On Wednesday, the 12th of Safar, two Inghimasi[vi] soldiers from the Islamic State attacked two barracks of the Rafidi army mob on Baiji-Haditha road, killing and wounding many apostates.

The media office of the Province of Salah al-Din said that the martyrs Abu Khalil al-Ansari and Abu Ammar al-Ansari - God accept them -

of the Caliphate destroyed a Hummer vehicle belonging to the Rafidi army in the area of al-Tarisha, killing and wounding all those who were on board. All praise to God!

On Tuesday, the 11th of Safar, the detachment brigades bombarded a barrack of the Rafidi army near the warehouse bridge north of Baiji, thereby burning it down.

A source from the field stated that the barrack was burned completely after being targeted by a B10 missile in the

DRAFT

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

attacked with their two explosive vests two barracks of apostates on the aforementioned road, and clashed with them, with [their] machine guns and grenades, and after running out of ammunition, one [martyr] immersed [himself] in crowds of apostates and detonated his explosive jacket amid them.

The other Inghimasi continued to clash with the apostates until he was martyred – as we think. The attack led to the killing and wounding of many apostates. All Praise to God!

In the meantime, on Thursday, the 6th of Safar, the soldiers of the Islamic State

targeted a vehicle belonging to the Rafidi army near Dhuluiya, killing and wounding all those who were on board. Sources from the field said that the soldiers

abovementioned area. All praise to God!
It is noteworthy that last week, one of the soldiers of the Islamic State infiltrated the headquarters of a regiment of the Rafidi army south of Tikrit, and clashed with them with light weapons, killing a number of them, including an officer.
In the Province of Tigris, detachment brigades targeted the Rafidi army with Hound missiles at the Sharqat junction, causing direct injuries. All Praise to God!

## 40 Rafidi soldiers killed and wounded in northern Baghdad as a result of martyrdom attack and ambushes

**Al-Naba'**, Province of North Baghdad
This week, the soldiers of the Caliphate carried out a number of attacks on the army and a crowd of rejectionists in the Province of North Baghdad, killing and wounding more than 41 apostates, and destroying three of their military vehicles. Praise be to God

**Martyrdom Attack in Mashahda**

On Monday, the 10th of Safar, a Rafidi army explosive expert was killed near Mashahda when an explosive device exploded in his face. According to reports, the Mujahideen detonated an explosive device on an explosives expert in al-Bukhmis area near Mashahda, which resulted in his death. All Praise to God!
**3 ambushes against the Rafidi army in Tarmiyah and Balad**

near the city of Balad, disabling a four-wheel drive vehicle. All Praise to God!
**Killing of 4 members of the Rafidi intelligence and army**
In the meantime, on Saturday, the 8th of Safar, a security detachment targeted and killed two elements of the apostate Rafidi Intelligence in Al-Mashahdah district. All Praise to God!
Prior to that, on

Rafidi army vehicles in several areas of the state. All Praise to God! According to sources in the field, the Mujahideen blew up an explosive device on a Rafidi Army vehicle on Wednesday.
On Thursday, the Mujahideen destroyed a Rafidi army Hummer vehicle with an explosive device, near the town of Dhuluiya. The Mujahideen also destroyed the Rafidi

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

On Sunday, the 9 th of Safar, one of the martyrdom fighters attacked a crowd of apostates and tribal members in the Mashahda area, killing and wounding more than 30 of them. All Praise to God!

The media office of the Province of North Baghdad stated that the brother martyr Abu Ahmad al-Hardani – May God accept him - attacked a gathering of apostates in the Mashahda area with his explosive vest, and detonated it amid the crowd, killing 5 of them, and wounding 25 others. All praise to God!

On a related matter, a number of soldiers of the Caliphate ambushed the Rafidi army in the Tarmiyah area, where clashes between the two sides resulted in the killing of an officer and two members, and the seizure of their weapons. All Praise to God! Another ambush by the Mujahideen – On Sunday – near Tarmiyah, specifically in the 14th of Ramadan area, resulted in the death of a member of the Rafidi army. All Praise to God!

On Monday, the 10th of Safar, the Mujahideen also ambushed members of the Rafidi militias

Wednesday 5 Safar, a sniper detachment targeted elements of the Rafidi army in the Al-Mashahdah area, killing 2 and wounding an apostate leader. All Praise to God!

A member of the Rafidi army was also killed by a sniper on Monday, the 10th of Safar on the land project near Tarmiyah. All Praise to God!

**<span style="color:red">Destruction of 3 Rafidi Army vehicles</span>**

This week, the Mujahideen also destroyed 3

army's fuel tank near the town of Ishaqi by detonating an explosive device, which resulted in the destruction [of the fuel tank] and the death of on all personnel on board. All Praise to God!

It should be noted that last week, the soldiers of the Islamic State carried out several attacks, including an infiltration martyrdom attack and [several] ambushes - on the areas of Ishaqi and Tarmiyah, killing and wounding 27 apostates, and destroying several military vehicles. All Praise to God!

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 6 of the PDF file]

**Al-Naba'** – Underline Province of Khorasan

On Tuesday, the 11th of Safar, a Caliphate soldier attacked a crowd of employees of the embassies of Canada and Britain and the World Bank and the Afghan television in Kabul's Diplomatic Quarter, in the Province of Khorasan, as they were leaving their jobs, killing more than 40, including crusaders, and injuring 30 others.

The state media office said that brother Sajid al-Khorasani – May God accept him -- went into the diplomatic district of Wazir Akbar Khan in Kabul wearing his explosive vest. He infiltrated himself in a large number of embassy staff, bank employees and the apostate Afghan TV staff. The media office confirmed that the number of crusaders and apostates killed and wounded exceeded 70.

