

| 235917347_155195.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
| --- | --- | --- |



| 235917347_155197.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
|---|---|---|



| 235917981_155162.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
| --- | --- | --- |



| 235917981_155164.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
|---|---|---|



| 238226663_479.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
| --- | --- | --- |



| 238226663_482.jpg | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
|---|---|---|



| q_238226663_479 | Arabic | Amaq News Agency<br>October 27, 2017<br>Amaq News Agency: The assassination of a Kyrgyz police officer in the city of Bishkek yesterday by one of the Islamic State soldiers using a knife. |
|---|---|---|



| 43b8311fe62b367d473700b979db00a8 | Arabic | The Islamic championship. The first round. [ISIS flag/motto:] There is no god but Allah. Muhammad is Allah's Messenger. The Islamic State Caliphate. vs. [TN: flag of Spain]. The Islamic State Caliphate. Spain. Location – Barcelona of Andalusia. Time – Around the clock on Thursday. |



| ba9b032f976143cfb4e36cf5a94f9ca9 | Arabic | The Islamic championship. The first round. [ISIS flag/motto:] There is no god but Allah. Muhammad is Allah's Messenger. The Islamic State Caliphate. The Islamic State Caliphate. Vs. Spain. Location – Barcelona of Andalusia. Time – Around the clock on Thursday. |



Аъмақ агентлиги | **ўзбекча**

18/8/2017

**ШОШИЛИНЧ**

Аъмақ Агентлиги: Хилофат аскарлари томонидан Испаняда амалга оширилган ҳужумда Салбчилар ва Яҳудлардан 120 киши ўлган ва жароҳат олган

| bf7ef4e23ba355a421c2d01a1fa3ad8d | Arabic, Uzbek | [AR] Amaq News Agency<br>[UZ] Amaq News Agency / Uzbek / Breaking News<br>18 August 2017<br>[UZ] Amaq News Agency: 120 Christians and Jewish people died in the attack organized by Khilafah militants in Spain. |
| --- | --- | --- |



02/10/2017

СРОЧНО

Специальный источник агентства Амак: операция в Лас Вегасе проведена одним из воинов Исламского Государства в ответ на призыв атаковать население стран коалиции





02/10/2017

СРОЧНО

Специальный источник агентства Амак: воин Исламского Государства, который провел атаку в Лас-Вегасе, принял Ислам всего несколько месяцев назад.

| e87eefe58b9f00367dce19d30a032309 | Russian, Arabic | [AR] Amaq News Agency<br>[RU] A'MAQ News Agency \| Russian<br>October 2, 2017<br>BREAKING [NEWS]<br>Special source of Amaq Agency:<br>The operation in Las Vegas was carried out by one of the warriors of the Islamic State in response to the call to attack the population of the coalition countries<br>@KOGNEWS<br>[AR] Amaq News Agency<br>[RU] A'MAQ News Agency \| Russian<br>October 2, 2017<br>BREAKING [NEWS]<br>Special source of Amaq Agency:<br>The warrior of the Islamic State who conducted the attack in Las Vegas had embraced Islam just a few months ago |
| --- | --- | --- |



| 6010ed374cb3bc6d6cc8fe6eaf98aceb | Russian, Arabic | [AR] Amaq News Agency<br>[RU] A'MAQ News Agency \| Russian<br>October 2, 2017<br>BREAKING [NEWS]<br>Special source of Amaq Agency:<br>The operation in Las Vegas was carried out by one of the warriors of the Islamic State in response to the call to attack the population of the coalition countries<br>@KOGNEWS<br>[AR] Amaq News Agency<br>[RU] A'MAQ News Agency \| Russian<br>October 2, 2017<br>BREAKING [NEWS]<br>Special source of Amaq Agency:<br>The warrior of the Islamic State who conducted the attack in Las Vegas had embraced Islam just a few months ago |



| b596a1e813a105532be3caa5b9a27105 | Arabic, Uzbek | [UZ] Second bombing operation in Britain<br>In 4 months<br>September 15, London, Metro station – Bombing<br>Knife and vehicle attack – June 3, London Bridge<br>IEDs manufactured by the Islamic State Security members<br>May 22, Manchester, Manchester Arena – Bombing<br>Knife and vehicle attack – May 22, London, near Parliament building<br>33 were killed and  248 were wounded in the attacks<br>Amaq Agency<br>Infographic  September 16, 2017<br>[AR] [Logo] Amaq News Agency |



| 93dcfbca823b3cc678627d493877665b | Arabic | Amaq News Agency. September 15, 2017. BREAKING NEWS.<br>A security source to Amaq News Agency: The detonated IED in the London underground metro was carried out by an Islamic State's platoon. |



| f05d9716b098b2fd0ea3252dc75f1883 | Arabic | Amaq News Agency.<br>[Illegible day/month] 2017<br>BREAKING NEWS:<br>A security source to Amaq News Agency: The detonated IED in the London underground metro was carried out by an Islamic State's platoon. |
| --- | --- | --- |



| 2dbe8dffecc98b05bd6decaa0d0460e8 | Arabic | Amaq News Agency<br>[Illegible] 2017<br>BREAKING NEWS<br>A security source to Amaq News Agency: An Islamic State detachment carried out the London attacks yesterday. |
|---|---|---|



| f9ceb126dc5c6a9c0da0f8fa759fc43d | Arabic | Amaq News Agency<br>June 4, 2017<br>BREAKING NEWS<br>A security source to Amaq News Agency: A detachment of<br>Islamic State fighters carried out the London attacks yesterday. |
|---|---|---|



