K3b1saic

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4          v.                          17 Cr. 722 (VSB)

5  SAYFULLO HABIBULLAEVIC SAIPOV,

6              Defendant.              Conference

7  ------------------------------x

8                                      New York, N.Y.
                                       March 11, 2020
9                                      4:08 p.m.

10

   Before:
11
                       HON. VERNON S. BRODERICK,
12
                                           District Judge
13

14                        APPEARANCES

15  GEOFFREY S. BERMAN
         United States Attorney for the
16       Southern District of New York
    BY:  AMANDA L. HOULE
17       JASON A. RICHMAN
         Assistant United States Attorneys
18
    FEDERAL DEFENDERS OF NEW YORK INC.
19       Attorneys for Defendant
    BY:  DAVID E. PATTON, ESQ.
20       SYLVIE J. LEVINE, ESQ.
         ANDREW DALACK, ESQ.
21
    ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
22       Attorneys for Defendant
    BY:  DAVID M. STERN, ESQ.
23
    ALSO PRESENT:  AMBER TYREE
24                 Special Agent, FBI

25                 PETER SCHRAMMEL
                   Detective, NYPD/Task Force Officer, FBI

                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

K3b1saic

1          (In open court)

2          THE COURT:  Okay.  If I could ask counsel to please

3     identify themselves for the record.

4          MS. HOULE:  Your Honor, it's Amanda Houle and Jason

5     Richman for the government, and with us at counsel table is

6     Amber Tyree and Pete Schrammel from the FBI.

7          THE COURT:  Okay.  Good afternoon.

8          MR. PATTON:  Good afternoon, your Honor.  David Patton

9     and David Stern, Sylvie Levine, Andrew Dalack for Mr. Saipov,

10    who's waiving his appearance.

11         THE COURT:  Okay.  Thank you.

12         Okay.  Where do things currently stand, Ms. Houle?

13         MS. HOULE:  Since we last appeared before your Honor,

14    the defense asked for the government to lay out what the

15    conditions would be of a video deposition.  We did do that.  We

16    sent over information about who would be asking the questions,

17    where they would occur, the fact that defense would be able to

18    participate via a remote connection, that the U.S. Attorney's

19    Office would do the same, that would be audio and video, and

20    defense counsel asked some follow-up questions, to which the

21    government responded.  I'll let defense counsel speak for

22    themselves, but I understand that their final answer is that

23    they will not participate in the depositions next week.

24         THE COURT:  Okay.  All right.  Mr. Patton.

25         MR. PATTON:  That's the bottom line.

K3b1saic

1              THE COURT:  Okay.

2              MR. PATTON:  For the moment.  We understood that the

3    immediate concern was sending agents over to Uzbekistan.  We've

4    told them they should not do that.  We're not ready to proceed

5    next week.  We do think that there are potential ways to do

6    this entirely remotely.  We've asked the government to look

7    into one issue regarding whether or not we would have to follow

8    all the strictures of the Uzbek requirements if nobody was

9    there, if there were no agents, no government officials, we

10   weren't there, because we've talked to an Uzbek lawyer who

11   thinks that that's really what triggers those requirements is

12   the actual presence in country of a foreign delegation.  So

13   we'd like to look into that possibility.

14             THE COURT:  Yeah.

15             MR. PATTON:  We'd also like to continue looking into

16   the possibility of our being able to remotely prepare

17   witnesses.  Part of that is the technology issues.  The

18   government has offered to have us talk to one of their agents

19   about what's truly encrypted and what's not and what's really

20   private and what's not.

21             THE COURT:  Yeah.

22             MR. PATTON:  I will say they seem more confident than

23   we are that there is a way to be certain about that via video.

24   My separate concern is whether or not our witnesses were going

25   to believe that, which is the more significant issue.

