```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――

UNITED STATES OF AMERICA,

v.

SAYFULLO SAIPOV,

Defendant.
―――――――――――――――――――――

17 Cr. 722 (VSB)

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that:

Beginning immediately, and absent any applicable disciplinary sanctions, the Metropolitan Correctional Center ("MCC"), shall schedule the SAMs-approved monthly family calls of Sayfullo Saipov, Reg # 79715-054, to proceed by the second Friday of every month and with advance notice to defense counsel.

Further, MCC shall provide Mr. Saipov an additional 15-minute SAMs-approved call to his grandfather, Sobit Saipov, by May 8, 2020.

Dated: April 28, 2020
       New York, NY

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge