

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2020

<u>By ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The parties write pursuant to the Court's Order of June 11, 2020, directing the parties to submit an update letter by July 15, 2020 concerning the parties' views on a trial date. Given the ongoing COVID-19 pandemic, and the corresponding continued impact on the Court's operations (including the suspension of jury trials), the parties respectfully request an adjournment until August 17, 2020 to provide an update to the Court.

      Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through August 17, 2020.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                Acting United States Attorney

                      By:    /s/
                                Amanda Houle
                                Sidhardha Kamaraju
                                Matthew Laroche
                                Jason A. Richman
                                Assistant United States Attorneys
                                (212) 637-2194/6523/2420/2589

cc:    Defense counsel (by ECF)