

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re: *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    The parties write pursuant to the Court's Order of August 18, 2020, directing the parties to submit an update letter by September 21, 2020 concerning a trial date. The parties are cognizant of the fact that some trials have been scheduled in this District in the coming months. Nevertheless, given the continued impact of COVID-19 on, among other things, the Court's operations and travel, as well as the additional considerations necessary to schedule this trial, the parties respectfully request an adjournment until October 21, 2020 to provide an update to the Court.

    Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through October 21, 2020.

                                            Respectfully submitted,

                                           AUDREY STRAUSS
                                           Acting United States Attorney

                                   By:      /s/
                                           Amanda Houle
                                           Sidhardha Kamaraju
                                           Matthew Laroche
                                           Jason A. Richman
                                           Assistant United States Attorneys
                                           (212) 637-2194/6523/2420/2589

cc:     Defense counsel (by ECF)