# ATTACHMENT B

# [redacted]