

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

Earlier today, defense counsel filed a letter requesting various forms of relief based on the Government's production of additional intercepted communications involving the defendant. The Government respectfully requests until October 8, 2020 to respond to that letter.

Respectfully submitted,
AUDREY STRAUSS
Acting United States Attorney

By:   \_\_\_\_\_/s/_____
Amanda Houle
Sidhardha Kamaraju
Matthew Laroche
Jason A. Richman
Assistant United States Attorneys
(212) 637-2194/6523/2420/2589

cc:   Defense counsel (by ECF)