**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 9, 2020

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Saipov*
(S1) 17 Cr. 722 (VSB)

Dear Judge Broderick:

      We are in receipt of the government's letter dated October 8, 2020, which opposes our request for an evidentiary hearing regarding its late disclosure of intercepted communications and the likelihood that additional communications involving Mr. Saipov were destroyed, unpreserved or remain undisclosed. We respectfully request the opportunity to file a reply letter by October 19, 2020.

      Respectfully submitted,

      <u>/s/ Annalisa Mirón, Esq</u>.
      Annalisa Mirón, Esq.
      Andrew Dalack, Esq.
      Counsel for Sayfullo Saipov

cc:    Government counsel