

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The parties write pursuant to the Court's Order of September 25, 2020, directing the parties to submit an update letter by October 21, 2020 concerning a trial date. Given the continued impact of COVID-19 on, among other things, the Court's operations and travel, as well as the additional considerations necessary to schedule this trial, the parties respectfully request an adjournment until November 23, 2020 to provide an update to the Court. Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through November 23, 2020.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/    
Amanda Houle
Sidhardha Kamaraju
Matthew Laroche
Jason A. Richman
Assistant United States Attorneys
(212) 637-2194/6523/2420/2589

---

I am in receipt of the parties' update of October 21, 2020. (Doc. 355.) The parties are directed file a further update on or before November 23, 2020. The parties' request that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) is Granted through November 23, 2020. Such a continuance is necessary to, among other things, allow the parties to continue to prepare for trial, and I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK   10/28/2020
UNITED STATES DISTRICT JUDGE