

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    The parties write pursuant to the Court's Order of October 28, 2020, directing the parties to submit an update letter by November 23, 2020 concerning a trial date. Given the continued impact of COVID-19 on, among other things, the Court's operations and travel, as well as the additional considerations necessary to schedule this trial, the parties respectfully request an adjournment until January 8, 2021 to provide an update to the Court. Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through January 8, 2021.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:      /s/
    Amanda Houle
    Sidhardha Kamaraju
    Matthew Laroche
    Jason A. Richman
    Assistant United States Attorneys
    (212) 637-2194/6523/2420/2589

cc:    Defense counsel (by ECF)

---

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/24/2020

I am in receipt of the parties' update of November 23, 2020. (Doc. 359.) The parties are directed file a further update on or before January 8, 2021. The parties' request that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) is Granted through January 8, 2021. Such a continuance is necessary to, among other things, allow the parties to continue to prepare for trial, and I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.