

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2020

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    **Re:** *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    We write on behalf of the parties in response to the Court's October 27, 2020 order regarding social video teleconferences ("VTCs"). The defendant requests that the Court again direct the Metropolitan Correctional Center ("MCC") to provide the defendant with two 30-minute VTCs with his SAMs-approved family members in the month of December. The Government understands that the MCC has not yet resumed in-person visits and the availability of VTCs remains the same. Accordingly, the Government has no objection to the defendant's request on the condition that the defendant, as he has done in the past, foregoes his legal VTCs to accommodate his social VTCs. The parties also respectfully request the opportunity to update the Court about this issue on or before December 28, 2020.

                                         Respectfully submitted,

                                         AUDREY STRAUSS
                                         Acting United States Attorney

                         By:      /s/
                                Amanda Houle / Sidhardha Kamaraju
                                Matthew Laroche / Jason A. Richman
                                Assistant United States Attorneys
                                (212) 637-2194/6523/2420/2589

cc:     Defense counsel (via ECF)