

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2021

<u>By ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The parties write pursuant to the Court's Order of November 24, 2020, directing the parties to submit an update letter by January 8, 2021 concerning a trial date. Given the continued impact of COVID-19 on, among other things, the Court's operations and travel, as well as the additional considerations necessary to schedule this trial, the parties respectfully request an adjournment until March 9, 2021 to provide an update to the Court. Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through March 9, 2021.

I am in receipt of the parties' update of January 8, 2021. (Doc. 365.) The parties are directed file a further update on or before March 9, 2021. The parties' request that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) is Granted through March 9, 2021. Such a continuance is necessary to, among other things, allow the parties to continue to prepare for trial, and I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    /s/
    Amanda Houle
    Sidhardha Kamaraju
    Matthew Laroche
    Jason A. Richman
    Assistant United States Attorneys
    (212) 637-2194/6523/2420/2589