UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                 :

UNITED STATES OF AMERICA       :

       -against-                    :

                                              :       S1 17-cr-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :

                                              :               **ORDER**

Defendant.                  :

                                              :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Defendant Saipov's May 13, 2021 letter motion asserting that it is premature to schedule Rule 15 depositions and a tentative trial date given the current risk of traveling to Uzbekistan. (Doc. 379.) I would like to discuss these issues with the parties. Therefore, a telephone conference is scheduled in this matter for June 3, 2021, at 9:00 a.m. To join the conference, dial 1-888-363-4749; access code: 2682448. Members of the public may also use this dial-in information to listen to the hearing. Additionally, defense counsel is directed to inform the Court whether Saipov intends to waive his appearance by May 18, 2021.

SO ORDERED.

Dated:  May 16, 2021
          New York, New York

                                                                        Vernon S. Broderick
                                                                        United States District Judge