

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2021

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    We write on behalf of the parties in response to the Court's June 22, 2021 order regarding the defendant's potential request to seek deauthorization of the death penalty in this case and an update on Rule 15 deposition scheduling and protocols. (Dkt. 389). Given the Court's request for an update in 45 days from the date of that Order, the parties will update the Court on or before August 6, 2021. Further, in light of the COVID-19 pandemic and given the defendant's ongoing preparations for trial, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) through August 6, 2021.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                United States Attorney

                            By:     /s/
                                Amanda Houle / Jason A. Richman
                                Assistant United States Attorneys
                                (212) 637-2194/2589

cc:    Defense counsel (via ECF)

> I am in receipt of the parties' letter, dated June 28, 2021. (Doc. 392.). The parties' request that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) is Granted through August 6, 2021. Such a continuance is necessary to, among other things, allow the parties to continue to prepare for trial, and I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.
>
> SO ORDERED:
>
> */s/ Vernon Broderick*
> HON. VERNON S. BRODERICK   6/29/2021
> UNITED STATES DISTRICT JUDGE