UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA          :
                                        :
                                        :

           -against-                :             S1 17-cr-722 (VSB)
                                        :
                                        :                  **ORDER**

SAYFULLO HABIBULLAEVIC SAIPOV,    :
                                        :

           Defendant.            :

                                        :
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/16/2021__

VERNON S. BRODERICK, United States District Judge:

       Due to a scheduling conflict, the conference in this case scheduled for September 24,

2021 is adjourned to September 27, 2021, at 3:30 p.m.  Accordingly, it is hereby:

       ORDERED that the time, through September 27, 2021, is excluded in the interests of

justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).  I find that the case is

"complex" as that term is used in the Speedy Trial Act and this finding supports granting the

continuance.  Additionally, such a continuance is necessary to, among other things, allow the

parties to continue to prepare for trial, and I find that the ends of justice served by granting the

continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.

       SO ORDERED.

Dated: September 16, 2021
        New York, New York

                                  Vernon S. Broderick
                                  United States District Judge