```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :
              -against-                                     :      S1 17-cr-722 (VSB)
                                                            :
                                                            :           ORDER
SAYFULLO HABIBULLAEVIC SAIPOV,                              :
                                                            :
              Defendant.                                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

VERNON S. BRODERICK, United States District Judge:

A conference in this case is scheduled for Monday, September 27, at 3:30 p.m. Defense counsel is directed to inform me as soon as practicable whether Mr. Saipov intends to waive his appearance.

SO ORDERED.

Dated: September 24, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge