```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :
         -against-                                          :     S1 17-cr-722 (VSB)
                                                            :
                                                            :         ORDER
                                                            :
SAYFULLO HABIBULLAEVIC SAIPOV,                              :
                                                            :
         Defendant.                                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2021

VERNON S. BRODERICK, United States District Judge:

On September 27, 2021, I held a conference in this case. Defendant Saipov waived his appearance for purposes of this conference. (Doc. 406.) In accordance with my comments made during the conference, by on or before October 8, 2021, the parties are directed to submit a joint letter describing their respective positions on the timing and process of Rule 15 depositions and setting a trial date. The Government's request that I exclude time in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) is Granted between September 27, 2021 through October 8, 2021. I find that the case is "complex," both legally and logistically, and that this finding supports granting the continuance. Additionally, I find that an exclusion is warranted as the parties will be discussing both Rule 15 depositions and potential trial dates. I find that the ends of justice served by granting the continuance outweigh the interest of the public and Defendant Saipov in a speedy trial.

SO ORDERED.

Dated:  September 28, 2021
        New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge