

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2021

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    We write on behalf of the parties in response to the Court's October 1, 2021 order regarding the defendant's social video teleconferences ("VTCs"). (Dkt. 409). The Government is still gathering information from the Bureau of Prisons concerning plans for in-person visiting for SAMs inmates. As such, the parties respectfully request that they update the Court on or before November 3, 2021 concerning their respective positions on VTCs and/or in-person visits for the month of November.

                                                            Respectfully submitted,

                                                            DAMIAN WILLIAMS
                                                            United States Attorney

                                       By:    /s/                            
                                                           Amanda Houle
                                                           Alexander Li
                                                           Jason A. Richman
                                                            Assistant United States Attorneys
                                                           (212) 637-2194/2265/2589

cc:    Defense counsel (via ECF)