UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
:
                        Plaintiff,       :
:          S1 17-cr-722 (VSB)
       -against-                                                :
:          **ORDER**
:
SAYFULLO HABIBULLAEVIC SAIPOV,                              :
:
                       Defendant.       :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Subject to the availability of a courtroom and interpreter, it is hereby ORDERED that the parties appear for a conference on November 29, 2021 at 11:30 AM regarding a trial date in this matter. When the information is available, the Court will provide courtroom location information by separate order.

SO ORDERED.

Dated:  November 18, 2021
         New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge