UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
UNITED STATES OF AMERICA      :
            :
            :
     -against-         :         S1 17-cr-722 (VSB)
            :
SAYFULLO HABIBULLAEVIC SAIPOV,  :        **ORDER**
            :
          Defendant.  :
            :
            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On November 29, 2021, I held a conference in this case. In accordance with my comments made during the conference, by or before December 6, 2021, the parties are directed to meet and confer and to jointly propose a trial schedule for a trial beginning August 15, 2022. For the reasons stated on the record, the speedy trial time is excluded through August 15, 2022, in the interests of justice under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  November 29, 2021
         New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge