UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA               :

           -against-                     :
                                        :          S1 17-cr-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV, :
                                        :          **ORDER**
           Defendant.                :
                                        :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On April 22, 2022, I ordered that the parties appear for a conference on May 4, 2022, at 3:30 p.m., and advised that the Court would provide courtroom location information by separate order.  (Doc. 439.)  It is hereby ORDERED that the conference will take place in Courtroom 23B at 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:  April 25, 2022
           New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge