**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 28, 2022

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:  **United States v. Sayfullo Saipov**
      **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

    We write regarding the upcoming status conference scheduled for May 4, 2022, at 3:30 p.m. On behalf of our client, Sayfullo Saipov, the defense respectfully requests that the Court accept Mr. Saipov's waiver of his appearance at the May 4, 2022, conference pursuant to Fed. R. Crim. P. 43(b)(3).

Respectfully Submitted,

/s/
David Patton
Andrew J. Dalack
Sylvie J. Levine
Annalisa Mirón

Counsel for Sayfullo Saipov

At the conference on May 4, 2022, I intend to address, among other things, the proposed updated jury questionnaire, the timing and procedures for jury selection, the parties' projected length of trial and suggestions for holiday break(s), and the status of any request by the Defense to seek deauthorization of the death penalty.  After considering this endorsement, if Mr. Saipov still intends to waive his appearance, Defense counsel is directed to file a renewed request as soon as practicable.  Defense counsel should also be prepared tell me if there are days during the expected trial dates that their client would request that we not sit for religious reasons.

SO ORDERED:

*[signature]* 04/29/22
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE