**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2022

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/03/22

Re:   **United States v. Sayfullo Saipov**
      **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

    We write regarding the upcoming status conference scheduled for tomorrow, May 4, 2022, at 3:30 p.m. and in response to the Court's Order dated April 29, 2022. Dkt. No. 442. Having conferred further with Mr. Saipov regarding the scope of tomorrow's conference, we respectfully request that the Court accept Mr. Saipov's waiver of his appearance at the conference pursuant to Fed. R. Crim. P. 43(b)(3).

    Respectfully Submitted,

    /s/
    David Patton
    Andrew J. Dalack
    Sylvie J. Levine
    Annalisa Mirón

    Counsel for Sayfullo Saipov