UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
                   Plaintiff, :
:      S1 17-cr-722 (VSB)
       -against- :
:      **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV, :
:
                 Defendant. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 4, 2022, I held a conference in this case. In accordance with my comments during the conference, it is hereby:

      ORDERED that on or before May 18, 2022, the parties submit a joint letter addressing: (1) any proposed modifications to my preliminary remarks to prospective jurors, (Doc. 289); (2) the parties' positions on whether my preliminary remarks may be transmitted to prospective jurors by video feed; (3) any proposed modifications to the trial schedule, (Doc. 426), in light of my remarks during the conference; (4) any objections to, or requests for reconsideration of, my Opinion and Order of February 27, 2020, concerning issues related to jury selection and the jury selection process, (Doc. 296); (5) the parties' positions on whether to institute a vaccine requirement for jurors; and any other matters that the parties wish to bring to my attention at this time, after having met and conferred with one another.

SO ORDERED.

Dated: May 6, 2022
      New York, New York

                                             Vernon S. Broderick
                                             United States District Judge