

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2022

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  07/05/22

Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    We write on behalf of the parties in response to the Court's June 2, 2022 order regarding the defendant's social video teleconferences ("VTCs"). (Dkt. 453). The defendant requests that the Court order the Metropolitan Detention Center ("MDC") to provide him with two 30-minute VTCs with SAMs-approved family members for July 2022, in lieu of any in-person family visits. The Government does not object to this request for July only. The parties respectfully request the opportunity to update the Court about this issue on or before August 1, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Amanda Houle
    Jason A. Richman
    Alexander Li
    Assistant United States Attorneys
    (212) 637-2194/2589/2265

cc:   Defense counsel (via ECF)