UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :
UNITED STATES OF AMERICA,           :
                                      :
                      Plaintiff,      :
                                      :          S1 17-cr-722 (VSB)
            -against-                :
                                      :              **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV, :
                                      :
                    Defendant.  :
                                      :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 29, 2022, I ordered that the parties appear for a conference on August 10, 2022, at 4:00 p.m., and advised that the Court would provide courtroom location information by separate order. (Doc. 461.) It is hereby

ORDERED that the conference will take place in Courtroom 318 at 40 Foley Square, New York, NY 10007. There will be no dial-in.

IT IS FURTHER ORDERED that jury selection on August 11, 12, 17, 18, and 19, 2022 will take place in Courtroom 9C at 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the Government shall deliver the printed questionnaires to the Jury Department before the conference on August 10, 2022.

SO ORDERED.

Dated: August 3, 2022
       New York, New York

                                                Vernon S. Broderick
                                               United States District Judge