UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA :
: S1 17-CR-722 (VSB)
-against- :
: **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV, :
:
Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

The Court is in receipt of Plaintiff's letter motion to permit the Defendant to waive his appearance at the pretrial conference scheduled for August 10, 2022, and on the days the prospective jurors fill out the questionnaires (August 11, 12, 17, 18, and 19, 2022) ("Jury Questionnaire Days"). (Doc. 471). Accordingly, it is hereby:

ORDERED that Defendant's request to waive his appearance is DENIED without prejudice.

IT IS FURTHER ORDERED that by close of business on August 9, 2022, the parties shall submit a joint letter explaining each party's position as to whether Jury Questionnaire Days are considered part of the "trial stage" of this case under Fed. R. Civ. P. 43(a)(2). If the parties agree that Jury Questionnaire Days are not considered part of the "trial stage" of this case, Defendant shall renew his request by submitting a declaration/affidavit in support of Defendant's waiver of appearance.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge