**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 9, 2022

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> Application granted. The final questionnaire submitted on August 9, 2022 is approved and may be printed.
>
> SO ORDERED:
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE
> 8/9/2022

Re:   **United States v. Sayfullo Saipov**
      **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick:

The parties are in receipt of the Court's Order dated July 29, 2022, approving the parties' jointly-proposed revised questionnaire, with one modification regarding holiday dates. (Dkt. No. 461).

In anticipation of the Government printing the questionnaires today for distribution beginning on August 11, the parties completed a final review and made some small edits to the final version. The parties are in agreement as to the following:

- Footer:        Updated the date and deleted the word "proposal"
- Question 17:   Added the holiday schedule, per the Court's Order
- Question 21:   Deleted "Spring 2020" and replaced it with "Fall 2022"
- Question 107:  Updated the list of Government attorneys
- Question 109:  Added the names of the defense paralegals
- Question 132:  Edited in light of the pending request for Mr. Saipov to waive his appearance

We seek the Court's endorsement of these edits. A full final version is also attached here. Thank you for your consideration.

Respectfully submitted,

/s/
David Patton
Counsel for Sayfullo Saipov