UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
UNITED STATES OF AMERICA,        :
            :
       Plaintiff,       :
            :     S1 17-cr-722 (VSB)
    -against-       :
            :     **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV, :
            :
       Defendant.  :
            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 10, 2022, I held a conference in this case. In accordance with my comments during the conference, it is hereby:

      ORDERED that the parties meet and confer (1) to confirm any outstanding issues currently before the Court, specifically any outstanding issues beyond those outlined in the Defendant's First Supplemental Motion in Limine (Doc. 473.), and file a joint letter with all outstanding issues by August 24, 2022, and (2) to discuss the masking and vaccination issues previewed during today's conference and propose a briefing schedule on these issues, taking into consideration the need to propose how these policies may be implemented.

      IT IS FURTHER ORDERED THAT the Government produce its informative outline by September 13, 2022. The Defense shall file all objections, including motions to preclude specific documents or certain testimony, as well as any supplemental briefing related to the aggravating factors by October 11, 2022. The Government shall file any opposition by October 25, 2022, and the Defense shall file any reply by November 1, 2022.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

Vernon S. Broderick
United States District Judge