UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,         :

                           :

                   Plaintiff,    :              

                           :              S1 17-cr-722 (VSB)

            -against-        :

                           :              **ORDER**

SAYFULLO HABIBULLAEVIC SAIPOV,  :

                           :

                 Defendant.   :

                           :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 20, 2022, potential juror #943 left a voicemail with my Chambers.  I have

notified the parties of this voicemail, and provided a copy to them.  Accordingly, it is hereby

      ORDERED that the parties can take the voicemail into consideration when evaluating

potential juror #943 for service.

SO ORDERED.

Dated:  August 23, 2022
       New York, New York

                                         Vernon S. Broderick
                                         United States District Judge