UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
     :
UNITED STATES OF AMERICA,     :
     :
          Plaintiff,     :
     :     S1 17-cr-722 (VSB)
     -against-     :
     :     **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV,     :
     :
          Defendant.     :
     :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On August 23, 2022, potential juror #943 called Chambers again, and Courtroom Deputy Leyni Rodriguez spoke to him. Ms. Rodriguez advised potential juror #943 that we had received the voicemail he left on August 20, 2022, and that we had shared his voicemail with the parties. (*See* Doc. 499.) Ms. Rodriguez further advised potential juror #943 to contact the Jury Department with any other questions or concerns, consistent with the instructions on the sheet of paper handed to all prospective jurors. I have notified the parties of this call. Accordingly, it is hereby

ORDERED that the parties may take this information into consideration when evaluating potential juror #943 for service.

SO ORDERED.

Dated: August 24, 2022
      New York, New York

                                             Vernon S. Broderick
                                             United States District Judge