UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,            :
                                                        :
                         Plaintiff,       :
                                                        :           S1 17-cr-722 (VSB)
             -against-                 :
                                                       :           **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV,  :
                                                       :
                         Defendant.  :
                                                       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of a letter motion from the Defense requesting an evidentiary hearing related to the Government's recent disclosure of *Brady* materials.  (Doc. 503.)  Accordingly, it is hereby

       ORDERED that on or before August 30, 2022, the parties meet-and-confer and file a proposed briefing schedule for the Government's response to the Defense's motion, and for any reply from the Defense.

SO ORDERED.

Dated:  August 26, 2022
          New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge