# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2022

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.**   08/29/22

Re:     United States v. Sayfullo Saipov
         (S1) 17 Cr. 722 (VSB)

Dear Judge Broderick,

We write with respect to the Court's Orders directing the defense to file "any request concerning masking and/or vaccination requirements for jury selection and trial," which is due today.  Dkt. Nos. 487, 491.  The parties are still working towards an agreement regarding the terms of the defense's request, and we need a few more days to finalize our negotiations with the Government and to confer with Mr. Saipov.  Therefore, the defense respectfully requests an extension to August 31, 2022, to file its vaccine and masking-related motion and corresponding documents, and a commensurate one-week extension of the Government's response deadline, to September 7, 2022.

The Government does not object to this application.

Respectfully submitted,

/s/
David Patton
Andrew J. Dalack
Sylvie J. Levine
Annalisa Miron

Counsel for Sayfullo Saipov

cc:     Government counsel