# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 31, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.   08/31/22

Re: **United States v. Sayfullo Saipov**
(S1) 17 Cr. 722 (VSB)

Dear Judge Broderick,

    I write on behalf of the parties with respect to the August 31, 2022, deadline for the filing of proposed jury instructions for the trial and penalty phases, and proposed general instructions for each day's panel and voir dire questions. Dkt. No. 505. The parties are nearing agreement on joint proposals for at least some of these filings, and require more time to see the discussions through. Accordingly, the parties respectfully request that the deadline be adjourned to September 7.

Respectfully Submitted,

/s/
David E. Patton, Esq.

Counsel for Sayfullo Saipov