**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  09/08/2022

    Re:    <u>United States v. Sayfullo Saipov</u>
            (S1) 17 Cr. 722 (VSB)

Dear Judge Broderick,

    I write on behalf of the parties with respect to the September 7, 2022, deadline for the filing of proposed jury instructions and voir dire questions. Dkt. No. 517. The parties remain engaged in productive discussions regarding joint proposals for at least some of these filings, and require additional time to see these discussions through. Accordingly, the parties respectfully request that the deadline be adjourned to September 9, 2022.

                                                                 Respectfully Submitted,

                                                                     /s/
                                                          David E. Patton, Esq.

                                                          Counsel for Sayfullo Saipov