**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2022

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  09/13/2022

The Jury Administrator shall produce the petit jury records by September 16, 2022.

Re: <u>United States v. Saipov</u>
     (S1) 17 Cr. 722 (VSB)

Dear Judge Broderick:

    We write to respectfully request that the Court enter an Order requiring production of the petit jury records by September 16, 2022. We previously provided a copy of the endorsed jury records demand (ECF No. 470) to the Jury Administrator on August 11, 2022, the day of the issuance of the Protective Order governing the records. We understand that the Jury Clerk's Office was occupied with questionnaires at that time, but it has now been three weeks since those questionnaires were completed and we still have not received any records.

    As the Court is aware, any statutory challenge under the Jury Service and Selection Act, would be due no later than the commencement of *voir dire* on October 11, 2022. 28 U.S.C. § 1867(a). Our expert requires sufficient time to review the records before we prepare any motion challenging the composition of the petit jury in this matter, and therefore we respectfully request that the records be produced to the parties no later than September 16, 2022.

Respectfully submitted,

/s/ Annalisa Mirón
David E. Patton, Esq.
Andrew J. Dalack, Esq.
Sylvie J. Levine, Esq.
Annalisa Mirón, Esq.
David A. Ruhnke, Esq.
David Stern, Esq.

Counsel for Sayfullo Saipov

cc:    Government Counsel