# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: **United States v. Sayfullo Saipov**
**(S1) 17 Cr. 722 (VSB)**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/13/2022

The Defense shall file substantive instructions regarding the elements of the offenses charged by September 16, 2022.

Dear Judge Broderick,

    Enclosed is Sayfullo Saipov's proposed requests to charge for the liability phase, with the exception of an instruction regarding his theory of the defense, and minus substantive instructions regarding the elements of the offenses charged. The defense respectfully requests leave to file substantive instructions regarding the elements of the offenses charged by September 16, 2022. The defense requires additional time to complete this discrete aspect of Mr. Saipov's proposed liability-phase instructions, and we thank the Court in advance for its consideration.

                                             Respectfully Submitted,

                                             /s/
                                       David E. Patton, Esq.

                                       Counsel for Sayfullo Saipov