**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  09/13/2022

The parties shall update the Court by September 16, 2022 regarding their joint proposals for the penalty-phase materials.

Re: **United States v. Sayfullo Saipov (S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

    I write on behalf of the parties with respect to the September 9, 2022, deadline for the filing of proposed jury instructions and voir dire questions. Dkt. No. 553. Enclosed please find proposed pre-voir dire instructions with annotations from both parties and a joint document containing preliminary voir dire questions for the Court's consideration. The parties remain engaged in productive discussions regarding joint proposals for the penalty-phase materials, and request an extension of time until September 16, 2022, to update the Court as to those items. With respect to liability-phase proposed instructions, the parties will file separately this evening.

Respectfully Submitted,

/s/
David E. Patton, Esq.

Counsel for Sayfullo Saipov