UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :

UNITED STATES OF AMERICA            :

                                                         :

            - v. -                           :
                                                         :           17-CR-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :
                                                         :              **ORDER**
               Defendant.              :
                                                         :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 18, 2022, I issued a pretrial schedule in the above-captioned action, scheduling oral argument on motions *in limine* for September 19, 2022, if necessary. (Doc. 459.) At this time, oral argument is not necessary. I will inform the parties if oral argument becomes necessary in determining the outcome of the pending motions *in limine*.

SO ORDERED.

Dated:  September 15, 2022
          New York, New York

                                                                          Vernon S. Broderick
                                                                          United States District Judge