

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

  Re: *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

  The Court has previously requested updates on the status of the defendant's request to the Attorney General to withdraw the Notice of Intent to Seek the Death Penalty in this case. (Dkt. No. 80). We were notified today that the Attorney General has decided to continue to seek the death penalty. We conveyed this decision to defense counsel and the victims.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

      By: /s/
        Andrew Dember
        Amanda Houle
        Jason A. Richman
        Alexander Li
        Assistant United States Attorneys
        (212) 637-2563/2194/2589/2265

cc: Defense counsel (via ECF)