

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

As the Court is aware, the Government recently produced to the defense certain reports of law enforcement interviews. The defense has requested that the Government unredact, in those interview reports, the dates of birth and contact information for the interviewees to facilitate the defense investigation of potential witnesses. Because this information may bear on the privacy of individuals, the Government respectfully requests, with the consent of the defense, that the Court enter the attached order, which will authorize the Government to disclose this information to the defense notwithstanding the Privacy Act of 1974, 5 U.S.C. § 552a, while protecting the information under the Protective Order previously entered by the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Amanda Houle
Jason A. Richman
Alexander Li
Assistant United States Attorneys
(212) 637-2194/2589/2265

cc:   Defense counsel (via ECF)