```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

   - v. -                        :         DISCLOSURE ORDER

SAYFULLO HABIBULLAEVIC SAIPOV,   :         S1 17 Cr. 722 (VSB)

          Defendant.             :

- - - - - - - - - - - - - - - - - x
```

WHEREAS between August 18, 2022 and August 27, 2022, the Government produced to defendant SAYFULLO HABIBULLAEVIC SAIPOV, in pretrial discovery, certain reports of law enforcement interviews (the "Interview Reports");

WHEREAS the Government redacted the dates of birth and contact information of the interviewees in the Interview Reports to protect the privacy and safety of those individuals;

WHEREAS the defendant has requested that the dates of birth and contact information of the interviewees in the Interview Reports be unredacted so that the defense may investigate potential witnesses; and

WHEREAS the Government has demonstrated good cause for the relief set forth herein;

IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 16(d), that the Government shall produce the Interview Reports to the defense without redactions for the

dates of birth and contact information of the interviewees, to include telephone numbers, email addresses, social media handles, and residential and business addresses of the interviewees, except for current or former confidential human sources. To the extent this information is subject to the provisions of the Privacy Act of 1974, 5 U.S.C. § 552a, the Court directs its production pursuant to 5 U.S.C. § 552a(b)(11).

IT IS FURTHER ORDERED that the Government shall designate all Interview Reports produced pursuant to this Order as "Confidential Discovery" under the Protective Order previously entered in the case. (Dkt. 13).

IT IS FURTHER ORDERED that nothing in this Order shall preclude any party from seeking further relief or modification of this Order from the Court.

Dated: New York, New York
      September 20, 2022

_____
THE HONORABLE VERNON S. BRODERICK
United States District Judge
Southern District of New York