

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

   Re: *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

  In connection with the Court's Order of September 14, 2022 (Dkt. 563), the Government respectfully requests a brief adjournment of its filing deadline to Monday, October 3, 2022. This additional time will permit the Government to finalize the Declarations requested by the Court, including in coordination with FBI Headquarters.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By:  /s/
            Andrew Dember
            Amanda Houle
            Jason A. Richman
            Alexander Li
            Assistant United States Attorneys
            (212) 637-2563/2194/2589/2265

cc:  Defense counsel (via ECF)