UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | (S1) 17 Cr. 722 (VSB) |
| v. | : | |
| | : | |
| SAYFULLO SAIPOV, | : | <u>ORDER</u> |
| | : | |
| Defendant. | : | |

_____

Upon the request of the defendant, Sayfullo Saipov, by his counsel, David Patton, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Detention Center, Brooklyn) and the United States Marshals Service accept the following clothing for Mr. Saipov, Register Number 79715-054, and permit him to wear it for appearances at trial:

1. Four shirts;

2. two pairs of pants;

3. two ties;

4. one belt;

5. one suit jacket;

6. one pair of shoes;

7. four pairs of dress socks;

8. four undershirts; and

9. one sweater.

Dated: New York, NY
      September 30, 2022

                                          **SO ORDERED:**

                                          */s/ Vernon Broderick*

                                          **Hon. Vernon S. Broderick**
                                          **United States District Judge**