UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,         :

               -against-                :            S1 17-cr-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :            **ORDER**

                            Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On July 18, 2022, I issued a pretrial schedule in the above-captioned action, scheduling a conference for the Court to rule on stipulated strikes for cause on October 3, 2022.  (Doc. 459.) It is hereby

       ORDERED that the conference scheduled for October 3, 2022 is adjourned.

       IT IS FURTHER ORDERED that the parties appear for a final pretrial conference Friday, October 7, 2022 at 3:00 p.m., at which time I plan to accept the for-cause challenges on the record.  I will provide courtroom location information by separate order.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge