UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                                                        :

UNITED STATES OF AMERICA,        :

        -against-        :        S1 17-cr-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :        **ORDER**

                                  Defendant.  :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On September 30, 2022, I ordered that the parties appear for a final pretrial conference Friday, October 7, 2022 at 3:00 p.m., and advised that the Court would provide courtroom location information by separate order.  (Doc. 584.)  It is hereby

        ORDERED that the conference will take place in Courtroom 24B at 500 Pearl Street, New York, NY 10007.

        SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge