**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 4, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/04/2022

**Re:** <u>United States v. Saipov</u>
 **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick:

      We write to respectfully request that the Court permit Mr. Saipov to waive his appearance at the final pretrial conference on October 7, 2022. We informed Mr. Saipov that the Court plans to accept the for-cause challenges on the record at that time, and that the Court may take up other legal issues pertaining to his trial. Pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, he knowingly and voluntarily waives his right to be present at that conference.

                         /s/Annalisa Mirón
                         David Stern
                         David Patton
                         Andrew Dalack
                         Sylvie Levine
                         Annalisa Mirón
                         Counsel for Sayfullo Saipov