UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
: S1 17-cr-722 (VSB)
-against- :
: **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV, :
:
Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 4, 2022, the parties emailed my Chambers inbox to inquire about the issues to be addressed at the final pretrial conference on Friday, October 7, 2022 ("Final Pretrial Conference"). The Final Pretrial Conference will cover the following issues:

- The parties' stipulated strikes for cause based on juror questionnaires;[1]

- Individual *voir dire* logistics;

- The parties' motions *in limine*;[2]

- Trial logistics, including how many people are expected to sit at each counsel table, seating in the gallery of the courtroom, seating in the well of the courtroom, the use of an overflow courtroom, the number of family members expected to attend each part of trial, and other security concerns;

---

[1] These prospective jurors will be notified they are excused once we have selected the 12 jurors and the 6 alternates who will hear this case.

[2] I intend to provide an Opinion & Order with my rulings ahead of the Final Pretrial Conference. The parties should review the Opinion & Order and inform me if they believe there are outstanding motions *in limine* I have yet to address.

- The status of the State Department's review of applications for witnesses to enter the country;

- Adjustments to the trial schedule due to my prior commitments on October 20, November 3, and November 17, 2022; and

- Any other issues the parties believe should be addressed.

Given that the Defense intends to submit an additional reply in support of its *Brady* motion by October 5, 2022, (Doc. 587), I do not intend to make a ruling on the Defense's *Brady* motion during the Final Pretrial Conference.

The parties also asked in their email whether the list of jurors scheduled to appear on the first two days of jury selection is finalized and, if so, whether the parties can be provided a copy of the list. The Jury Department has finalized the list of jurors, with the prospective jurors to be stricken for cause redacted ("Redacted List of Jurors"). A copy of the Redacted List of Jurors will be sent to the parties by email and filed under seal.[3] At the start of individual *voir dire*, we will summon 15 jurors a day, in order of juror number, and will continue that process until we have qualified a sufficient number of prospective jurors. As jury selection progresses, I will revisit whether to summon more or fewer jurors each day.

SO ORDERED.

Dated: October 5, 2022
    New York, New York

_____
Vernon S. Broderick
United States District Judge

---

[3] The parties are directed to confirm at the Final Pretrial Conference that the Redacted List of Jurors is consistent with the list of the parties' stipulated strikes for cause provided under seal on September 23, 2022.