UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA           :
                                                   :
             -against-                       :
                                                 :         S1 17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC SAIPOV,   :
                                               :         **ORDER**
             Defendant.             :
                                               :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 6, 2022, the American Civil Liberties Union, ("ACLU"), sent to my Chambers inbox a letter seeking leave to file a proposed amicus curiae brief, ("Letter"), and the proposed amicus curiae brief, ("Proposed Amicus Brief").  Accordingly, it is hereby

ORDERED that the parties are granted leave to file the Proposed Amicus Brief in this matter.

IT IS FURTHER ORDERED that the ACLU be added as an interested party to electronically file, via the ECF system, the Letter and Proposed Amicus Brief.

SO ORDERED.

Dated: October 6, 2022
       New York, New York

                                                                _____
                                                                Vernon S. Broderick
                                                                United States District Judge