**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 7, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

      Re:   ***United States v. Sayfullo Saipov***
              **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

      We write regarding two matters: Mr. Saipov's personal appearance throughout individual *voir dire*, which is scheduled to begin on October 11, 2022, and the existing schedule for motions, responses, and replies related to the Government's penalty-phase informative outline.

      With respect to Mr. Saipov's personal appearance during individual *voir dire*, the defense wishes to inform the Court that it intends for Mr. Saipov to be produced for the first day of individual *voir dire*, on Tuesday, October 11. That day, and in court, Mr. Saipov intends to waive his appearance for the duration of individual *voir dire* from October 12 to the conclusion of jury selection. The Government does not object to this anticipated waiver.

      With respect to the informative outline motions schedule, and without objection from the Government, the defense respectfully requests that the Court adjust the schedule by one week, so that opening motions would be due October 18, 2022; responses would be due November 1, 2022; and replies due November 8, 2022.

      Respectfully Submitted,

      /s/
David E. Patton
Federal Defender of New York

Counsel for Sayfullo Saipov

Cc:    Government Counsel