

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The parties jointly write regarding the Court's oral order to meet and confer on a briefing schedule related to the defendant's October 10, 2022 Jury Selection and Service Act motion (the "JSSA Motion"). (Dkt. 602). The parties respectfully propose that the Government file its opposition to the JSSA Motion by November 7, 2022, and the defense file its response by November 17, 2022.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                            By:      /s/
                                    Andrew Dember
                                    Amanda Houle
                                    Jason A. Richman
                                    Alexander Li
                                    Assistant United States Attorneys
                                    (212) 637-2563/2194/2589/2265

cc:     Defense counsel (via ECF)