

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    The Government writes to respectfully request a one-week adjournment of the briefing schedule regarding the defendant's Informative Outline motion, filed on October 18, 2022. The Government's opposition is currently due November 1, 2022, and the defense reply is due November 8, 2022. (Dkt. 600). The Government respectfully requests that both dates be adjourned for one week, such that the Government opposition is due November 8, 2022, and the defense reply is due November 15, 2022. The defense does not object to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By:    /s/
    Andrew Dember
    Amanda Houle
    Jason A. Richman
    Alexander Li
    Assistant United States Attorneys
    (212) 637-2563/2194/2589/2265

cc:    Defense counsel (via ECF)