**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 15, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re:   *United States v. Sayfullo Saipov*
            **(S1) 17 Cr. 722 (VSB)**

Dear Judge Broderick,

    We write to respectfully request that the Court extend, from today, November 15, 2022, to Monday, November 21, 2022, the deadline for our reply to the Government's opposition to our first omnibus challenge to the Government's penalty phase presentation. The Government does not object to this application.

                              Respectfully Submitted,

                              /s/
                              David Patton
                              Andrew J. Dalack
                              Sylvie J. Levine
                              Annalisa Mirón
                              David Stern
                              David A. Ruhnke

                              Counsel for Sayfullo Saipov

Cc: Government Counsel