**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
―――――――
Rachel Perillo

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 11/18/2022

Tel: (212) 571-5500
Fax: (212) 571-5507

November 17, 2022

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:  United States v. Sayfullo Habibullaevic Saipov
             17 Cr. 722 (VSB)

Dear Judge Broderick:

    I represent Sayfullo Habibullaevic Saipov in the above referenced matter. Kindly accept this letter as a request to bill for the hourly capital rates beginning January 2021 for $197 an hour and January 2022 for $202 an hour. Attached is an email from Tracy Miller, Assistant Director of Criminal Case Operations informing the CJA panel of the new rates. My office did not send an email to the CJA clerk in time requesting to add the new capital case rates, therefore, vouchers that were submitted within that time frame were not billed at the correct capital hourly rate.

    It is respectfully requested that your Honor approve payment for a supplemental voucher my office is submitting for the difference in capital hourly rates.  Thank you very much.

                                                  Sincerely,

                                                  *David Stern*
                                                  David Stern

DS/sc
encl.

## Saihana Cabral

| | |
|---|---|
| **From:** | Tracy Miller <Tracy_Miller@nysd.uscourts.gov> |
| **Sent:** | Monday, October 31, 2022 4:53 PM |
| **To:** | Saihana Cabral |
| **Cc:** | CJAclerk NYSD |
| **Subject:** | FW: Increases to CJA Hourly Rates |

Good Afternoon,

Every time there is an increase to the rates, I send the below email to all of the attorneys which states in capital cases, the attorney must email the CJA clerk to update the rate. There was already an issue with this case with the rates not being correct with the need to have supplemental vouchers submitted for the difference. However, Mr. Stern did not follow through and inform us to increase the rate. So yes, we need permission from the Court to add this amount to his recently submitted voucher.

Thank you,



**Tracy A. Miller**
Assistant Director of Criminal Case Operations
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Phone: (212) 805-4454

**From:** Tracy Miller
**Sent:** Monday, January 3, 2022 3:27 PM
**Cc:** Danny Ortiz <Danny_Ortiz@nysd.uscourts.gov>; Saoni Simon <Saoni_Simon@nysd.uscourts.gov>; Melizabeth Garcia <Melizabeth_Garcia@nysd.uscourts.gov>; Clarissa Remache <Clarissa_Remache@nysd.uscourts.gov>; CJAclerk NYSD <CJAclerk@nysd.uscourts.gov>
**Subject:** Increases to CJA Hourly Rates

Good Afternoon Panel Attorneys,

Happy New Year! Hoping this year is better than the last couple of years! Happy to report there has been increases to the CJA Hourly Rates.

The attorney hourly rate increased on January 1, 2022 to $158 per hour in non-Capital cases and up to $202 in Capital cases. The case maximum for a felony case is now $12,300 and witness and violation cases are still $2,600.

***Spoiler alert*** **This is the exact same wording from the last increase so you the may remember the bad news.**

The good and bad news about this new rate in eVoucher. (BE SURE TO SCROLL DOWN FOR THE BAD NEWS INVOLVING CAPITAL CASES!)

**Good news for NON-CAPITAL CASES**: The Administrative Office entered the new rate into the

system. You do not have to do anything special to have this rate appear.



**Bad news for CAPITAL CASES:** eVoucher will not automatically update the CAPITAL HOURLY RATE, the CJA Clerk has to MANUALLY UPDATE EACH AND EVERY RATE FOR ATTORNEYS IN FEDERAL CAPITAL PROSECUTION REPRESENTATIONS. You must notify the CJA Clerk of any ongoing CAPITAL case even if the case has not been authorized as a CAPITAL case. If you entered services before the rate was entered, after the CJA clerk enters the new rate, you will receive a message that the voucher contains service entries with older rates and once you click save the new rates will be applied.

> ⊗ This voucher contains service entries with older rates created prior to recent updates to the hourly service rate

To help facilitate this manual update in CAPITAL CASES ONLY, attorneys must send an email with the Subject line: Capital Rates to CJAClerk@nysd.uscourts.gov. The body of the email must contain the case number, defendant's name, and attorney's name with a request to add the new rate.

If you have any questions, please send me an email.

Sincerely,



**Tracy A. Miller**
**Assistant Director of Criminal Case Operations**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Phone: (212) 805-4454

**Recipients**

CJA Panel Attorneys

Court Staff

2