

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 26, 2022

<u>Via ECF and Electronic Mail</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    **Re:**   *United States v. Sayfullo Habibullaevic Saipov*, **S1 17 Cr. 722** (VSB)

Dear Judge Broderick:

    On behalf of the parties, please find enclosed (i) a compilation of the proposed questions submitted by the parties to the Court for individual *voir dire* during the weeks of November 28, December 5, and December 12, 2022, and (ii) the parties' correspondence with the Court from November 28 to December 13, 2022 regarding outreach to the prospective jurors. Consistent with the Court's individual rules of practice, the parties have redacted for public filing the names, medical information, and potentially identifying information of prospective jurors. The parties have also redacted the email addresses and phone numbers of the parties and the Court.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

    By:     /s/_____
               Andrew Dember
               Amanda Houle
               Alexander Li
               Jason A. Richman
               Assistant United States Attorneys
               (212) 637-2563 / 2194 / 2265 / 2589