**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 3, 2023

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**  01/03/2023
The USMS shall keep the prayer rug and its accompanying bag provided by the defense at the courthouse in a clean and secure location and make it available for Mr. Saipov's use each day that he is in court during trial.

Re:   *United States v. Sayfullo Saipov*
       **17 Cr. 722 (VSB)**

Dear Judge Broderick,

    We write with respect to the protocol for Sayfullo Saipov's use of a prayer rug throughout the duration of his capital trial, which is scheduled to begin with opening statements on January 9, 2023. Having consulted with the United States Marshals Service, I understand that USMS would agree to keep the rug in a storage facility in the courthouse and make it available for Mr. Saipov's daily use, and that USMS will keep the rug in a bag (both of which will be provided by defense counsel) and will arrange for the rug to be cleaned as needed. USMS indicated that it requires the Court's Order directing it to safeguard the prayer rug for the duration of trial, and we respectfully request that the Court endorse this application and direct USMS to keep the prayer rug at the courthouse in a clean and secure location and make it available for Mr. Saipov's use each day he is in court.

Respectfully Submitted,

[signatures]

David Patton
Andrew J. Dalack
Sylvie J. Levine
David Stern

Cc: Government Counsel