

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2023

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    **Re:**    ***United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)**

Dear Judge Broderick:

        On October 7, 2022, the Court issued a sealed Order and Opinion granting the Government's unopposed motion seeking that the Court take judicial notice of ISIS's designation as a foreign terrorist organization, as reflected in the Federal Register.  *See* 44 U.S.C. § 1507 ("The contents of the Federal Register shall be judicially noticed . . . .").  Accordingly, the Government encloses as Exhibit A an updated proposed Order regarding such judicial notice.  The proposed Order has been amended from the one attached to the Government's initial motion (Dkt. No. 285 & Ex. H) to include the names of the current prosecution team members and to reflect March 2019 amendments by the Department of State to ISIS's designation.  Copies of relevant portions of the Federal Register are enclosed as Exhibit B, Exhibit C, and Exhibit D.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:        /s/
        Andrew Dember
        Amanda Houle
        Jason A. Richman
        Alexander Li
        Assistant United States Attorneys
        (212) 637-2563/2194/2589/2265

cc:     Defense counsel (via ECF)