UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                           :
UNITED STATES OF AMERICA,              :
                                                                           :
        -against-                                   :
                                                                           :    S1 17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC                  :
SAIPOV,                                                        :    **ORDER**
                                    Defendant. :
                                                                           :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      As *voir dire* has concluded, it is hereby

      ORDERED that the trial shall begin on Monday, January 9, 2023.

      IT IS FURTHER ORDERED that, unless otherwise ordered, the jury will sit Monday through Thursday from 10:00 A.M. through 5:30 P.M. throughout the duration of the trial, excluding Monday, January 16, 2023, and Monday, February 20, 2023 in observance of the federal holidays.

      IT IS FURTHER ORDERED that the trial will take place in Courtroom 24B.  Once Courtroom 24B reaches capacity, Courtroom 26B will be used as an overflow room.  Any victims and victim's family members in attendance will be given priority seating in Courtroom 24B.  *See* 18 U.S.C. § 3510.  All other seating in Courtroom 24B—with the exception of limited seating reserved for the media and seating for four members of the defense team as an overflow from counsel's table—will be available on a first-come, first-serve basis.

      IT IS FURTHER ORDERED that, in accordance with my previous order issued on September 12, 2022, (Doc. 559), a masking requirement is essential to avoid unnecessary disruption of the trial or deliberations due to juror illness from COVID-19 or exposure to

COVID-19. Accordingly, it is hereby ordered that all people present in Courtroom 24B are required to wear a face mask, except for witnesses while testifying and counsel when questioning from the podium. Masking will not be required in the overflow room, Courtroom 26B, and individuals who do not wish to wear a mask are directed to Courtroom 26B.

SO ORDERED.

Dated: January 6, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge