UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

SAYFULLO HABIBULLAEVIC SAIPOV,

Defendant.

**ORDER**

S1 17 Cr. 722 (VSB)

---

HON. VERNON S. BRODERICK, District Judge:

WHEREAS, the United States of America, by Damian Williams, United States Attorney for the Southern District of New York, Andrew Dember, Amanda Houle, Alexander Li, and Jason A. Richman, Assistant United States Attorneys, of counsel, have filed a motion requesting that the Court take judicial notice at trial of the designation of the Islamic State of Iraq and al-Sham—including its aliases the Islamic State of Iraq and the Levant, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Amaq News Agency, Al Hayat Media Center, Islamic State, ISIL, and ISIS—as a foreign terrorist organization ("FTO"), as determined by the United States Secretary of State and published in the Federal Register, and has been designated a FTO since October 15, 2004;

THEREFORE, the Government's motion is GRANTED, and the Court hereby takes judicial notice that the Islamic State of Iraq and al-Sham—including its aliases the Islamic State of Iraq and the Levant, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-

sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Amaq News Agency, Al Hayat Media Center, Islamic State, ISIL, and ISIS—is a designated FTO, and has been since October 15, 2004.

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

01/09/2023
Date