# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   01/10/2023

The MDC shall continue to provide sufficient food for Mr. Saipov throughout the entirety of the trial. To the extent that there are instances in which the provided food proves insufficient on any given day, the Defense may coordinate with the U.S. Marshals to provide Mr. Saipov with outside food for lunch in accordance with the parameters outlined below.

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:**   *United States v. Sayfullo Saipov*
         **17 Cr. 722 (VSB)**

Dear Judge Broderick,

     Following today's proceedings and additional consultation with the deputy US Marshals responsible for Mr. Saipov's transport, we write to respectfully request that the Court endorse this letter and authorize the defense to give Mr. Saipov lunch. Before any lunch is brought to Mr. Saipov, the defense will obtain the Marshals' approval for the type of food to be provided (to facilitate their efficient and thorough inspection of the item) and we will give Mr. Saipov food from the courthouse cafeteria or from one nearby halal restaurant, to be approved by the Marshals.

                       Respectfully Submitted,

                       /s/

                       David Patton
                       Andrew J. Dalack
                       Sylvie J. Levine
                       David Stern

Cc:   Government Counsel