

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2023

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    The parties jointly submit the attached proposed liability phase verdict sheet.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By:    /s/
                Andrew Dember
                Amanda Houle
                Alexander Li
                Jason A. Richman
                Assistant United States Attorneys
                (212) 637-2563 / 2194 / 2265 / 2589

cc: Defense counsel (via ECF)