UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────

UNITED STATES OF AMERICA

v.

SAYFULLO SAIPOV,

            Defendant.
──────────────────────────────────────

(S1) 17 Cr. 722 (VSB)

**[PROPOSED]**
**VERDICT SHEET**

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| \_Counts 1-8: Murder to Gain Entrance to ISIS_ | | | |
| 1 | Diego Enrique Angelini | \_\_\_\_\_ | \_\_\_\_\_ |
| 2 | Nicholas Cleves | \_\_\_\_\_ | \_\_\_\_\_ |
| 3 | Ann-Laure Decadt | \_\_\_\_\_ | \_\_\_\_\_ |
| 4 | Darren Drake | \_\_\_\_\_ | \_\_\_\_\_ |
| 5 | Ariel Erlij | \_\_\_\_\_ | \_\_\_\_\_ |
| 6 | Hernan Ferruchi | \_\_\_\_\_ | \_\_\_\_\_ |
| 7 | Hernan Diego Mendoza | \_\_\_\_\_ | \_\_\_\_\_ |
| 8 | Alejandro Damian Pagnucco | \_\_\_\_\_ | \_\_\_\_\_ |
| _Counts 9-16: Assault with a Dangerous Weapon and Attempted Murder to Gain Entrance to ISIS_ | | | |
| 9 | Marie Rose Charles | \_\_\_\_\_ | \_\_\_\_\_ |
| 10 | Sandra Hagen | \_\_\_\_\_ | \_\_\_\_\_ |
| 11 | Kristin Lin | \_\_\_\_\_ | \_\_\_\_\_ |
| 12 | Aristide Melissas | \_\_\_\_\_ | \_\_\_\_\_ |
| 13 | Daryl Melissas | \_\_\_\_\_ | \_\_\_\_\_ |
| 14 | Martin Marro | \_\_\_\_\_ | \_\_\_\_\_ |
| 15 | Rachel Pharn | \_\_\_\_\_ | \_\_\_\_\_ |
| 16 | Marion Van Reeth | \_\_\_\_\_ | \_\_\_\_\_ |

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|

*Counts 17-26: Attempted Murder to Gain Entrance to ISIS*

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| 17 | Ivan Brajkovic | \_\_\_\_\_ | \_\_\_\_\_ |
| 18 | Didiyr Timothy Buytaert | \_\_\_\_\_ | \_\_\_\_\_ |
| 19 | Mezac Chosson | \_\_\_\_\_ | \_\_\_\_\_ |
| 20 | Friedel Decadt | \_\_\_\_\_ | \_\_\_\_\_ |
| 21 | Justine Decadt | \_\_\_\_\_ | \_\_\_\_\_ |
| 22 | Carolea Goldfarb | \_\_\_\_\_ | \_\_\_\_\_ |
| 23 | Noah Salz | \_\_\_\_\_ | \_\_\_\_\_ |
| 24 | Juan Pablo Trevisan | \_\_\_\_\_ | \_\_\_\_\_ |
| 25 | Lieve Wyseur | \_\_\_\_\_ | \_\_\_\_\_ |
| 26 | Yanjun Zhang | \_\_\_\_\_ | \_\_\_\_\_ |

*Count 27: Provision of Material Support or Resources to a Designated Foreign Terrorist Organization*

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| 27 | Material Support to a Terrorist Organization | \_\_\_\_\_ | \_\_\_\_\_ |

**Death Resulting**.  If you find the defendant guilty of Count 27, please indicate whether the death of at least one person resulted from that offense:

\_\_\_\_\_ Yes

\_\_\_\_\_ No

*Count 28: Damage or Destruction of Motor Vehicle*

| **Count** | **Charge** | **Guilty** | **Not Guilty** |
|---|---|---|---|
| 28 | Damage or Destruction of Motor Vehicle | _____ | _____ |

    **Death Resulting**.  If you find the defendant guilty of Count 28, please indicate whether the death of at least one person resulted from that offense:

    \_\_\_\_\_ Yes

    \_\_\_\_\_ No


Date: _____      _____

                                                                                                           Foreperson