**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 26, 2023

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:** *United States v. Sayfullo Saipov*
**17 Cr. 722 (VSB)**

Dear Judge Broderick,

     We write in anticipation of tomorrow's conference. The defense intends to address with the Court the issues that remain outstanding from its omnibus challenge to the government's penalty phase evidence, particularly with respect to the victim impact and future danger aggravators.

                                       Respectfully Submitted,

                                       /s/
                                       David Patton
                                       Andrew J. Dalack
                                       Sylvie J. Levine
                                       David Stern

cc:     Government counsel