**70 killed and wounded, including Crusaders,**
**following a martyrdom operation in the diplomatic quarters in Kabul**

[phone of a leg stepping on a corpse]

[Caption] One of the dead among the apostate Taliban in the last battle

**Joint offensive by the Afghan army and the Taliban repelled**

In the meantime, on Saturday, the 8th of Safar, the soldiers of the Caliphate repelled a joint offensive by the Afghan army and the Taliban on their positions in the Wazir Tunki area, west of Nangarhar, killing and injuring 23 apostates.

According to the Media Office of the Province of Khorasan, there were violent clashes between the Mujahideen and the apostates in the villages of Sabri-Punko and Dar Sir, in the area of Wazir Tunki. Eleven apostates were killed and 12 others were wounded. The Mujahideen seized various weapons and ammunition.

On a related note, on Sunday, the 9th of Safar, a number of soldiers of the Islamic State ambushed the Afghan army in the area of Hasca, in the province of Nangarhar, killing and wounding a number of them. All Praise to God!

According to sources on the field, the soldiers of the Caliphate were able to kill and wound five elements of the apostate Afghan army in an ambush in the village of Gudra, in the area of Hasca, province of Nangarhar.

In the meantime, on Monday, the 10th of Safar, soldiers of the Islamic State gunned down the head of the Laghman State Court, in the city of Jalalabad. All praise and gratitude be to God!

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER                    017789

**48 PKK Apostates killed at the al-Omar and al-Jafra [oil] fields**

Al-Naba' – Province of al-Baraka

More than 48 PKK apostates were killed and 16 military vehicles were destroyed during the fighting between Islamic State soldiers and apostates at the al-Omar and al-Jafra [oil] fields and a number of other areas. On Monday, the 10th of Safar, two knights of martyrdom managed to blow up their cars at the Jafra [oil] field in the al-Baraka province, killing 32 apostates and injuring many, and destroying 32 vehicles.

In the meantime, 6 other apostates were killed Sunday, the 9th of Safar, following an attack by the soldiers of the Islamic State at the al-Omar [oil] filed on the countryside of the province, and wounded a number of others. All praise to God!

And south of the town of al-Suar, one of the soldiers of the Caliphate attacked a crowd of PKK apostates using his explosive jacket in the village of Hreikia. Sources did not specify the size and nature of the losses suffered by the apostates as a result.

In the meantime, the Mujahideen destroyed a Hummer vehicle and a vehicle belonging to the apostates using two explosive devices southeast of the town of al-Suar, killing and injuring a number of them.

Meanwhile, the soldiers of the Islamic State destroyed a vehicle belonging to PKK elements by detonating an explosive device on them, and killed nine of them while they were trying to progress towards the village of Jadeed Akidat in the province's countryside.

According to al-A'maq News Agency, the soldiers of the Caliphate disabled a tank of the Nusairi army with an artillery

---

**Rafidi army officer wounded in Diyala**

Al-Naba' – Diyala
A Rafidi army official was wounded in

## Diverse News

**Two Nusairi Army Tanks Disabled in the Province of Hama**

---

**Kirgizstan Police Officer Stabbed to Death**

Al-Naba – Province of the Caucasus

An officer of the Kirgizstan apostate police was killed by one of the soldiers of the Caliphate on Thursday, the 6th of Safar in the city of Bishk. All praise to God! The A'maq News Agency stated that a soldier from the Islamic State stabbed the officer with a knife in the city of Bishk, causing his death. All praise to God!

The soldiers of the Caliphate carried out many operations against apostates and crusaders in the Caucasus, the last of which was Sunday 11 Muharram. A number of Islamic State soldiers attacked elements of the Dagestan police in the countryside of the city of Kizil Yurt, killing two of them. Two of the soldiers of the Caliphate - early last month – attacked a Dagestan police patrol, killing and wounding two of its elements. All praise to

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| Muqdadiya on Saturday, the 8th of Safar after the Islamic State soldiers targeted a foot patrol in the area. All praise to God! According to sources from the field, the Islamic State soldiers detonated an explosive device on the foot patrol, in the area of Al-Dulayb in Muqdadiya, which left an army official in the region seriously injured. All praise to God! | Al-Naba' – Province of Hama A number of soldiers of the Islamic State managed to disable two tanks of the Nusairi army with a guided missile and artillery shell during this week. | shell west of the town of Athria in the eastern province of Hama, in addition to being hit by another tank with a guided missile near the village of Hasrat in the same countryside. All praise to God! **Death of an Officer of the Apostate Levant Liberation Organization by a sniper shot in Damascus** Al-Naba' – Province of Damascus On Friday, the 7th of Safar, an Islamic State sniper killed a member of the Levant Liberation Organization in the Yarmouk refugee camp south of Damascus. All praise to God! | God! |

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 7 of the PDF file]

**From the Mountains of Khorasan to the Land of the Levant**
**Sheikh Abdul Hakim al-Tatari**
**"I want to reach the land of the Caliphate and live there, even if it were for only a few days."**

[photo of a man with a pistol]

"It is enough for me to live in the land of the Caliphate for only 4 days, and if I get killed then I have achieved what I want," is a phrase he repeated dozens of times when his family tried to dissuade him from emigrating from Khorasan to the land of the Caliphate in Iraq and Syria, and four days after his arrival, he asked to participate in a battle for which the soldiers of the Caliphate were getting ready in Baiji. His wife and those around him said to him: "Wait, Sheikh, get some rest from the hardships of the road and travel." He said: "I find my rest in that," and he kept on insisting upon his brothers until he was allowed to participate in the battle and was killed there.