ИСЛОМ ДАВЛАТИ



**Биританянинг Манчестр шаҳрида бир неча миналар портлатилиши оқибатида 100 киши ўлган ва жороҳат олган**

**Шошилинч хабар**   26 - Шаъбон, 1438 ҳ.

**Аллоҳнинг фазлу карами билан Аллоҳнинг дини учун ўч олиш ва мушриклар қалбига қўрқув солишлик ҳамда мусулмонлар диёрига қилинган ваҳшиёна ҳужумга жавоб беришлик мақсадида, Хилофат аскарларидан бири Биританянинг Манчестр шаҳрида Салибийлар жамланган жойга бир неча миналар ўрнатишга муваффақ бўлди. Ўрнатилган миналар Салийбийларнинг фаҳш байрами нишолланадиган (АРЕНА) биносида портлатиди. Муборак амалиёт натижасида, 30 киши ўлган ва 70 киши жароҳат олган. Келгувси амалиётлар бунданда қаттиғроқ ва шиддатлироқ бўлади. Аллоҳга ҳамдлар бўлсин.**

| e160ccf25625657b26c4c7bb04bac328 | Uzbek | The Islamic State. Urgent. As a result of several bomb attacks in Manchester, Britain, 100 people were killed and injured. BREAKING NEWS. 26 Shaban, 1438 [Hijri date, corresponding to 23 May 2017]. With Allah's help, in order to avenge Allah's faith, fill the hearts of the polytheists with fear, and respond to the brutal attack to the Muslims' land one of the Caliphate fighters successfully set several bombs in Manchester, Britain in an area where the Crusaders were located. The bombs exploded in a building where the Crusaders were celebrating (ARENA). As a result of the Holy act, 30 people were killed and 70 more people were injured. Next bomb attacks are going to be more destructive. Praises be to Allah. |



Аъмақ агентлиги | ўзбекча

6/6/2017

**ШОШИЛИНЧ**

Аъмақ агентлиги: Австралянинг Мелбурн шаҳрида ўтказилган амалиёт соҳиби Ислом давлат аскараларидан бўлиб, У ҳужумни Иттифоқчилар томонидан бомбор қилинаётган мусулмонларнинг чақириғига жавоб ўлароқ қилган

| 1ab029716ecf63b88478912785ab3b0c | Arabic, Uzbek | [AR] Amaq News Agency<br>[UZ] Amaq News Agency \| Uzbek<br>6 June 2017<br>[UZ] Breaking News<br>Amaq News Agency: Person responsible for the activity carried out in Melbourne, Australia is a soldier of the Islamic State. He carried out the attack in response to the calls for help by Muslims being bombed by the Allies. |



| fad99a997a7d468f7e71e7a42e7aa6c4 | Arabic | Amaq News Agency.<br>[Illegible day/month] 2017<br>BREAKING NEWS<br>A security source to Amaq News Agency: The person who carried out the stabbing operation in Surgut, Russia is one of the Islamic State's soldiers. |



| e7bb1030d9b5b84859e8be1593f788ee | Arabic | Amaq News Agency.<br>[Illegible day/month] 2017<br>BREAKING NEWS<br>A security source to Amaq News Agency:<br>The person who carried out the stabbing<br>operation in Surgut, Russia is one of the<br>Islamic State's soldiers. |
|---|---|---|



| 441edfc545eb86ea35739da128c4e39d | Arabic, Uzbek | [AR] Amaq News Agency<br>[UZ] Amaq Agency/Uzbek<br>19 August 2017<br>[UZ] Breaking News<br>Amaq Agency: One of the Caliphate fighters carried out a knife attack in the Russian city of Surgut. |



Аъмақ агентлиги | **ўзбекча**

19/8/2017

**ШОШИЛИНЧ**

Аъмақ Агентлиги: Рассиянинг Сургут шаҳрида Хилофат аскарларидан бири Пичоқ ёрдамида ҳужум қилган

| 90cfaa83dd66741c04cff0b1e65b28ff | Arabic, Uzbek | [AR] Amaq News Agency<br>[UZ] Amaq News Agency \| Uzbek<br>19 August 2017<br>[UZ] Breaking News<br>[UZ] Amaq News Agency: A Khilafat soldier carried out an attack with a knife in Surgut, Russia. |
| --- | --- | --- |