K3b1saic

1          THE COURT:  Yes.

2          MR. PATTON:  And then beyond all of this, we've just

3     been talking more and more.  We are likely to come to the Court

4     very soon with an adjournment request, and this will be one of

5     several reasons, and so we think there are reasons why, if the

6     adjournment request is dealt with sooner rather than later,

7     that may clear up some issues and also may make any possible

8     adjournment easier to deal with, if it's tackled sooner rather

9     than later.  So we just put that on the Court's radar screen.

10    And where are we?  End of the day Wednesday?  We would hope to

11    get your Honor something by Friday.

12          THE COURT:  Okay.  Yes, Ms. Houle.

13          MS. HOULE:  Just saying, your Honor, that where this

14    leaves us is that the government has made available a location,

15    a facility for these depositions to be conducted next week,

16    with approval from the Uzbek government.  This is against the

17    backdrop of the defense being aware that these depositions and

18    these witnesses would need to be prepared for months now, and

19    the government would strongly oppose any adjournment based on

20    the defense's decision to not travel or participate remotely in

21    these depositions next week.

22          THE COURT:  Okay.  Look, I understand.  Look, I don't

23    know, at the end of the day, faced with, undoubtedly, if this

24    goes to trial and then someone else has to look at it at the

25    end of the day on a different floor in this building, what

K3b1saic

1    views they would take about any of this.  It's, in a way,

2    uncharted territory, but I have my suspicions.

3          So I guess what I would say is the following to

4    counsel.  I mean, it's running the risk that the bureau, if in

5    fact things clear up, that they're not going to be able to get

6    approval to go over to Uzbekistan or overseas just generally.

7    I also think there is a risk -- and I don't know whether the

8    travel by the agents would be considered official.  In other

9    words, I guess the government, as I understand it, is

10   contemplating Level 3 restrictions in travel for Europe as a

11   general matter.  They haven't said.  It hasn't been decided

12   yet.  But in any event, the defense has indicated they're not

13   going to participate in that, and I don't know what the end

14   result would be, but I think you should absolutely, Mr. Patton,

15   pursue other options that might be available.  I understand

16   that in short order I might be getting a request to adjourn the

17   trial.  I'm not sure how the next week or so may shed some

18   additional light on that.

19         I know I said I was going to speak to the jury clerk.

20   I did not have an opportunity to do that since the time we last

21   saw each other.  And I apologize for the delay.  I was

22   finishing up on another conference call.

23         So I guess -- and look, I don't necessarily get --

24   Mr. Patton.

25         MR. PATTON:  Just on that last point, our intention

K3b1saic

```
 1   was to try to get the Court something quickly in the interest
 2   of all parties being able to address some of these things.  But
 3   if the Court thinks that it makes sense to see how things play
 4   out for an additional day or two, Monday, Tuesday, Wednesday,
 5   we're happy to --
 6            THE COURT:  You were thinking this week of getting me
 7   something.
 8            MR. PATTON:  I'm sorry?
 9            THE COURT:  You were thinking this week you were going
10   to get me a request.
11            MR. PATTON:  We were, but I've been on the fence about
12   the timing of doing any of that just because of how fast paced
13   all this is moving.  And I just had a meeting -- I'm having a
14   similar one in the Southern District tomorrow -- where things
15   are being discussed that -- it's surreal what's being discussed
16   right now in those meetings, about contingencies for entirely
17   shutting down the courthouse and how we might deal with that
18   possibility.
19            THE COURT:  Yeah.
20            MR. PATTON:  So, you know, I think we have some
21   concerns that we're happy to get to the Court by Friday.  If
22   the Court would like to see how things play out a little bit --
23            THE COURT:  No.  I think a couple of things.  If you
24   get me the letter on Friday, the government's going to take
25   some time to respond.  I think things will develop over the
```