He was truthful to God so he got what he wanted. He fought the

He is the Mujahid Sheikh Abdul Hakim al-Tatari, a 53-year-old Russian, who emigrated from the land of the Russian crusaders to the land of Khorasan 15 years ago. He joined his brothers in the Uzbek Islamic Movement in Waziristan, which pledged allegiance to the Muslim Caliphate after the Caliphate was declared, and its soldiers joined the soldiers of the Islamic State in Khorasan.

About his emigration from the land of Khorasan, immediately after the declaration of the Caliphate of the Islamic State, his son who was with him in Khorasan told us:
"When the Caliphate was declared, my father was determined and said, prepare yourselves to emigrate to the Levant and join the Caliphate." I said to him: "Father, there

We waited so long for this day to come. Do you know how many years we waited for this? And now that it has been announced, should we give up and not join it? It is enough for me to live there for several days, even if I were killed in the first battle in which I took part. I have no goal in my days to come, except to reach the land of the Islamic State and to join the crowd, and no one can prevent me from joining them. It is enough for me to live there for several days, even if I die in the first battle I take part in." It was only matter of days before the Sheikh, his wife and their son decided to emigrate along with a number of other brothers and prepared themselves for emigration for the sake of God. They collected what they could, which was estimated at $ 900 per person, although they

because of the lies of smugglers, and feared to be caught by the police or the gendarmerie of the infidels and the apostates, especially as the Sheikh is one of the most wanted people by the Crusader Russia, and his picture is well known and distributed all over the place. In addition to that, he has several publications where he incites others to go for Jihad, in which his picture is clear. In spite of all this, they were under the care and protection of God.

Such was the journey. Also, according to one of the brothers in the group, it was the most enjoyable journey of their lives because the Sheikh was there with them. He joked a lot, always happy and joyful, and always turned the most difficult and sad situations into pleasant ones.
In Turkey, the Sheikh remembered his nearly eighty-year-old mother, and did not

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

disbelievers and the apostates for 8 years in Khorasan. He was kind, joyful and loved by all his brothers. If someone was to be deployed to a specific post, he asked who was assigned to that post, and they said to him: So and so and so and so. When they learn that the Sheikh would be there, they would be very happy and run there, and if they did not find him, they would look for him. He was one of the greatest instigators of Jihad in the land of the Russians with his words and recordings, which were a major motivation in the migration of many of the Russian brothers to the arena of Jihad.

is Jihad here and there is Jihad there, the road is long, and we may very likely be taken prisoners. We do not have passports or official [ID] cards. In addition to that, we do not have enough money to reach the Levant." My father replied: "Now, the Caliphate was declared.

really needed more than $2000 per person for the trip.

One day at dawn, the small group migrated for the sake of God to the land of the Caliphate, from Waziristan to Afghanistan and then on to Pakistan, passing through the Polytheist state of Iran, then on to Turkey, to rest several days, and then completed their journey and entered the land of the Levant more than two months after their departure from Waziristan.

The trip was hard and long, and it is enough to know that, during their trip, they have boarded more than 50 cars since their departure, and rode on many motorcycles on roads where cars cannot go between the mountains, walked tens of kilometers on their feet as they crossed the borders, and spent a whole day hiding in wooden boxes so they could manage to cross one of the checkpoints, and had to come back several times before they were able to do so.

They have suffered a

want to enjoy the pleasure of living in the land of the Caliphate without her, so he called her and said: "I am currently in Turkey and I want to see you because I will go to a place from where I cannot - or will not want to - go back, so please come here so I can spend a few days with you before you go back home." The mother came and met her son, and he convinced her to join him on this journey and emigrate with him, so she emigrated and still lives in the land of the Islamic Caliphate to this day.

After he met with his mother, he got in touch with some of the brothers in Turkey to coordinate his entry. They asked him to take a seat and wait patiently until his turn came to enter and cross the border. There are dozens of brothers who want to enter, and this requires measures and efforts to secure the road for them. He refused to do so and said: "I want to enter today." They replied: "Sheikh, you have to wait for your turn."

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER



| | | lot of hardship | He replied: "Today is my turn," and insisted upon his demand. When the brothers saw how persistent he was, they allowed him in after two or three days, while some of the brothers had waited for more than a month. Two days after he entered with another small family, he asked about the nearest invasion prepared by the soldiers of the Islamic State. They told him it was in Baiji, so he packed his small bag and went to the camp to bid farewell to his only son, but could not see him, and went on to Baiji. A few days later, his wife received the news that he became a martyr days later. He was killed (May God have mercy on him) and none of the soldiers who were with him in the battle knew who this strange old man was with such high spirits who entered the battle with them and they knew nothing about him – May God accept him and welcome him in His most spacious gardens in Paradise. |
|---|---|---|---|

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 8 of the PDF file]

Al Naba'          Issue # 104 Year Nine Thursday 13th of Safar 1439 ((H)          Essays 8

## LISTENING AND OBEYING



Praise be to God, the Strong, the Steadfast, and peace and blessings be upon the most noble of all prophets and messengers, and his family and companions. Greetings!... What is known to the adherents to the Sunnah and the community is the necessity to listen and obey, and this is what distinguishes the Adherents to the Sunnah and the community from the people who follow heresies. Ibn Taymyiah (May God have mercy on him) said: "The Adherents to the Sunnah and the community are those who cling to the Book of God and the Sunnah of His Messenger – Peace and Blessings be upon Him - in word and action, outwardly and inwardly, just like our righteous predecessors amongst the Companions and those who followed them in their righteousness, and they stay away from heresies. Those who see that it is necessary to obey the leaders except if they order [people] to disobey God. Those who order virtues and forbid vices." Indeed, listening and obedience is the first pillar of allegiance, and the greatest right is that of

the unity of Muslims." [Lam'at al Aqa'ed][viii]

Ibn Taymiyah (May God have mercy on him) said in Wasitiyah[ix]: "The obedience of God and His Messenger is obligatory for everyone, and the obedience of the rulers is obligatory because God has ordered us to obey them. Whoever obeys God and His Messenger by obeying the rulers will be rewarded by God, and whomever makes his obedience to them [the rulers] contingent upon whether or not they grant him power or money, will have no share in the Hereafter."