K3b1saic

| | |
|---|---|
| 1 | next few days, next week or so, that gives us a clearer picture |
| 2 | of what's going to happen in terms of the courthouse itself.  I |
| 3 | think my sense is that for both districts, they want to keep |
| 4 | everything open as long as we possibly can, but there are |
| 5 | things that intrude on that, including if we're unsuccessful in |
| 6 | guarding against folks who may have the virus, you know, coming |
| 7 | into the facility, and then what would happen at that point, |
| 8 | how many folks would they have contact with and the like. |
| 9 | So I don't have a problem, Mr. Patton, if you were |
| 10 | going to submit something by Friday.  Should I assume that |
| 11 | that's the case, Mr. Patton? |
| 12 | MR. PATTON:  We will. |
| 13 | THE COURT:  And then I'll just ask -- and obviously |
| 14 | the government doesn't know the contents of it, but would |
| 15 | sometime early to mid next week, would that be a sufficient |
| 16 | amount of time? |
| 17 | MS. HOULE:  If we could have till end of day Tuesday, |
| 18 | your Honor. |
| 19 | THE COURT:  Sure.  That's fine. |
| 20 | And obviously if you're in discussions, obviously, |
| 21 | among the various folks that need to be consulted from the |
| 22 | bureau to folks in the executive staff at the U.S. Attorney's |
| 23 | Office and anybody else, if you need additional time, just let |
| 24 | me know. |
| 25 | MS. HOULE:  Thank you, your Honor. |

K3b1saic

```
1         THE COURT:  And also, what does everybody envision

2    about, you know, when this thing would actually -- because I

3    have no idea when -- I'll wait to see what the letters to me

4    say about that and we can proceed from there.

5         So, Agent, you don't have to worry about flying

6    overseas, and I'm sure which would be coach or less than coach

7    on the government's dime.  And we'll see where things go from

8    there.

9         I'm hopeful that, you know, even if there's this

10   request coming, that we're going to try and move forward on the

11   Rule 15 depositions, if we can figure out a way to do it that

12   makes sense, just because I don't know how long it might be,

13   you know, where we're not able to actually send folks overseas.

14        So I'd like the parties to continue, even regardless

15   of the request, to proceed to actually do the work, and I may

16   start socializing the folks in the courthouse, the jury folks,

17   to this possibility, because obviously they did a tremendous

18   amount of work in arranging for the questionnaires and the

19   like.

20        Mr. Patton.

21        MR. PATTON:  We'll put this in our papers.  Again,

22   we've been talking about this.  One of the things we've talked

23   about is if arrangements for an adjournment had to be made,

24   that things could go out to the folks who filled out the

25   questionnaires to see about their availability during different
```

K3b1saic

1    time slots so we don't have to go through all that again.

2              THE COURT:  And look, that absolutely occurred to me.

3    In terms of prevailing upon folks, we've already asked a lot of

4    the folks.  And look, I don't necessarily have anything that

5    jumps to mind right now that would object to that other than it

6    is an incredible, you know, imposition.

7              Having said that, you know, it seems, as we

8    experienced, it seemed to me -- and I have not looked at the

9    questionnaires, but it seemed as if those folks were very

10   conscientious in filling those forms out and stayed around, you

11   know, well past the time that the folks in the jury room were

12   basically, you know, scheduled to head home.  So I wouldn't be

13   surprised if people, you know, want to, if they can, to stick

14   by, but we'll see.  And I'll start at least having the

15   conversation with the jury folks about what the options could

16   be and what is doable and what may not be.  Again, I'm not at

17   all saying that anything's going to be put off.

18             Okay.  Is there anything else that we need to deal

19   with right now, from the government?

20             MS. HOULE:  No.  Thank you, your Honor.

21             THE COURT:  All right.  From the defense.

22             MR. PATTON:  No, your Honor.  Thank you.

23             THE COURT:  Okay.  I'll have to think about if there

24   are other things, but I'll look forward to getting a letter on

25   Friday and then the government's response by the close of

K3b1saic

1    business Tuesday.  All right?

2              Thank you very much.  We'll stand adjourned.

3              ALL COUNSEL:  Thank you.

4                                o0o

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25