Ibn Rajab (May God have mercy on him) said: "As for listening and obeying the commands of Muslim leaders, it is the happiness of the world, in which peoples' interests are organized in their lives, and helps them express their religion and obey their Lord."
Sheikh Muhammad ibn 'Abd al-Wahhab (May God have mercy on

and Muslim and others, as narrated by Abu Hurairah (May God be pleased with him); God Almighty said: "Whoever obeys me has obeyed God, and whoever disobeyed me has disobeyed God. Whoever obeyed my successor has obeyed me, and whoever disobeyed my successor had disobeyed me." Another Hadith was narrated by al-Bukhari, on the authority of Anas ibn Malik (May God be pleased with him) that the Prophet (May God's prayer and peace be upon Him) said: "Listen and obey, even if a black slave whose head is like a raisin is appointed over you." 'Abdullah bin Mas'ud (May God be pleased with him) reported: The Messenger of God (May God's prayer and peace be upon Him) said, "There will be discrimination after my death and there will be other matters that you will disapprove." He was asked: "O Messenger of God! What do you command us to do when we encounter such

The Prophet (May God's prayer and peace be upon Him) said: "Whoever disapproves of something done by his ruler, then he should be patient, for whoever disobeys the ruler even a little [as a span] will die as those who died in the Pre-Islamic Period of Ignorance." [Hadith agreed upon] Imam al-Bukhari (May God have mercy on him) said: "I have met more than a thousand scholars from Hejaz[vii], Mecca, Medina, Kufa, Basra, Waset, Baghdad, the Levant and Egypt…" He mentioned a group of them, then said: "I did not see any of them differ on these issues." Then he mentioned a number of issues, including the fact that we should not disobey those in authority because the Prophet (May God's prayer and peace be upon Him) said: "There are three [virtues] with which the heart of a Muslim shall not be deceived. Sincerity in deeds for God, giving advice to the leaders of Muslims, and sticking to the group. For indeed the call [to the word of God] is protected from behind them."
Abu Muhammad ibn 'Abd al-Rahman ibn Abi

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

the Imam and the Prince. Ibn Ibada Ibn al-Samit said: "The Prophet, peace and blessings of God be upon him, called upon us so we pledged allegiance to him, and he told us 'to pledge allegiance to listen and obey, in matters that we like and others that we hate, in times of hardship and times of ease, and regardless of anything that might be affecting us, and that we shall not dispute with the people of knowledge, except if we see that they are calling for and ordering us to follow the path of disbelievers, and have proof of that.'" [Narrated by al-Bukhari]

Since Listening and obedience is important, what is mentioned is a very clear manifestation of their concept, so that people will not be confused by this great meaning in which their inferiority is regulated, and their true religion is preserved. Hence the order to listen and obey.

**Obligation to Listen and Obey:**
The consensus of the scholars is that listening and obeying is an obligation. Listening and obeying even became a distinctive trait and a distinguishing feature of

him) said: "I see that it is obligatory to listen to and obey the leaders of the Muslims, whether they are devoted [to Islam] or debauched, as long as they are not ordering people to commit acts of disobedience toward God."

There are many correct Hadiths dealing with this matter, and there is no defect in the people's religion or their daily lives except when they violate this commandment. And more importantly, the word of God and His Messenger affirms that listening and obedience is obligatory; God Almighty says: "O you who have believed, obey God and obey the Messenger and those in authority among you. And if you disagree over anything, refer it to God and the Messenger, if you should believe in God and the Last Day. That is the best [way] and best in result."[x] Ibn Hajar said: "Ibn 'Uyaynah said, 'I asked Zayd ibn Aslam about it - that is, about [the meaning of] those in authority in this verse - and there was no one in the city who could explain the Quran, after Muhammad ibn Kaab, like him. He said: "Read the verse before it," so I read [it]: "Indeed, God commands you to

happenings?" He answered, "Give what is due from you and supplicate to God for your rights." In addition to other Hadiths that make it mandatory for Muslims to obey their leaders, even if they are unjust, as long as they are not ordering people to commit acts of disobedience [to God].

**The Illicitness of Breaking out of the Group**
When God commands us to listen and obey and stick together as a group, He forbids us from departing from the group, disobeying and entering into conflicts, as it not permissible for an individual or group to go out against a just imam, and whoever departs from it must be fought and suppressed. His evil must be stopped and he must be hated. God Almighty said: "If two parties among the Believers fall into a quarrel, make ye peace between them, but if one of them transgresses beyond bounds against the other then fight ye [all] against the one that transgresses until it complies with the command of God; but if it complies then make peace between them with justice and be fair, for God loves those who are fair [and just]."[xiii] It has been narrated that Arfaja (May God be pleased with him) said:

Hatem al-Razi said: I asked my father and Abu Zar'a about the doctrine of the adherents to Sunnah in the fundamentals of religion, what the scholars understood in all the places and what they think of that. They said: "We have met Imams in all areas of Hejaz, Iraq, the Levant and Yemen, and it was their doctrine […] so they mentioned things such as: We establish Jihad and pilgrimage with the imams of Muslims in every age and time, and we do not see any of them that called for departing from the authority of the leaders or fight them in sedition. We are commanded to listen to and obey those God Almighty has given authority over us. We must never disobey them. We must follow the Sunnah and the community, and to avoid the anomaly, discord, and division. The Jihad is going on, since God Almighty sent His Prophet (May God's prayer and peace be upon Him) until the day of judgment, under the leadership of those in authority amongst Muslim leaders. The same applies to the pilgrimage and the payment of alms to those in authority amongst Muslim leaders."

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

the Adherents to the Sunnah from those who follow heresies. Listening and obeying is even mentioned in the books of the beliefs of the Adherents to the Sunnah.

Ibn Qudaamah (May God have mercy on him) said: "It is Sunnah to listen to and obey the leaders of the Muslims and the Commanders of the Faithful - whether they are devoted [to Islam] or debauched, as long as they are not ordering people to commit acts of disobedience [to God], because no one shall be obeyed if he orders people to disobey God. Whomever is crowned as the Caliph – by consensus or by the sword – and is called the Commander of the Faithful, it becomes imperative [on Muslims] to obey him and illicit to disobey him and break

render trusts to whom they are due and when you judge between people to judge with justice. Excellent is that which God instructs you. Indeed, God is ever Hearing and Seeing."[xi]
So, he said: That's what "those in authority" means [Fath al-Bari][xii].

As for the Sunnah, there are many Hadith about the necessity of listening to and obeying the leaders of Muslims as long as they are not ordering people to commit acts of disobedience [to God], because of those Hadiths, we mention one that was narrated by al-Bukhari

"I heard the Messenger of God (May God's prayer and peace be upon Him) say, 'If you are holding to one single man as your leader, and someone comes to you and [suggests] that you should go against him [your leader] and seeks to undermine your solidarity or disrupt your unity, kill him.'" [Narrated by a Muslim]

Abdullah Ibn 'Umar (May God be pleased with them) reported:
The Messenger of God (May God's prayer and peace be upon Him) said, "One who withdraws his hand from obedience [to the leader] will find no argument [in his defense] when he stands before God on the Day of Resurrection; and one who dies without having sworn allegiance will die the death of one belonging to the Days of Ignorance." [Narrated by a Muslim]
Therefore, Muslims must stay together for the above reasons, and for all the pride and unity that Muslims will find in it [sticking together], and they must renounce conflict and division and differences, so as not to become weak and be struck with failure, and become [easy] preys to everyone. God knows best, and all Praise to God, Lord of the Worlds.

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 9 of the PDF file]

## There was certainly in their stories a lesson

### ①

### O our Lord! I have made some of my offspring to dwell in a valley without cultivation[xiv]

Praise be to God, the Lord of the Worlds, the one who sent the Messengers, bringing good tidings and warnings, and may the Prayer and Peace of God be upon the seal of all Prophets and the Master of the Messengers, may the peace of God be upon them all, and upon those who followed them in righteousness until the Day of Resurrection and Reckoning. God Almighty has revealed His Book to his Servant (May God's prayer and peace be upon Him) "explaining all things, a Guide, a Mercy, and Glad Tidings to Muslims."[xvi] And, in His Book, told His Prophet stories of people from the past about whom he knew nothing. "Such are some of the stories of the unseen, which We have revealed unto thee: before this, neither thou nor thy people knew them."[xvii] God has revealed to His Messenger these stories for the support, exhortation and remembrance that they provide. "All that we relate to thee of the

and gave her a maid named Hagar. Ibrahim - peace be upon him - returned to the blessed land, the land of the Levant. When he was not blessed with a child from Sarah, she gifted him her maid Hagar, who gave birth to Ismail, peace be upon him. Our story begins when jealousy took over Sarah's heart. God Almighty mentions a part of this story by saying: ""O our Lord! I have made some of my offspring to dwell in a valley without cultivation, by Thy Sacred House; in order, O our Lord, that they may establish regular Prayer: so, fill the hearts of some among men with love towards them, and feed them with fruits: so that they may give thanks. "O our Lord! Truly Thou dost know what we conceal and what we reveal: for nothing whatever is hidden from God, whether on earth or in heaven."[xx] When God inspired Ibrahim to usher Hajar and Ismael and leave them where he ordered him to leave them, for a reason only

Ismail's mother went on suckling Ismail and drinking from the water (she had). When the water in the water-skin had all been used up, she became thirsty and her child also became thirsty. She started looking at him [i.e. Ismail] tossing in agony; She left him, for she could not endure looking at him, and found that the mountain of Safa was the nearest mountain to her on that land. She stood on it and started looking at the valley keenly so that she might see somebody, but she could not see anybody. Then she descended from Safa[xxii], and when she reached the valley, she tucked up her robe and ran in the valley like a person in distress and trouble till she crossed the valley and reached the Marwa[xxiii] mountain where she stood and started looking, expecting to see somebody, but she could not see anybody. She repeated that (running between Safa and Marwa) seven times." The Prophet said, "This is the source

So, they all came (towards the water)." The Prophet added, "Ismail's mother was sitting near the water. They asked her, 'Do you allow us to stay with you?' She replied, 'Yes.'"

This story carries many morals and lessons to be learned, starting with the trust in God and belief in Him that He does not forsake His people. Abu Hurairah (May God be pleased with him) reported: The Messenger of God (PBUH) said, "God the Exalted says, 'I am as my servant expects me to be' [Narrated by al-Bukhari]. It was clear from the action of Ibrahim, peace be upon him, had no doubt that God was not going to forsake him, when He ordered him to leave his family to dwell in a valley without cultivation, where there is nothing that would allow any living creature to survive. He was certain that God would not forsake his people, that he would bestow His bounty on them, and that He was the best keeper [of his family], as he is the Most Merciful. This was also clear from Hagar's words when she said,

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

stories of the apostles, with it We make firm thy heart: in them there cometh to thee the Truth, as well as an exhortation and a message of remembrance to those who believe."[xviii] These stories have a great impact on the hearts that are alive, full of faith and belief. They bring to them a peaceful way to face the trials and tribulations. "There is, in their stories, instruction for men endued with understanding."[xix]

Therefore, we will shed light on the stories of the Prophets, peace be upon them, to draw lessons and follow their path. We will start this series by talking about Ibrahim, peace be upon him, in a unique story showing the firm faith, sincere trust and absolute certainty in God Almighty. It is his story with Hajar and his son Ismail, peace be upon him, after God Almighty saved him and his wife Sarah from the tyrant king, and after that unjust king saw from her what he saw,

the Almighty knew, so he took Hajar and her baby from the land to Mecca accompanied, until they reached a lofty tree near the well of Zamzam, by the Ka'ba. There was no one in Mecca back then, no water or food. It was an arid desert. So, Ibrahim left them there, and gave them a bag of dates and a jar of water, and started to head back. So Hajar went after him and asked, "Abraham, where do you go and leave us in this valley where there are no humans and nothing?" She said that to him repeatedly and he did not pay attention to her. So, she said, "Did God order you to do this?" He replied that yes, so she said with confidence in God and trust in him, "So He will not forsake us," and then went back. Ibrahim took off, and when he reached a mountain pass where they could not see him, he faced the Ka'ba and raised his hands and implored God with these words: ""O our Lord! I have made some of my offspring to dwell in a valley without cultivation, by Thy Sacred House; in order, O our Lord, that they may establish regular Prayer: so, fill the hearts of some among men with love towards them, and feed them with fruits, so that

of the tradition of the walking of people between them [i.e. Safa and Marwa]. When she reached Marwa [for the last time] she heard a voice and she asked herself to be quiet and listened attentively. She heard the voice again and said, "O, [whoever you may be]! You have made me hear your voice; have you got something to help me?" And behold! She saw an angel at the place of Zamzam, digging the earth with his heel (or his wing), till water flowed from that place. She started to make something like a basin around it, using her hand in this way, and started filling her water-skin with water with her hands, and the water was flowing out after she had scooped some of it." The Prophet added, "May God bestow Mercy on Ismail's mother! Had she let the Zamzam (flow without trying to control it) (or had she not scooped from that water) (to fill her water-skin), Zamzam would have been a stream flowing on the surface of the earth." The Prophet further added, "Then she drank (water) and suckled her child. The angel said to her, 'Don't be afraid of being neglected, for this is the House of God which will be built by this boy

'Then He will not neglect us.' She was certain that God had ordered Ibrahim, peace be upon him, to do so for a good reason that only He knew, in His infinite wisdom. She was certain that God was not going to forsake them. It is also a lesson in absolute submission to the will of God Almighty, and acceptance of that which He has prescribed. Where the Prophet Ibrahim - peace be upon him - left his family in the arid desert where death is inevitable with the lack of any source of life, but the absolute surrender to the order of God was a reason to leave them, so he returned after they arrived at the place where God ordered him to leave them. The same applies to the mother of Ismail, when she saw the place and that there was no human being and no water, she asked him repeatedly in a deploring manner: "O Ibrahim! Where are you going, leaving us in this valley where there is no person whose company we may enjoy, nor is there anything [to enjoy]?" She repeated that to him many times, but he did not look back at her. But when she knew that this was God's command, she submitted to His will and was certain that

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

| | they may give thanks.''xxi | and his father, and God never neglects His people.' The House (i.e. Ka`ba) at that time was on a high place resembling a hillock, and when torrents came, they flowed to its right and left. She lived in that way till some people from the tribe of Jurhum, or a family from Jurhum, passed by her and her child, as they (i.e. the Jurhum people) were coming through the way of Kada'. They landed in the lower part of Mecca where they saw a bird that had the habit of flying around water and not leaving it. They said, 'This bird must be flying around water, though we know that there is no water in this valley.' They sent one or two messengers who discovered the source of water, and returned to inform them of the water. | God will bring about a solution for her baby and her. So, God did not forsake them, and brought her companionship and bestowed His bounties on her. The stories of the Prophets and their people contain lessons that are useful to bring about lasting blessings, for when they compare their situation to those before them, they are comforted and manage to find ways of salvation from any scourge of distress that they may be going through. God has shown the path of light in the sea of darkness. Each time a calamity befalls them, God reveals onto them what they need to do to cure it. "[Here is] a Book which We have sent down unto thee, full of blessings, that they may mediate on its Signs, and that men of understanding may receive admonitionxv." |
|---|---|---|---|

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 10 of the PDF file]

**Al-Naba'** Province of the Euphrates

The Islamic Court in the Province of the Euphrates ruled that the hand of a 16-year old thief must be cut off, after he was convicted of stealing four pistols and two gold bars, each weighing one kilogram. On 25 Dul Hijja, at 6 am, according to case paperwork, when he saw that the front door was closed, the thief climbed the fence of a house, which is 2 meters high, under the pretext of searching for food. [Once he climbed] He saw a number of men sleeping in the courtyard of the house, so he went down and inside the house, walked towards the inner door of the ground floor and found that the door was closed. At that time, he went up to the first floor and found the door open, so he snuck in quietly to make sure that no one would see him. In addition, according to the papers, after the perpetrator entered one of the rooms in

**He Stole 7 kg of gold and 4 guns, and sold half of the gold and one gun for 75,000 Pounds**

a bag that he also found next to them, and left the house.

According to witnesses, the thief sold one of the two saboteurs with a pistol in the amount of 75,000 Syrian pounds, and gave the remaining three pistols and the second kilogram of gold to one of his acquaintances without mentioning that he stole it.

The witness added that the owner of the two gold bars and pistols went to the market in order to search for his stolen goods and began to ask the owners of the shops that sell gold for his gold bars. He informed them that a thief stole the two gold bars and four pistols. The man to whom the thief gave the stolen items

learned that a man was looking for a gold bar and some pistols, so he told him that he had them, and told him about the person who gave them to him. From there, they went to the headquarters of the Islamic police station in the city of Albuqmal, and told them story. The police officers arrested the thief, who later admitted to the details of the theft and acknowledged that he had done it.

The papers indicated that after the defendant confronted the suspect and the witness confessed that he committed the theft at the house of the victims, and that his motives were to search for foodstuffs. He admitted that he sold one of the two gold bars and one of the pistols for 75,000 Syrian Pounds.

It is noteworthy that the thief guided the police to

the person who bought the stolen items from him, so they went to his place, recovered the goods and returned them to their owner.

**Evidence to Support Cutting off the Hand [of a Thief]**

God Almighty said: "As to the thief, Male or female, cut off his or her hands: a punishment by way of example, from God, for their crime: and God is Exalted in power."[xxxiv]

Aisha (May God be pleased with her) reported:
Quraysh[xxv] were anxious about a woman from Banu Makhzum who had committed theft and asked: "Who will speak to the Messenger of God (May God's prayer and peace be upon Him) about her?" Then they said: "No one will be bold enough to do so except Usamah bin Zaid, the [Companion who was] dearly loved by the Messenger of God (May God's prayer and peace be upon Him)." So Usamah (May God be pleased with him) spoke to him and the Messenger of God (May God's prayer

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| the upper house, he found a cupboard and opened it, and found 4 pistols and 2 gold bars, each of which weighing one kilogram. He put the pistols and the two gold bars inside | | | and peace be upon Him) (angrily) said, "Are you interceding regarding one of the punishments prescribed by God?" He then got up and delivered an address in which he said, "Indeed what destroyed the people before you was just that when a person of high rank among them committed a theft, they spared him; but if the same crime was done by a poor person they inflicted the prescribed punishment on him. I swear by God that if Fatimah daughter of Muhammad should steal, I would have her hand cut off." [Narrated by Muslim] |

| | |
|---|---|
| **Precious Excerpts**<br><br>From the words of Sheikh Abu Mus'ab al-Zarqawi, may God accept him<br><br>(3) | God Almighty will never forsake you - O strangers - How could our Lord forsake those who uphold His word and support His religion? By God, He will not forsake you after you went out in the face of your enemy and left your husbands and children [for His sake].<br><br>He will not forsake you after you have abandoned your pleasures, your desires, your families, and your neighbors, hoping for the paradise of your Lord.<br><br>God will not disgrace you after you came out seeking His pleasure. [He will not forsake you] while you are calling [people] to God with a clear vision, enjoining good and forbidding evil, staying up to pray at night and fasting during the day. [He will not forsake you] while you connect with your loved ones, uphold the Sharia, defend virtue and fight vice.<br><br>As long as you are on the path of the truth, I bring you glad tidings! God will never disgrace you.<br><br>You will defeat America. By God! You will defeat America, even if it takes some time, and it will become a mark of shame on the face of time.<br><br>Take comfort in the stories about the life of the Prophet, when he said to Kaab ibn Malek: "Your Lord will not forget one [poetic] verse that you spoke." He |

CONFIDENTIAL MATERIALS<br>SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Kaab Ibn Malek] said: "Which one is it?" He [The Prophet] said: "Sing it, O' Abu Bakr." So, he [Abu Bakr] said:

Sakhina[xxvi] claims that it will defeat its Lord,
[But] the ones who always win will certainly be defeated

So, by God, uphold your religion! And by God, defend your brothers and yourselves! By God, uphold your belief and protect your dignity. Don't let Islam be attacked while you're standing and watching. You have a decisive battle to fight. The infidels are coming again. The enemy is blazing! So, we must be determined to reach the top. Beware that they love their earthly life more than you love your religion. One of two good things will happen to you: Either you become a martyr and receive your provision [from your Lord], or [achieve] a speedy victory.

And shout from the bottom of your hearts:

I will not reconcile with you as long as I have a horse,
And as long as my thumb's grip on my sharp sword get firmer.

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 11 of the PDF file]

Al Naba'   Issue # 104 Year Nine Thursday 13th of Safar 1439 (H)   News 11

## It happened in one week

### The Kurdish tyrant abandons his post, leaving power to his nephew

The President of the Kurdistan region of Iraq, Massoud Barzani, left office on Wednesday, paving the way for his nephew to reconcile with the central government in Baghdad, neighboring countries and rival Kurdish parties after the failed referendum on independence.

Kurdish officials said former Prime Minister Nigervan Barzani was now the main representative of power in the autonomous Kurdish region after his uncle stepped down.

"The prime minister will become the main figure during this transitional period," said Hoshyar Zebari, a former Iraqi foreign minister who now serves as an adviser to the Iraqi Kurdistan government, and a senior member of the ruling Kurdistan Democratic Party.

The despot Massoud Barzani, 71, has run the Kurdish region with an iron fist since 2005, but announced his resignation on Sunday, effective from the first of next month after the failure of the referendum on independence that took place about five weeks ago, which prompted the central government to send troops to reclaim territories controlled

On Wednesday, Iraqi forces threatened to resume military operations to gain control of Kurdish-held territory in northern Iraq after accusing authorities there of delaying handing over control of Iraq's border with Turkey, Iran and Syria.

The Iraqi prime minister ordered the apostate Abadi to respond economically and militarily to the Kurdistan government after the Kurds voted for independence in Iraq last month in a referendum that Baghdad declared illegal.

He said the truce was aimed at allowing Iraqi Rafidi forces to deploy unhindered in disputed areas and along international borders.

Kurdish officials said they were ready to allow Iraqi supervision of the border but said the Kurdistan Regional Government should control the crossings leading to the Kurdish region.

The Iraqi Joint Operations Command accused the Kurdistan Regional Government of using the talks to delay the reinforcement of Kurdish defenses.

The statement said that "the region is engaged throughout the negotiation period in moving its forces and building new defenses to block the spread of federal forces and cause losses to them ... We will not allow this and now the federal forces are ordered to

"They do not like our independence, the way we think and our vision of the region," the despot continued. "We want freedom of expression for the peoples of the region, and they are not pleased with that. They think this is a threat to them," he said.

To date, Doha has not openly accused its neighbors of trying to change its regime.

He mentioned that in the past few weeks: "They said in the media that this regime should be more acceptable to its neighbors. They want to say we have to follow them instead of being independent, that's what they want to say, that's what they want."

### Bahrain Calls for Freezing Qatar's Membership in the Gulf Cooperation Council

For his part, the foreign minister of Bahrain, the tyrant, Khalid bin Ahmed Al Khalifa, called on the Gulf Cooperation Council on Monday to freeze the membership of Qatar in the Council until it satisfies the demands of the Gulf states. He added: "The right step to maintain the GCC is to freeze Qatar's membership in the Council until it controls its mind and responds to the demands of our countries, otherwise we are fine, by leaving the Council."

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

by the Kurds outside the borders of their autonomous region.

During his resignation address, Massoud Barzani accused his rivals "of treason" for handing over those territories without a fight.

**Iraq threatens to resume military operations against the Kurds**

secure the areas and the borders."

The leadership of the Kurdish Peshmerga forces accused the Iraqi forces of mobilizing weapons and threatening force to resolve internal political differences.

**Qatar Tyrant Accuses Saudi Arabia and its Allies of Attempting to Change the Regime in his Country**

Qatar's Tyrant Tamim bin Hamad has accused Saudi Arabia and its Arab allies of trying to topple his government as the crisis in the Gulf states continues.

"They want to change the regime, that's very clear," he said in a television interview.

"History shows us that they tried to do it before, in 1996, and they have shown it very clearly in the last few weeks."

He added: "Bahrain will not attend a summit and sit with Qatar, which draws closer to Iran day after day and prepares foreign forces, and these are dangerous steps to the security of the GCC."

On the other hand, Bahrain has imposed visas on Qataris and residents in Qatar.

Under the Gulf Cooperation Council (GCC) agreements, the residents of the six member states have the right to visit other countries in the council without the need for an advance visa, which was the case [in the relationship] between Doha and Manama.

Saudi Arabia, the United Arab Emirates, Bahrain and Egypt have already severed ties with Qatar six months ago and imposed economic sanctions after accusing it of supporting extremist Islamic groups and cozying up to Iran, charges Doha rejects.

[Image of a man with a sniper riffle]
There is no God but Allah, Mohammed is the Messenger of Allah
Visual: The Path to Glory
Safar 1439
Damascus

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

[Page 12 of the PDF file]

## Demoralizing and Fearmongering

"When there comes to them some matter touching (Public) safety or fear, they divulge it. If they had only referred it to the Messenger, or to those charged with authority among them, the proper investigators would have tested it from them (direct). Were it not for the Grace and Mercy of God unto you, all but a few of you would have fallen into the clutches of Satan." [Quran – 3:83]

Fearmongering is the action of deliberately arousing public fear or alarm about a particular issue, whether it is based on facts or lies, as long as it strikes fear in the hearts and takes away their determination.



Demoralizing and fearmongering does not require there to be an intention to do so. Any rumors to strike fear in the hearts of people without any [foreseen public] interest is fearmongering. The [public] interest is determined by those in authority, not by the general public. Muslims must beware of Satan's plot to strike fear in the hearts of Muslims and demoralize them under the pretext of giving them advice or being realistic. They must always go back to those in authority and those who are able to effect changes, after God.

**Al-Naba' Infographic**

Safar 1439 (H)

CONFIDENTIAL MATERIAL
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER

i (H) stands for Hijri: Islamic Lunar Calendar

ii Sayings of the Prophet Mohammad

iii Kurdistan Worker's Party

iv Awakening

v Attack by fighters who directly charge into enemy lines in order to cause as much damage as possible, generally expecting to be killed while doing so

vi Inghimasi are fighters who directly charge into enemy lines in order to cause as much damage as possible, generally expecting to be killed while doing so

vii a region in the west of present-day Saudi Arabia

viii The spark of belief

ix Principles of Islamic Faith (Al-`Aqidah Al-Wasitiyah)

x Quran – 3:59

xi Quran – 3:58

xii Fatḥ al-Bari [Victory of the Creator] fi Sharḥ Ṣaḥiḥ al-Bukhari - A multi-volume commentary on the Sunni Hadith collection Sahih al-Bukhari

xiii Quran – 49:9

xiv Quran – 14:37

xv Quran – 38:29

xvi Quran – 16:89

xvii Quran – 11:49

xviii Quran – 11:120

xix Quran – 12:111

xx Quran – 14:37-38

xxi Quran – 14:37

xxii Safa: One of two small hills now located in the Great mosque of Mecca near the Ka'ba. Muslims travel back and forth between them seven times, during the ritual pilgrimages of Hajj and Umrah.

xxiii Marwa: One of two small hills now located in the Great mosque of Mecca near the Ka'ba. Muslims travel back and forth between them seven times, during the ritual pilgrimages of Hajj and Umrah.

xxiv Quran – 5:38

xxv Tribe in Mecca

xxvi Derogative nickname given to the tribe of Quraysh. It refers to a meal by the same name, which is made out of flower and shortening, that they used to eat. They cherished it and resorted to it when [food] prices go up and there is a shortage of money.

CONFIDENTIAL MATERIALS
SUBJECT TO DECEMBER 6, 2017 PROTECTIVE ORDER