# EXHIBIT A

### DECLARATION OF KEVIN MCNALLY REGARDING
### POTENTIAL FEDERAL CAPITAL DEFENDANTS NOT AUTHORIZED
### DURING THE BIDEN ADMINISTRATION
### AND
### FEDERAL CAPITAL DEFENDANTS WITH AUTHORIZATION WITHDRAWN
### DURING THE BIDEN ADMINISTRATION

1.      I currently serve with the Federal Death Penalty Resource Counsel Project, assisting court-appointed and defender attorneys charged with the defense of capital cases in the federal courts. I have served as Resource Counsel since the inception of the Resource Counsel Project (RCP) in January, 1992.  I was the Director of the Project between 2007 and 2018. The Project is funded and administered under the Criminal Justice Act by the Defender Services Office of the Administrative Office of the United States Courts.

2.      My responsibilities as federal resource counsel include the monitoring of all federal capital prosecutions throughout the United States in order to assist in the delivery of adequate defense services to indigent capital defendants in such cases. This effort includes the collection of data on the initiation and prosecution of federal capital cases.[1]

3.      In order to carry out the duties entrusted to me, I maintain a comprehensive list of federal death penalty prosecutions and information about these cases. I accomplish this by internet news searches, by reviewing dockets and by downloading and obtaining indictments, pleadings of

---

[1]      The work of the Federal Death Penalty Resource Counsel Project is described in a report prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, FEDERAL DEATH PENALTY CASES: RECOMMENDATIONS CONCERNING THE COST AND QUALITY OF DEFENSE REPRESENTATION (May, 1998), at 28-30. http://www.uscourts.gov/sites/default/files/original_spencer_report.pdf [Perma.cc archive: https://perma.cc/SU25-GWMV]. The Subcommittee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project ..., which has become essential to the delivery of high quality, cost-effective representation in death penalty cases ...." Id. at 50.

        An update to the Report states: "Many judges and defense counsel spoke with appreciation and admiration about the work of Resource Counsel. Judges emphasized their assistance in recruiting and recommending counsel for appointments and their availability to consult on matters relating to the defense, including case budgeting. Defense counsel found their knowledge, national perspective, and case-specific assistance invaluable." https://www.uscourts.gov/sites/default/files/fdpc2010.pdf [Perma.cc archive: https://perma.cc/LPH6-K8QB].

substance, notices of intent to seek or not seek the death penalty, instructions and by telephonic or in-person interviews with defense counsel or consultation with chambers. This information is regularly updated and is checked for accuracy by consulting with defense counsel. The Project's information regarding federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

4.      Attachment A includes a list of the *Potential Federal Capital Defendants Not Authorized During the Biden Administration* as of January 27, 2023.

5.      Attachment B includes a list of the *Federal Capital Defendants With Authorization Withdrawn During the Biden Administration* as of January 28, 2023.


I declare under the penalty of perjury under the laws of the United States of American, 28 U.S.C. §1746, that the foregoing is true and correct.

Executed this 30th day of January 2023.

_____/s/ Kevin McNally_____

Potential Federal Capital Defendants Not Authorized During the Biden Administration

# Attachment A

**1**

Defendant: Casto, Daniel Ray
Docket No.: C.D. CA No. 5:22-CR-00182-GW
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: W M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 White

two 2014 BOP inmate homicides at USP Victorville.  Casto is accused of strangling two prisoners in this double murder.  Casto was serving a 262 month sentence for a 1997 second degree murder of his cellmate. All involved are white.

---

**2**

Defendant: Thompson, Antoine
Docket No.: E.D. KY No. 6:19-CR-00022-REW-HAI
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

a 2014 inmate stabbing murder at USP McCreary  All involved are African-American.

---

**3**

Defendant: Chavez, Daniel
Docket No.: N.D. CA No. 5:15-CR-00285-LHK
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 4 Males 1 Female
Race of Vict(s): 5 Hispanic

twelve RICO gun murders, six in 2009 and six in 2010, by the Salinas Nortenos Enterprise gang.  Skates was charged in nine, Chavez in five, Cruz and LeBron in two, the others in one. Skates was authorized.  Chavez's scheduled CCRC meeting was canceled.  All involved are Hispanic.

---

**4**

Defendant: Portillo, Enrique
Docket No.: E.D. NY No. 2:16-CR-00403-JFB
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 2 Males 2 Females
Race of Vict(s): 3 Black 1 Hispanic

seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| 5 | |
|---|---|
| Defendant: Lopez-Alvarado, Reynaldo | Race & Sex of Def.: H M |
| Docket No.: E.D. NY No. 2:16-CR-00403-JFB | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

| 6 | |
|---|---|
| Defendant: Villalta, Omar Antonio | Race & Sex of Def.: H M |
| Docket No.: E.D. NY No. 2:16-CR-00403-JFB | Sex of Vict(s): 4 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 4 Hispanic |

seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

| 7 | |
|---|---|
| Defendant: Murphy, Patrick Dwayne | Race & Sex of Def.: NA M |
| Docket No.: E.D. OK No. 6:20-CR-00078-RAW | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Native American |

the 1999 kidnapping murder of the ex-husband of Murphy's ex-girlfriend by three men, kicking, punching and stabbing him on the Creek Nation Reservation.  The victim's genitals were severed.  All involved are Native American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

8

| | |
|---|---|
| Defendant: Wallace, Kurt | Race & Sex of Def.: B M |
| Docket No.: E.D. MO No. 4:17-CR-526-RLW-DDN | Sex of Vict(s): 2 Males |
| Status: Death penalty not sought after a CCRC meeting | Race of Vict(s): 2 Black |

a 2017 carjacking, gun murder of an assistant football coach at a high school.  Five carjackings were alleged and two other victims were shot.  Wallace was convicted of shooting two men when he was a juvenile. Attorney General Barr declined to seek the death penalty.  A superseding indictment was filed with an additional 2017 drug-related gun murder.  In 2019, Wallace escaped from jail and committed another carjacking of a married couple, not resulting in death.  The victim in the superseding indictment is black.  All involved in the original case are black. Attorney General Garland declined to authorize the death penalty after a review committee meeting.

9

| | |
|---|---|
| Defendant: Kingsley, Victor | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:18-CR-00128-SJ-ST | Sex of Vict(s): 1 Male |
| Status: Death penalty not sought after a CCRC meeting | Race of Vict(s): 1 Black |

a bombing that killed a 73-year-old man in Queens in 2017. The victim sustained severe burns when he opened a package. The intended target was an NYPD officer who Kingsley incorrectly believed lived in the house. Authorities said it was retaliatory in nature after the officer had previously arrested Kingsley. Two explosive devices were found inside Kingsley's home, along with a pipe bomb and a number of precursors and materials to make bombs.  All involved are African-American.

10

| | |
|---|---|
| Defendant: Cruz-Mateo, Yanki | Race & Sex of Def.: H M |
| Docket No.: E.D. NY No. 1:18-CR-00139-LDH | Sex of Vict(s): 2 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 Hispanic |

three RICO murders by the 18th Street gang, including a 2017 murder of a fellow gang member who was suspected of being an informant. Cruz-Mateo is charged in two, the others in one. Cruz-Mateo, Herrera-Hidalgo, Alfaro-Pineda, Castellano and Flores stabbed the suspected informant repeatedly while making a video recording. The video, which was obtained by the FBI, shows Flores slashing the victim across his neck and Cruz-Mateo severing the victim's ear.  Cruz-Mateo also boasted in text messages about shooting a rival MS-13 gang member in Queens. All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

11
Defendant: Gonzalez, Jose Rolando
Docket No.: S.D. TX No. 4:15-CR-00564
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

two RICO gun murders, one in 2012 and one in 2014, a kidnapping, by the Tri-City Bombers, or the TCB gang.
All 10 defendants are charged in one.  All involved are Hispanic.

---

12
Defendant: De La Cerda, Ramon
Docket No.: S.D. TX No. 4:15-CR-00564
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

two RICO gun murders, one in 2012 and one in 2014, a kidnapping, by the Tri-City Bombers, or the TCB gang.
All 10 defendants are charged in one.  All involved are Hispanic.

---

13
Defendant: Robles, Salomon
Docket No.: S.D. TX No. 4:15-CR-00564
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

two RICO gun murders, one in 2012 and one in 2014, a kidnapping, by the Tri-City Bombers, or the TCB gang.
All 10 defendants are charged in one.  All involved are Hispanic.

---

14
Defendant: Mendez, Juan Alberto
Docket No.: S.D. TX No. 4:15-CR-00564
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

two RICO gun murders, one in 2012 and one in 2014, a kidnapping, by the Tri-City Bombers, or the TCB gang.
All 10 defendants are charged in one.  All involved are Hispanic.

---

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

15
   Defendant: Garza, Adrian                           Race & Sex of Def.: H M
   Docket No.: S.D. TX No. 4:15-CR-00564       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

two RICO gun murders, one in 2012 and one in 2014, a kidnapping, by the Tri-City Bombers, or the TCB gang. All 10 defendants are charged in one.  All involved are Hispanic.

16
   Defendant: Diaz-Orellana, Josue               Race & Sex of Def.: H M
   Docket No.: D. NV No. 2:18-MJ-00361-VCF   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

ten by the MS-13 gang, two in 2017 and eight in 2018.  Reyes-Castillo is charged in 9 murders, Perez-Manchame in 7 murder, Vargas-Escobar in 2 murders, the rest in one murder.  The defendants are Hispanic, the victims white and Hispanic.

17
   Defendant: Torres-Escobar, Miguel            Race & Sex of Def.: H M
   Docket No.: D. NV No. 2:19-CR-00103-JCM-VCF  Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

ten RICO murders, 8 by gun, by the MS-13 gang, two in 2017 and eight in 2018.  Reyes-Castillo is charged in 9 murders, Perez-Manchame in 7 murder, Vargas-Escobar in 2 murders, the rest in one murder.  The defendants are Hispanic, the victims white and Hispanic.

18
   Defendant: Jordan, Aubrey Maurice          Race & Sex of Def.: B M
   Docket No.: S.D. MS No. 3:18-CR-00067-CWR-LRA  Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 1 Black

a 2018 drug-related, gun murder of a witness.  The defendants are African-American, the victim is a black male.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

19
    Defendant: Hughes, Monroe III                  Race & Sex of Def.: B M
    Docket No.: S.D. MS No. 3:18-CR-00067-CWR-LRA    Sex of Vict(s): 1 Male
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 Black

a 2018 drug-related, gun murder of a witness.  The defendants are African-American, the victim is a black male.

---

20
    Defendant: Byrd, Cortez Lakeith               Race & Sex of Def.: B M
    Docket No.: S.D. MS No. 3:18-CR-00067-CWR-LRA    Sex of Vict(s): 1 Male
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 Black

a 2018 drug-related, gun murder of a witness.  The defendants are African-American, the victim is a black male.

---

21
    Defendant: Argueta-Quintanilla, Nelson        Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 2:16-CR-00403-JFB    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

---

22
    Defendant: Hernandez, Jonathan            Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 2:16-CR-00403-JFB    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black 1 Hispanic
    authorized

seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

23
   Defendant: Amador-Castillo, Jeffrey Fabricio           Race & Sex of Def.: H M
   Docket No.: E.D. NY No. 2:16-CR-00403-JFB       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

   seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

---

24
   Defendant: Hernandez-Vasquez, Ruendy Jhonatan    Race & Sex of Def.: H M
   Docket No.: E.D. NY No. 2:16-CR-00403-JFB       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

   seventeen RICO murders by the MS-13 gang, including high school girls.  Alexi Saenz and Jairo Saenz are charged in seven murders. Alexis Hernandez, Portillo, Ortiz-Flores, Omar Villalta and Diaz are charged in four murders.  Contreras is charged in three.  Chavez and Jonathan Hernandez are charged in two murders and the rest in one.  The defendants are all undocumented immigrants from El Salvador.  The victims are Hispanic and African-American.

---

25
   Defendant: Williams, David Kapone              Race & Sex of Def.: B M
   Docket No.: D. AZ No. 4:18-CR-01695-JAS-EJM    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
   authorized (x2)

   two RICO gun murders by the Western Hills Bloods gang in Tucson, one in 2014, one in 2015.  David Kapone Williams and Gray are charged in both, the others in one.  All involved are African-American, except Megan Borges, a white female defendant.

---

26
   Defendant: Gray, Marcell Demetrius             Race & Sex of Def.: B M
   Docket No.: D. AZ No. 4:18-CR-01695-JAS-EJM    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
   authorized (x2)

   two RICO gun murders by the Western Hills Bloods gang in Tucson, one in 2014, one in 2015.  David Kapone Williams and Gray are charged in both, the others in one.  All involved are African-American, except Megan Borges, a white female defendant.

---

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

27

Defendant: Robinson, Pierre
Docket No.: N.D. IL No. 1:18-CR-00758
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

two RICO gun murders by the Evans Mob faction of the Gangster Disciples Gang.  The first was a December 2014 murder in a Chatham neighborhood convenience store by the reputed leader of the Evans Mob faction, Glen Houston.  The victim had been previously shot in the Summer of 2014 and had recently been released from the hospital. The second was in 2018.  Anthony Carter is accused.  All involved are African-American.

---

28

Defendant: Blackman, Romeo
Docket No.: N.D. IL No. 1:18-CR-00728
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 6 Males 1 Female
Race of Vict(s): 7 Black

nine murders by the Goonie Boss/Goonie street gang, four in 2013, one in 2015 and five in 2016.  Romeo Blackman is charged in seven murders, Terrance Smith and Jolicious Turman in two murders and Nathaniel McElroy in one murder.  Four of the murders are charged as overt acts.  The others are charged as RICO murders.  All involved are African-American.

---

29

Defendant: Smith, Terrance
Docket No.: N.D. IL No. 1:18-CR-00728
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male 1 Female
Race of Vict(s): 2 Black

nine murders by the Goonie Boss/Goonie street gang, four in 2013, one in 2015 and five in 2016.  Romeo Blackman is charged in seven murders, Terrance Smith and Jolicious Turman in two murders and Nathaniel McElroy in one murder.  Four of the murders are charged as overt acts.  The others are charged as RICO murders.  All involved are African-American.

---

30

Defendant: Turman, Jolicious
Docket No.: N.D. IL No. 1:18-CR-00728
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 Black

nine murders by the Goonie Boss/Goonie street gang, four in 2013, one in 2015 and five in 2016.  Romeo Blackman is charged in seven murders, Terrance Smith and Jolicious Turman in two murders and Nathaniel McElroy in one murder.  Four of the murders are charged as overt acts.  The others are charged as RICO murders.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

31
  Defendant: Wright, Adam                    Race & Sex of Def.: W M
  Docket No.: E.D. MI No. 2:19-CR-20498-PDB-MKM      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 White

a 2019 beating death and inmate murder at the Milan Detention Center, captured on video, of the suspected head of an international child exploitation ring.  The defendants are charged with the attempted murder of two other inmates, an apparent melee.  All involved are white, except Kechego who is Native American and Castro who is Hispanic.

32
  Defendant: Kechego, Jason                Race & Sex of Def.: NA M
  Docket No.: E.D. MI No. 2:19-CR-20498-PDB-MKM      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 White

a 2019 beating death and inmate murder at the Milan Detention Center, captured on video, of the suspected head of an international child exploitation ring.  The defendants are charged with the attempted murder of two other inmates, an apparent melee.  All involved are white, except Kechego who is Native American and Castro who is Hispanic.

33
  Defendant: Castro, Alex                  Race & Sex of Def.: H M
  Docket No.: E.D. MI No. 2:19-CR-20498-PDB-MKM      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 White

a 2019 beating death and inmate murder at the Milan Detention Center, captured on video, of the suspected head of an international child exploitation ring.  The defendants are charged with the attempted murder of two other inmates, an apparent melee.  All involved are white, except Kechego who is Native American and Castro who is Hispanic.

34
  Defendant: Blanco, Herman               Race & Sex of Def.: H M
  Docket No.: E.D. NY No. 1:18-CR-00609           Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 White
  authorized

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

35
| | |
|---|---|
| Defendant: Codner, Arthur | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

---

36
| | |
|---|---|
| Defendant: McFarlane, Kalik | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

---

37
| | |
|---|---|
| Defendant: Ross, Himen | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

---

38
| | |
|---|---|
| Defendant: Shelton, Bushawn | Race & Sex of Def.: A M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

39
   Defendant: Taylor, Lawrence              Race & Sex of Def.: B M
   Docket No.: S.D. IN No. 2:22-CR-00006-JRS-DLP    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

inmate stabbing murder at USP Terre Haute.  All involved are African-American.

40
   Defendant: Coleman, III, Louis D.         Race & Sex of Def.: B M
   Docket No.: D. MA No. 1:19-CR-10113-FDP    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

a 2019 interstate kidnapping, beating murder of a 23 year old woman, after her birthday party.  Coleman is seen transporting the body on multiple videos, was arrested with the body in the trunk of his car and has confessed.  All involved are African-American.

41
   Defendant: Zuniga Pena, Ruben Dario     Race & Sex of Def.: H M
   Docket No.: S.D. FL No. 1:18-CR-20932-KMM    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2018 Section 848 drug-related murder of an informant in Colombia.  All involved are Hispanic males, including the witness victim.

42
   Defendant: Brown, Floyd E.           Race & Sex of Def.: B M
   Docket No.: N.D. IL No. 3:19-CR-50016    Sex of Vict(s): 1 Male
   Status: Authorization request rejected by AG    Race of Vict(s): 1 White

a 2019 cross-racial gun murder of a law enforcement officer, a McHenry County Sheriff's Deputy, during a siege of a hotel.  The defendant shot the officer in the head while escaping.  Brown is African-American and the deputy was white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

43
 Defendant: Jones, Melvin      Race & Sex of Def.: B M
 Docket No.: S.D. TX No. 4:19-CR-00185  Sex of Vict(s): 1 Male
 Status: Authorization Not Sought by USAtty – not Race of Vict(s): 1 Indian
 authorized

 a 2018 Hobbs Act robbery gun murder at a Houston convenience store.  The defendants are African-American.  The victim was a popular clerk, father and grandfather of Indian descent.

---

44
 Defendant: Gully, Daivion      Race & Sex of Def.: B M
 Docket No.: S.D. TX No. 4:19-CR-00185  Sex of Vict(s): 1 Male
 Status: Authorization Not Sought by USAtty – not Race of Vict(s): 1 Indian
 authorized

 a 2018 Hobbs Act robbery gun murder at a Houston convenience store.  The defendants are African-American.  The victim was a popular clerk, father and grandfather of Indian descent.

---

45
 Defendant: Wells, Deanjelo     Race & Sex of Def.: B M
 Docket No.: S.D. TX No. 4:19-CR-00185  Sex of Vict(s): 1 Male
 Status: Authorization Not Sought by USAtty – not Race of Vict(s): 1 Indian
 authorized

 a 2018 Hobbs Act robbery gun murder at a Houston convenience store.  The defendants are African-American.  The victim was a popular clerk, father and grandfather of Indian descent.

---

46
 Defendant: Johnson, Artavius     Race & Sex of Def.: B M
 Docket No.: S.D. TX No. 4:19-CR-00185  Sex of Vict(s): 1 Male
 Status: Authorization Not Sought by USAtty – not Race of Vict(s): 1 Indian
 authorized

 a 2018 Hobbs Act robbery gun murder at a Houston convenience store.  The defendants are African-American.  The victim was a popular clerk, father and grandfather of Indian descent.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| 47 | |
|---|---|
| Defendant: Guzman, Angel Amadeo | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 2 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

| 48 | |
|---|---|
| Defendant: Morales, Ever Joel | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 2 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

| 49 | |
|---|---|
| Defendant: Garcia Parada, Fernando | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 3 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 3 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

50

| | |
|---|---|
| Defendant: Alvarez, Jose Baquiax | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

51

| | |
|---|---|
| Defendant: Hernandez, German Arnulfo Cruz | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

52

| | |
|---|---|
| Defendant: Gomez, Kevin Villalta | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 2 Males |
| Status: Guilty plea before authorization decision | Race of Vict(s): 2 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| | |
|---|---|
| 53 | |
| Defendant: Arteaga, Kevin | Race & Sex of Def.: H M |
| Docket No.: C.D. CA No. 2:19-CR-00117-ODW | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

| | |
|---|---|
| 54 | |
| Defendant: Healy, Michael | Race & Sex of Def.: W M |
| Docket No.: D. NJ No. 2:18-CR-00703-JMV | Sex of Vict(s): 3 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 3 White |

three 2018 cross-racial drug-related RICO gun murders by members of the Bloods gang of a federal cooperating witness, an innocent bystander and another on orders from Healy.  In February of 2018 a victim identified as "A.S." was identified as cooperating with law enforcement against Healy's drug organization.  Healy ordered members of the Bloods in East Orange to kill "A.S." from prison (where he was as a result of a 15 year state prison sentence for armed robbery).  Zimmerman and Daniels allegedly shot and killed Victim 1, an innocent bystander they mistook for "A.S."  Realizing they killed the wrong person, members of the Healy drug trafficking enterprise then shot and killed "A.S." on March 12, 2018.  On April 6th of that year, victim "J.C." was also suspected of cooperating with law enforcement.  Healy allegedly shot and killed "J.C." in Newark.  Healy is white and college educated.  Healy and Wade are charged in all three, Zimmerman and Daniels are charged in two, including the federal witness and Hill in the murder of the federal informant only.  Victim 1 and "A.S." are white.  Victim "J.C." is white and Hispanic.  Wade, Zimmerman, Daniels and Hill are African-American.

| | |
|---|---|
| 55 | |
| Defendant: Earnest, John Timothy | Race & Sex of Def.: W M |
| Docket No.: S.D. CA No. 3:19-CR-01850-AJB | Sex of Vict(s): 1 Female |
| Status: Guilty plea before authorization decision | Race of Vict(s): 1 White |

a 2019 fatal shooting, a civil rights gun murder, at a Poway Synagogue near San Diego, by a white nationalist terrorist who killed a 60 year old female and wounded a Rabbi, an 8 year old girl and her uncle.  Earnest is also charge with burning a Mosque in a nearby city.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

**56**

| | |
|---|---|
| Defendant: Contreras, Luis | Race & Sex of Def.: H M |
| Docket No.: N.D. IL No. 1:18-CR-0719 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

a 2018 RICO double murder by the Latin Saints street gang. All involved are Hispanic.

**57**

| | |
|---|---|
| Defendant: Wade, Leevander | Race & Sex of Def.: B M |
| Docket No.: D. NJ No. 2:18-CR-00703-JMV | Sex of Vict(s): 3 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 3 White |

three 2018 cross-racial drug-related RICO gun murders by members of the Bloods gang of a federal cooperating witness, an innocent bystander and another on orders from Healy.  In February of 2018 a victim identified as "A.S." was identified as cooperating with law enforcement against Healy's drug organization. Healy ordered members of the Bloods in East Orange to kill "A.S." from prison (where he was as a result of a 15 year state prison sentence for armed robbery).  Zimmerman and Daniels allegedly shot and killed Victim 1, an innocent bystander they mistook for "A.S."  Realizing they killed the wrong person, members of the Healy drug trafficking enterprise then shot and killed "A.S." on March 12, 2018.  On April 6th of that year, victim "J.C." was also suspected of cooperating with law enforcement.  Healy allegedly shot and killed "J.C." in Newark. Healy is white and college educated.  Healy and Wade are charged in all three, Zimmerman and Daniels are charged in two, including the federal witness and Hill in the murder of the federal informant only.  Victim 1 and "A.S." are white.  Victim "J.C." is white and Hispanic.  Wade, Zimmerman, Daniels and Hill are African-American.

**58**

| | |
|---|---|
| Defendant: Zimmerman, Thomas | Race & Sex of Def.: B M |
| Docket No.: D. NJ No. 2:18-CR-00703-JMV | Sex of Vict(s): 2 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 White |

three 2018 cross-racial drug-related RICO gun murders by members of the Bloods gang of a federal cooperating witness, an innocent bystander and another on orders from Healy.  In February of 2018 a victim identified as "A.S." was identified as cooperating with law enforcement against Healy's drug organization. Healy ordered members of the Bloods in East Orange to kill "A.S." from prison (where he was as a result of a 15 year state prison sentence for armed robbery).  Zimmerman and Daniels allegedly shot and killed Victim 1, an innocent bystander they mistook for "A.S."  Realizing they killed the wrong person, members of the Healy drug trafficking enterprise then shot and killed "A.S." on March 12, 2018.  On April 6th of that year, victim "J.C." was also suspected of cooperating with law enforcement.  Healy allegedly shot and killed "J.C." in Newark. Healy is white and college educated.  Healy and Wade are charged in all three, Zimmerman and Daniels are charged in two, including the federal witness and Hill in the murder of the federal informant only.  Victim 1 and "A.S." are white.  Victim "J.C." is white and Hispanic.  Wade, Zimmerman, Daniels and Hill are African-American.

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| 59 | |
|---|---|
| Defendant: Daniels, Tyquan | Race & Sex of Def.: B M |
| Docket No.: D. NJ No. 2:18-CR-00703-JMV | Sex of Vict(s): 2 Males |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 White |

three 2018 cross-racial drug-related RICO gun murders by members of the Bloods gang of a federal cooperating witness, an innocent bystander and another on orders from Healy.  In February of 2018 a victim identified as "A.S." was identified as cooperating with law enforcement against Healy's drug organization. Healy ordered members of the Bloods in East Orange to kill "A.S." from prison (where he was as a result of a 15 year state prison sentence for armed robbery).  Zimmerman and Daniels allegedly shot and killed Victim 1, an innocent bystander they mistook for "A.S."  Realizing they killed the wrong person, members of the Healy drug trafficking enterprise then shot and killed "A.S." on March 12, 2018.  On April 6th of that year, victim "J.C." was also suspected of cooperating with law enforcement.  Healy allegedly shot and killed "J.C." in Newark. Healy is white and college educated.  Healy and Wade are charged in all three, Zimmerman and Daniels are charged in two, including the federal witness and Hill in the murder of the federal informant only.  Victim 1 and "A.S." are white.  Victim "J.C." is white and Hispanic.  Wade, Zimmerman, Daniels and Hill are African-American.

| 60 | |
|---|---|
| Defendant: Cummings, Jason | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

| 61 | |
|---|---|
| Defendant: Lopez, Alfred | Race & Sex of Def.: H M |
| Docket No.: E.D. NY No. 1:18-CR-00609 | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 White |

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

62

Defendant: Peterson, Branden                     Race & Sex of Def.: B M
Docket No.: E.D. NY No. 1:18-CR-00609            Sex of Vict(s): 1 Male
Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
authorized

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.


63

Defendant: Snipe, Julian                         Race & Sex of Def.: B M
Docket No.: E.D. NY No. 1:18-CR-00609            Sex of Vict(s): 1 Male
Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
authorized

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.


64

Defendant: Zotolla, Sr., Anthony                 Race & Sex of Def.: W M
Docket No.: E.D. NY No. 1:18-CR-00609            Sex of Vict(s): 1 Male
Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
authorized

a 2018 cross-racial gun murder for hire of reputed mafia boss Sylvester Zotolla, by members of the Bloods gang, on behalf of Albanian gangsters.  The victim's son was shot, but survived, in a separate incident.  The defendants are African-American, except Blanco, who is Hispanic.  Zotolla is white.


65

Defendant: Townsend, Dezhan B.                   Race & Sex of Def.: B M
Docket No.: S.D. OH No. 2:19-CR-00158-MHW        Sex of Vict(s): 1 Male 1 Female
Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 2 White
authorized

a 2019 cross-racial double gun murder at an internet gambling cafe, one of a series of such robberies.  The deceased were a married couple, who may have been armed at the time of the robbery.  The wife's murder is charged as a witness killing.  The defendants are black, the deceased are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

66
    Defendant: Stringer, Justice B.                   Race & Sex of Def.: B M
    Docket No.: S.D. OH No. 2:19-CR-00158-MHW    Sex of Vict(s): 1 Male 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 White
    authorized

    a 2019 cross-racial double gun murder at an internet gambling cafe, one of a series of such robberies.  The deceased were a married couple, who may have been armed at the time of the robbery.  The wife's murder is charged as a witness killing.  The defendants are black, the deceased are white.

67
    Defendant: King, Chris A.                      Race & Sex of Def.: B M
    Docket No.: S.D. OH No. 2:19-CR-00158-MHW    Sex of Vict(s): 1 Male 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 White
    authorized

    a 2019 cross-racial double gun murder at an internet gambling cafe, one of a series of such robberies.  The deceased were a married couple, who may have been armed at the time of the robbery.  The wife's murder is charged as a witness killing.  The defendants are black, the deceased are white.

68
    Defendant: Alvarado, Geraldo                 Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Hispanic
    authorized

    twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

69

Defendant: Mendez-Cruz, Roberto Carlos
Docket No.: C.D. CA No. 2:19-CR-00117-ODW
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 Hispanic

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO
murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in
2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-
Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-
Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All
involved are Hispanic, except one victim who is white.

---

70

Defendant: Ordones, Bryan Alberto
Docket No.: C.D. CA No. 2:19-CR-00117-ODW
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

twenty-seven death eligible MS-13 gang defendants charged with twelve murders, five on federal land:  one in
2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed
using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and
Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and
Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim
who is white.

---

71

Defendant: Corado-Ortiz, Roberto Alejandro
Docket No.: C.D. CA No. 2:19-CR-00117-ODW
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: H M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 Hispanic

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO
murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in
2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-
Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-
Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All
involved are Hispanic, except one victim who is white.

---

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

72
   Defendant: Castro, Josue Balmore Flores         Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW   Sex of Vict(s): 3 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 3 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

73
   Defendant: Revelo, Yefri Alexander           Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW   Sex of Vict(s): 5 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 5 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

74
   Defendant: Rosales-Arias, Erick Eduardo      Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

75

Defendant: Arturo Gonzales, Luis
Docket No.: C.D. CA No. 2:19-CR-00117-ODW
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 White

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

76

Defendant: Martinez, Edwin
Docket No.: C.D. CA No. 2:19-CR-00117-ODW
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 3 Males
Race of Vict(s): 1 White 2 Hispanic

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

77

Defendant: Swanson, Derrick
Docket No.: N.D. IL No. 1:18-CR-00758
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

two RICO gun murders by the Evans Mob faction of the Gangster Disciples gang. The first was a December 2014 murder in a Chatham neighborhood convenience store by the reputed leader of the Evans Mob faction, Glenn Houston.  The victim had been previously shot in the Summer of 2014 and had recently been released from the hospital. The second was in 2018. Anthony Carter is accused. All involved are African-American.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

78

| | |
|---|---|
| Defendant: Morgan, Deshawn | Race & Sex of Def.: B M |
| Docket No.: N.D. IL No.1:19-CR-00641 | Sex of Vict(s): 1 Male 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 Black |

nineteen murders by the Traveling Vice Lords street gang, between 2000 and 2020, including two double murders, one in 2016 and a 2018 double gun witness murder.  Six are charged as RICO murders.  In the 2018 double gun murder, Morgan is alleged to have hired Murphy and Brown. The victims, a male and a female, were shot multiple times in the back of the head.  Brown is charged in eight murders, Murphy and Lee are charged in seven murders, Gardley in three murders, Benson, Turner, Dockett, Russell, Arrington and Morgan in two murders and Johnson in one.  Most of Murphy's homicides were committed when he was a juvenile. All involved are African- American. One victim is Hispanic.

79

| | |
|---|---|
| Defendant: Murphy, Darius | Race & Sex of Def.: B M |
| Docket No.: N.D. IL No.1:19-CR-00641 | Sex of Vict(s): 6 Males 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 7 Black |

nineteen murders by the Traveling Vice Lords street gang, between 2000 and 2020, including two double murders, one in 2016 and a 2018 double gun witness murder.  Six are charged as RICO murders.  In the 2018 double gun murder, Morgan is alleged to have hired Murphy and Brown. The victims, a male and a female, were shot multiple times in the back of the head.  Brown is charged in eight murders, Murphy and Lee are charged in seven murders, Gardley in three murders, Benson, Turner, Dockett, Russell, Arrington and Morgan in two murders and Johnson in one.  Most of Murphy's homicides were committed when he was a juvenile. All involved are African- American. One victim is Hispanic.

80

| | |
|---|---|
| Defendant: Zwiefelhofer, Alex Jared | Race & Sex of Def.: W M |
| Docket No.: M.D. FL No. 2:19-CR-00150-SPC-NMN | Sex of Vict(s): 1 Male 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 White |

a 2018 double gun murder by two US military deserters during an armed robbery of $3,000 that a married couple intended to use to purchase firearms listed for sale on a website known as Armslist.  The defendants were detained in June of 2017 while trying to enter South Sudan, after a stint as mercenaries in Ukraine.  They were zigzagging from one paramilitary campaign to another across the world.  The men are suspected of planning to use the money to travel to Venezuela to participate in an armed conflict against the government there.  Lang is in custody in Ukraine, where he lives.  Zwiefelhofer also was accused of possessing child pornography in Charlotte, NC last year, but he failed to show up for his court appearance.  He also has been accused of deserting his US Army unit at Fort Bragg.  He is the son of Bloomer Police Chief Jared Zwiefelhofer.  Lang alleged deserved from Fort Bliss, near El Paso.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

81
   Defendant: Marcano-Nazario, Yismell          Race & Sex of Def.: H M
   Docket No.: D. PR No. 3:19-CR-00627-PAD    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

   a 2017 Hobbs Act robbery, gun murder of a bar by a masked gunman.  The bar owner was shot and killed while looking for money.  The victim's wife was also shot when she tried to help, but survived.  Marcano-Nazario had an active state arrest warrant for a different robbery.  He confessed to the FBI.  All involved are Hispanic.

82
   Defendant: Smith, Donald B.               Race & Sex of Def.: B M
   Docket No.: E.D. AR No. 4:19-CR-00514-DPM  Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 1 White

   a 2016 drug-related cross-racial gun murder of a white female witness by an African-American.

83
   Defendant: Sherman, Samuel             Race & Sex of Def.: B M
   Docket No.: E.D. AR No. 4:19-CR-00514-DPM  Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 1 White

   a 2016 drug-related cross-racial gun murder of a white female witness by an African-American.

84
   Defendant: Seward, Trevor              Race & Sex of Def.: B M
   Docket No.: D. SC No. 4:20-CR-00512-CRI   Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 1 Black

   a 2019 gun murder of a 64 year old postal worker, a mail carrier, who was found on her delivery route in her truck.  All involved are African-American.

85
   Defendant: Davis, Jerome               Race & Sex of Def.: B M
   Docket No.: D. SC No. 4:20-CR-00512-CRI   Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 1 Black

   a 2019 gun murder of a 64 year old postal worker, a mail carrier, who was found on her delivery route in her truck.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

86
  Defendant: Strickland, Jr., Daryl                   Race & Sex of Def.: B M
  Docket No.: E.D. AR No. 4:19-CR-00580-JM      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting      Race of Vict(s): 1 White

a 2018 cross-racial Hobbs Act gun murder at a pawn shop in Pine Bluff.  The deceased proprietor was a federal firearms license holder and dealer.  Shots were exchanged.  A friend of the deceased engaged in gunfire when the robbers returned and was shot, but survived.  The defendants are African-American and the pawn shop owner is white.

87
  Defendant: Henry, Rodney Tyrone             Race & Sex of Def.: B M
  Docket No.: E.D. AR No. 4:19-CR-00580-JM      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting      Race of Vict(s): 1 White

a 2018 cross-racial Hobbs Act gun murder at a pawn shop in Pine Bluff.  The deceased proprietor was a federal firearms license holder and dealer.  Shots were exchanged.  A friend of the deceased engaged in gunfire when the robbers returned and was shot, but survived.  The defendants are African-American and the pawn shop owner is white.

88
  Defendant: Jones, Lorenzo Laron             Race & Sex of Def.: B M
  Docket No.: D. OR No. 3:19-CR-00333-MO        Sex of Vict(s): 2 Males
  Status: Authorization Not Sought by USAtty – not authorized      Race of Vict(s): 1 Black 1 Hispanic

three RICO gun murders by the Hoover Crips gang in Portland, Oregon:  one in 1998, one in 2015 and one in 2017.  Jones is charged in two murders, Hernandez and Rhodes in one.  Hernandez is Hispanic, as is the 1998 victim.  The others are African-American.

89
  Defendant: Goddard, Nathan               Race & Sex of Def.: B M
  Docket No.: S.D. OH No. 3:19-CR-00171-TMP      Sex of Vict(s): 1 Male
  Status: Death penalty not sought after a CCRC meeting      Race of Vict(s): 1 Hispanic

a 2019 drug-related gun murder of a police detective working as part of the federal DEA task force in Dayton, Ohio.  The Detective was going down the basement stairs when he was shot, allegedly by Goddard.  Three guns were allegedly found, said to be armor piercing "cop killer" weapons.  Drugs and cash were seized.  The defendants are African-American, the detective Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

90

Defendant: Kavoka, Gabriel Milford
Docket No.: D. AZ No. 2:19-CR-01338-SMB
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: NA M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

a 2019 carjacking gun murder on Indian Land at the Casino Arizona on the Salt River Pima – Maricopa Indian community.  Kavoka was released from the Federal Bureau of Prisons less than a year before the shooting.  He has a criminal record involving violence.  Kavoka is Native American.  He was intoxicated at the time. The victim was an Hispanic taxi-driver.  The homicide was captured on video.

91

Defendant: Crusius, Patrick Wood
Docket No.: W.D. TX No. 3:20-CR-00389-DCG
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: W M
Sex of Vict(s): 13 Males 10 Females
Race of Vict(s): 6 White 17 Hispanic

a 2019 domestic terrorism and hate crime.  The defendant allegedly drove 10 hours from Allen, Texas to El Paso, Texas, posted an unsigned manifesto referencing the murder of 51 people in Christ Church, New Zealand, and other white supremacist mass shootings.  He spoke of a "Hispanic invasion in Texas."  The white male gunman killed 23 and wounded another two dozen with an AK 47, then surrendered to the police.  The victims included 14 U.S. citizens, eight Mexican nationals and one German citizen.  The victims were white and Hispanic.

92

Defendant: Feliciano-Trinidad, Jesus
Docket No.: E.D. PA No. 5:19-CR-00152-JS
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: H M
Sex of Vict(s): 5 Males
Race of Vict(s): 5 Hispanic

five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

93

Defendant: Velazquez-Figueroa, Yomar
Docket No.: E.D. PA No. 5:19-CR-00152-JS
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 5 Males
Race of Vict(s): 5 Hispanic

five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

94
  Defendant: Daliot-Rios, Fitzgerald            Race & Sex of Def.: H M
  Docket No.: E.D. PA No. 5:19-CR-00152-JS    Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
  authorized

  five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

95
  Defendant: Rivera-Silva, Angela             Race & Sex of Def.: H M
  Docket No.: E.D. PA No. 5:19-CR-00152-JS    Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
  authorized

  five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

96
  Defendant: Alvarez-Jackson, Mayco          Race & Sex of Def.: H M
  Docket No.: E.D. PA No. 5:19-CR-00152-JS    Sex of Vict(s): 5 Males
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 5 Hispanic
  authorized

  five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

97
  Defendant: Quinones, Dewayne           Race & Sex of Def.: H M
  Docket No.: E.D. PA No. 5:19-CR-00152-JS    Sex of Vict(s): 4 Males
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 4 Hispanic
  authorized

  five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad, Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

98
   Defendant: Sanchez-Laporte, Pedro           Race & Sex of Def.: H M
   Docket No.: E.D. PA No. 5:19-CR-00152-JS     Sex of Vict(s): 4 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 4 Hispanic
   authorized

   five 2018 drug-related gun murders by the Trinidad DTG gang, including a triple murder.  Feliciano-Trinidad,
Velasquez-Figueroa and Alvarez-Jackson are charged in all five murders, Quinones & Sanchez-Laporte are
charged in four and Daliot-Rios and Rivera-Silva are charged in one.  All involved are Hispanic.

99
   Defendant: Montalvo-Otero, Richard           Race & Sex of Def.: H M
   Docket No.: D. PR No. 3:19-CR-00719-RAM    Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Hispanic

   a 2019 kidnapping, carjacking and gun murder and a separate attempted murder.  All involved are Hispanic.

100
   Defendant: Hernandez-Camacho, Yabdier       Race & Sex of Def.: H M
   Docket No.: D. PR No. 3:19-CR-00719-RAM    Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Hispanic

   a 2019 kidnapping, carjacking and gun murder and a separate attempted murder.  All involved are Hispanic.

101
   Defendant: Rodriguez-Otero, Luis             Race & Sex of Def.: H M
   Docket No.: D. PR No. 3:19-CR-00719-RAM    Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Hispanic

   a 2019 kidnapping, carjacking and gun murder and a separate attempted murder.  All involved are Hispanic.

102
   Defendant: Higgs, Jhaphre                Race & Sex of Def.: B M
   Docket No.: M.D. FL No. 8:19-CR-00293-CEH-CPT  Sex of Vict(s): 2 Males
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 2 Black

   a 2019 double drug-related gun murder for hire.  Williams hired the Higgs brothers to kill Armstrong who was
allegedly interfering in his drug business.  He provided the gun, an AR 15.  A second man was shot and killed
while sitting with Williams in a car at a gas station.  A third man was wounded.  All involved are African-
American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

103
   Defendant: Higgs, Jr., James            Race & Sex of Def.: B M
   Docket No.: M.D. FL No. 8:19-CR-00293-CEH-CPT   Sex of Vict(s): 2 Males
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 2 Black

a 2019 double drug-related gun murder for hire.  Williams hired the Higgs brothers to kill Armstrong who was allegedly interfering in his drug business.  He provided the gun, an AR 15.  A second man was shot and killed while sitting with Williams in a car at a gas station.  A third man was wounded.  All involved are African-American.

104
   Defendant: Williams, Kermon           Race & Sex of Def.: B M
   Docket No.: M.D. FL No. 8:19-CR-00293-CEH-CPT   Sex of Vict(s): 2 Males
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 2 Black

a 2019 double drug-related gun murder for hire.  Williams hired the Higgs brothers to kill Armstrong who was allegedly interfering in his drug business.  He provided the gun, an AR 15.  A second man was shot and killed while sitting with Williams in a car at a gas station.  A third man was wounded.  All involved are African-American.

105
   Defendant: Scott, Lorenzo             Race & Sex of Def.: B M
   Docket No.: M.D. PA No. 4:20-CR-00065-MWB   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

a 2015 BOP inmate beating murder at USP Lewisburg.  The victim was killed  by striking, stomping and blunt force trauma.  All involved are African-American.

106
   Defendant: Person, Kavarise           Race & Sex of Def.: B M
   Docket No.: E.D. PA No. 5:19-CR-00218-EGS   Sex of Vict(s): 1 Male
   Status: Authorization request rejected by AG   Race of Vict(s): 1 Black

a 2018 RICO beating and stabbing murder by the "Sevens" sex and drug trafficking gang, involved with sex trafficking, including minors, murder, attempted murders, kidnappings and assaults.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

107
   Defendant: Stallworth, Patrick Devone           Race & Sex of Def.: B M
   Docket No.: N.D. AL No. 2:20-CR-00206-LSC-SGC   Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Black

   a 2019 intrastate kidnapping from a birthday party, sexual assault and suffocation murder of a three year old child.  All involved are African-American.

108
   Defendant: Brown, Derick Irisha               Race & Sex of Def.: B F
   Docket No.: N.D. AL No. 2:20-CR-00243-LSC-SGC   Sex of Vict(s): 1 Female
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Black

   a 2019 intrastate kidnapping from a birthday party, sexual assault and suffocation murder of a three year old child.  All involved are African-American.

109
   Defendant: Herrington, Taylor Ruffin           Race & Sex of Def.: W M
   Docket No.: D. VT No. 2:20-CR-00040        Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

   a 2020 drug-related gun murder.  All involved are white.

110
   Defendant: Hill, Ali                      Race & Sex of Def.: B M
   Docket No.: D. NJ No. 2:18-CR-00703-JMV     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

   three 2018 cross-racial drug-related RICO gun murders by members of the Bloods gang of a federal cooperating witness, an innocent bystander and another on orders from Healy.  In February of 2018 a victim identified as "A.S." was identified as cooperating with law enforcement against Healy's drug organization. Healy ordered members of the Bloods in East Orange to kill "A.S." from prison (where he was as a result of a 15 year state prison sentence for armed robbery).  Zimmerman and Daniels allegedly shot and killed Victim 1, an innocent bystander they mistook for "A.S."  Realizing they killed the wrong person, members of the Healy drug trafficking enterprise then shot and killed "A.S." on March 12, 2018.  On April 6th of that year, victim "J.C." was also suspected of cooperating with law enforcement.  Healy allegedly shot and killed "J.C." in Newark. Healy is white and college educated.  Healy and Wade are charged in all three, Zimmerman and Daniels are charged in two, including the federal witness and Hill in the murder of the federal informant only.  Victim 1 and "A.S." are white.  Victim "J.C." is white and Hispanic.  Wade, Zimmerman, Daniels and Hill are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

111
   Defendant: Ordonez-Zometa, Jose Domingo        Race & Sex of Def.: H M
   Docket No.: D. MD No. 8:20-CR-00229-PX         Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
   authorized

a 2019 MS-13 RICO gang murder.  Ortega-Ayala is alleged to have ordered the killing.  It took place in his basement and the victim was beaten and stabbed to death.  This is a possible witness murder of an informant. All involved are Hispanic.

112
   Defendant: Cloud, James Dean                Race & Sex of Def.: NA M
   Docket No.: E.D. WA No. 1:19-CR-02032-SMJ    Sex of Vict(s): 3 Males 2 Females
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 3 White 2 Native American
   authorized

the 2019 gun murders of five in a home on the grounds of the Yakama Nation. When the car they had broke down, they held a child hostage and carjacked another car.  The defendants are Native American, the victims are two white males, one white female, one Native American female and one Native American male.

113
   Defendant: Cloud, Donovan Quinn Carter      Race & Sex of Def.: NA M
   Docket No.: E.D. WA No. 1:19-CR-02032-SMJ    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White 1 Native American
   authorized

the 2019 gun murders of five in a home on the grounds of the Yakama Nation. When the car they had broke down, they held a child hostage and carjacked another car.  The defendants are Native American, the victims are two white males, one white female, one Native American female and one Native American male.

114
   Defendant: Amaya-Ramirez, Juan           Race & Sex of Def.: H M
   Docket No.: E.D. NY No. 1:20-CR-00228-JB-SJB    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
   authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten, stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

115
    Defendant: Martinez-Garcia, Jairo          Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:20-CR-00228-SJ-SJB   Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder
of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten,
stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's
cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of
Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged
with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

116
    Defendant: Melgar-Suriano, Douglas        Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:20-CR-00228-SJ-SJB   Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder
of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten,
stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's
cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of
Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged
with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

117
    Defendant: Gutierrez, Ramiro           Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:20-CR-00228-SJ-SJB   Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 2 Hispanic
    authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder
of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten,
stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's
cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of
Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged
with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

118
    Defendant: Lopez, Victor                                 Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:20-CR-00228-SJ-SJB         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten, stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

119
    Defendant: Martinez-Alvarenga, Tito                Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:20-CR-00228-SJ-SJB         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two in 2018 and one in 2019.  Amaya-Ramirez is charged with the murder of 17 year old Andy Peralta, who was lured to Kissena Park in Queens, New York.  He was allegedly beaten, stabbed and strangled by three assailants.  A picture of Peralta's corpse was found on Amaya-Ramirez's cellphone.  Gutierrez, Melgar-Suriano and Martinez-Garcia are charged with a 2018 RICO gun murder of Victor Alvarenga and are alleged to be the triggermen.  Gutierriez, Martinez-Alvarenga and Lopez are charged with the 2019 gun murder of Abel Mosso on a subway platform in Queens.  All involved are Hispanic.

120
    Defendant: Pippins, Marvin                           Race & Sex of Def.: B M
    Docket No.: E.D. NY No. 1:19-CR-00378-PKC          Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

a 2015 RICO gun murder by a member of the "5-9 Brims," who broke away from the United Bloods Nation gang and formed the New York Blood Brim Army.  All involved are Africa-American.

121
    Defendant: Hay, Gregory                             Race & Sex of Def.: B M
    Docket No.: W.D. NY No. 1:19-CR-00170-RJA-MJR     Sex of Vict(s): 1 Male
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 Black

a 2019 drug-related gun murder of a witness, an informant regarding drug trafficking activities in Buffalo, New York.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

122
   Defendant: Payne, Alphonso              Race & Sex of Def.: B M
   Docket No.: W.D. NY No. 1:19-CR-00170-RJA-MJR     Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Black

a 2019 drug-related gun murder of a witness, an informant regarding drug trafficking activities in Buffalo, New York.  All involved are African-American.

123
   Defendant: Chavez Larin, Walter          Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW      Sex of Vict(s): 3 Males
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 3 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

124
   Defendant: Rallo, Robert               Race & Sex of Def.: W M
   Docket No.: D. CT No. 3:20-CR-00086-KAD       Sex of Vict(s): 1 Male
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 White

a 2020 Hobbs Act gun murder of a jewelry store in Stamford, Connecticut. (There was a robbery of another jewelry store the week before.) The victim was the owner of Marco Jewelers, who was shot in the head during a struggle over a weapon.  The defendants have lengthy criminal histories.  Rallo has a prior murder conviction and was paroled one year before the homicide.  Liberatore was also paroled one year before the homicide after serving a sentence of 25 years to life for first degree assault.  He also faces a separate, second assault on a police officer.  Prosano, the getaway driver, was paroled in 2017.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

125
   Defendant: Liberatore, Thomas            Race & Sex of Def.: W M
   Docket No.: D. CT No. 3:20-CR-00086-KAD    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
   authorized

a 2020 Hobbs Act gun murder of a jewelry store in Stamford, Connecticut. (There was a robbery of another jewelry store the week before.) The victim was the owner of Marco Jewelers, who was shot in the head during a struggle over a weapon. The defendants have lengthy criminal histories. Rallo has a prior murder conviction and was paroled one year before the homicide. Liberatore was also paroled one year before the homicide after serving a sentence of 25 years to life for first degree assault. He also faces a separate, second assault on a police officer. Prosano, the getaway driver, was paroled in 2017. All involved are white.

126
   Defendant: Black, III, John W.             Race & Sex of Def.: W M
   Docket No.: N.D. WV No. 3:20-CR-00046-GMG-RWT   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
   authorized

a 2020 drug-related beating, stabbing and kidnapping murder at a motorcycle club gathering, followed by a double-murder of two potential witnesses to the first killing 20 days later. The first victim's body and car were burned. Merrell and Sanford are charged in all three murders, Smith in the two witness murders and Black in the kidnapping murder. All involved are white.

127
   Defendant: Matla, Leslie Brianna          Race & Sex of Def.: H F
   Docket No.: C.D. CA No. 2:20-CR-00290-FMO    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 Hispanic
   authorized

two 2020 international kidnapping murders by a Tijuana based kidnapping for ransom ring. All involved are Hispanic.

128
   Defendant: Montoya-Sanchez, Juan  Carlos     Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:20-CR-00290-FMO    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 Hispanic
   authorized

two 2020 international kidnapping murders by a Tijuana based kidnapping for ransom ring. All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

129
  Defendant: Carrillo, Steve                       Race & Sex of Def.: H M
  Docket No.: N.D. CA No. 4:20-CR-00265-YGR      Sex of Vict(s): 2 Males
  Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 1 Black 1 White

the 2020 murders of two law enforcement officers by a United States Airforce Sergeant and an accomplice. Carrillo is charged with the murder of a federal security officer, who was killed in a drive-by shooting near the federal courthouse in Oakland.  Additionally, Carrillo is charged with another murder, after he ambushed Santa Cruz deputies and threw pipe bombs at police, killing a Sergeant and wounding four other officers.  Justus was the driver in both incidents.  Carrillo admitted taking advantage of the demonstrations after the killing of George Floyd in Minneapolis.  He is alleged to be associated with the right-wing Boogaloo movement, an anti-government loose organization that began on the extremist website 4chan and aims to start a second American Civil War.  Carrillo is Hispanic and Justus is white.  The federal security officer is black and the Sergeant was white.  There is a parallel state prosecution.

---

130
  Defendant: Justus, Jr., Robert Alvin           Race & Sex of Def.: W M
  Docket No.: N.D. CA No. 4:20-CR-00265-YGR      Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
  authorized

the 2020 murders of two law enforcement officers by a United States Airforce Sergeant and an accomplice. Carrillo is charged with the murder of a federal security officer, who was killed in a drive-by shooting near the federal courthouse in Oakland.  Additionally, Carrillo is charged with another murder, after he ambushed Santa Cruz deputies and threw pipe bombs at police, killing a Sergeant and wounding four other officers.  Justus was the driver in both incidents.  Carrillo admitted taking advantage of the demonstrations after the killing of George Floyd in Minneapolis.  He is alleged to be associated with the right-wing Boogaloo movement, an anti-government loose organization that began on the extremist website 4chan and aims to start a second American Civil War.  Carrillo is Hispanic and Justus is white.  The federal security officer is black and the Sergeant was white.  There is a parallel state prosecution.

---

131
  Defendant: Skeete, Mark Anthony            Race & Sex of Def.: B M
  Docket No.: E.D. VA No. 4:19-CR-00062-DJN-DEM   Sex of Vict(s): 2 Males
  Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black 1 White
  authorized

two 2014 RICO gun murders by a member of the Nine Trey Gangsters, part of the United Bloods Nation.  All involved are African-American.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| 132 | |
|---|---|
| Defendant: Booker, Byron | Race & Sex of Def.: B M |
| Docket No.: S.D. GA No. 4:21-CR-00070-RSB-CLR | Sex of Vict(s): 1 Male |
| Status: Death penalty not sought after a CCRC meeting | Race of Vict(s): 1 White |

the 2020 cross-racial stabbing death of a soldier at Fort Stewart, Georgia. Brown was originally indicted with Booker under 4:21-CR-00070-RSB-CLR, but that indictment was dismissed as to him. The defendants are black, the victim is white.

| 133 | |
|---|---|
| Defendant: Leeper, Kyle | Race & Sex of Def.: W M |
| Docket No.: N.D. NY No. 5:19-CR-00301-DNH | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

a 2019 drug-related gun murder in California, connected to a drug trafficking conspiracy in Northern New York. Leeper is white, the others Hispanic.

| 134 | |
|---|---|
| Defendant: Nieves-Cotto, Ramon | Race & Sex of Def.: H M |
| Docket No.: N.D. NY No. 5:19-CR-00301-DNH | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Hispanic |

a 2019 drug-related gun murder in California, connected to a drug trafficking conspiracy in Northern New York. Leeper is white, the others Hispanic.

| 135 | |
|---|---|
| Defendant: Jordan, Jr., Karl | Race & Sex of Def.: B M |
| Docket No.: E.D. NY No. 1:20-CR-00305-LDH | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Black |

a 2002 drug-related gun murder of 'Jam Master Jay,' a member of the famed hip hop group 'Run-DMC.'  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

136
   Defendant: Washington, Ronald                      Race & Sex of Def.: B M
   Docket No.: E.D. NY No. 1:20-CR-00305-LDHPri    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

   a 2002 drug-related gun murder of 'Jam Master Jay,' a member of the famed hip hop group 'Run-DMC.'  All involved are African-American.

137
   Defendant: Le, Peter                                Race & Sex of Def.: A M
   Docket No.: E.D. VA No. 1:19-CR-00057-LO      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

   a 2019 RICO/kidnapping/drug gun murder by members of the Reccless Tigers, a Korean gang.  The defendants are Asian, the victim African-American.

138
   Defendant: Lamborn, Joseph Duk-Huyn         Race & Sex of Def.: A M
   Docket No.: E.D. VA No. 1:19-CR-00057-LO      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

   a 2019 RICO/kidnapping/drug gun murder by members of the Reccless Tigers, a Korean gang.  The defendants are Asian, the victim African-American.

139
   Defendant: Yoo, Young                          Race & Sex of Def.: A M
   Docket No.: E.D. VA No. 1:19-CR-00057-LO      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

   a 2019 RICO/kidnapping/drug gun murder by members of the Reccless Tigers, a Korean gang.  The defendants are Asian, the victim African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

140
   Defendant: Galvan, Carlos Maximilliano        Race & Sex of Def.: H M
   Docket No.: D. AZ No. 4:20-CR-01566-JAS-BGM   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

   a  2020 vehicular homicide of a Tohono O'Odham Nation police officer on Indian Land, charged as a carjacking murder.  Galvan, who claimed to be high on meth, ran over the police officer with his car.  All involved are Native American.


141
   Defendant: Goodman, Daron                Race & Sex of Def.: B M
   Docket No.: S.D. NY No. 1:20-CR-00057-GBD    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

   two 2020 RICO gun murders by members of the "59 Brims" gang, one in 2019 and one in 2020. Simmons is charged in two, the others in one. There are multiple other attempted murders, assaults and maimings.  All involved are African-American.


142
   Defendant: Simmons, Jamarr             Race & Sex of Def.: B M
   Docket No.: S.D. NY No. 1:20-CR-00057-GBD    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 2 Black
   authorized

   two 2020 RICO gun murders by members of the "59 Brims" gang, one in 2019 and one in 2020. Simmons is charged in two, the others in one. There are multiple other attempted murders, assaults and maimings.  All involved are African-American.


143
   Defendant: Evans, Willie                 Race & Sex of Def.: B M
   Docket No.: S.D. NY No. 1:20-CR-00057-GBD    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

   two 2020 RICO gun murders by members of the "59 Brims" gang, one in 2019 and one in 2020. Simmons is charged in two, the others in one. There are multiple other attempted murders, assaults and maimings.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

144
   Defendant: Madrigal, Fernando                  Race & Sex of Def.: H M
   Docket No.: N.D. CA No. 3:20-CR-00328-WHO      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2019 gun murder by the San Francisco Mission District Nortenos/ Nuestra family gang.  All involved are Hispanic.

---

145
   Defendant: Ayala-Rivera, Miguel Angel           Race & Sex of Def.: H M
   Docket No.: D. MD No. 8:19-CR-00603-PWG       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2016 gun murder for hire by a member of the Pinos Locotes Salvatruch Clique of the MS-13 gang.  All involved are Hispanic.

---

146
   Defendant: Cobb, Jariel                       Race & Sex of Def.: B M
   Docket No.: W.D. NY No. 1:19-CR-00155-EAW    Sex of Vict(s): 2 Males 1 Female
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 3 Hispanic
   authorized

a 2019 drug-related triple gun murder.  The defendants are African-American, the victims Hispanic.

---

147
   Defendant: Wilson, Deandre                 Race & Sex of Def.: B M
   Docket No.: W.D. NY No. 1:19-CR-00155-EAW    Sex of Vict(s): 2 Males 1 Female
   Status: Death penalty not sought after a CCRC meeting  Race of Vict(s): 3 Hispanic

a 2019 drug-related triple gun murder.  The defendants are African-American, the victims Hispanic.

---

148
   Defendant: Miske, Jr., Michael              Race & Sex of Def.: W M
   Docket No.: D. HI No. 1:19-CR-00099-DKW-KJM    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

a 2016 RICO kidnapping/murder-for hire.  The defendant blamed the victim for an accidental traffic death of his son who was driving the vehicle. The defendant was a kingpin in a large racketeering group in Hawaii.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

149
   Defendant: Briscoe, Andre Ricardo            Race & Sex of Def.: B M
   Docket No.: D. MD No. 1:20-CR-00139-RDB    Sex of Vict(s): 1 Male 1 Female
   Status: Death penalty not sought after a CCRC meeting   Race of Vict(s): 2 Black

a 2015 double murder in the course of a drug robbery in the victim's home.  The adult female victim was involved in drug selling and the child, a seven year old daughter, was executed as a witness.  All involved are African-American.

150
   Defendant: Hall, Trayvon                Race & Sex of Def.: B M
   Docket No.: D. MD No. 1:19-CR-00568-CCB    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not authorized   Race of Vict(s): 2 Black

four drug-related RICO gun murders by the alleged leader of the Eight Tray Gangsta Crips gang in Baltimore, one in 2016 and another in 2018 of rival members of the Black Guerilla Family gang. Also alleged are two murders of members of the Abington Avenue organization and numerous shootings. All involved are African-American.

151
   Defendant: Villalobos-Gomez, Jimmy       Race & Sex of Def.: H M
   Docket No.: S.D. TX No. 4:20-CR-00472     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not authorized   Race of Vict(s): 1 Hispanic

a 2018 MS-13 gang RICO murder involving kidnapping and extortion.  All involved are Hispanic.

152
   Defendant: Chicas-Garcia, Walter Antonio    Race & Sex of Def.: H M
   Docket No.: S.D. TX No. 4:20-CR-00472     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not authorized   Race of Vict(s): 1 Hispanic

a 2018 MS-13 gang RICO murder involving kidnapping and extortion.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

153

    Defendant: Shipman, Kalub               Race & Sex of Def.: B M
    Docket No.: E.D. VA No. 2:20-CR-00090-JAG-LRL    Sex of Vict(s): 1 Female
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 Black

a 2016 drug-related gun CCE murder-for-hire over a $72,000 drug debt.  The hit was placed on the grandson of the victim, allegedly with orders to kill anyone in the house.  Shipman and Simpson have previous firearm offenses. All involved are African-American.

---

154

    Defendant: Simpson, Jaquate             Race & Sex of Def.: B M
    Docket No.: E.D. VA No. 2:20-CR-00090-JAG-LRL    Sex of Vict(s): 1 Female
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 Black

a 2016 drug-related gun CCE murder-for-hire over a $72,000 drug debt.  The hit was placed on the grandson of the victim, allegedly with orders to kill anyone in the house.  Shipman and Simpson have previous firearm offenses. All involved are African-American.

---

155

    Defendant: Jackson, Kevin Marvell        Race & Sex of Def.: B M
    Docket No.: E.D. OK No. 6:20-CR-00134-RAW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

a 2020 gun murder during a robbery in Indian Country.  Jackson is a member of the Cherokee Nation.  The victim is African-American.

---

156

    Defendant: Wallace, Paul Gary          Race & Sex of Def.: B M
    Docket No.: C.D. CA No. 2:20-CR-00293-AB    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

two RICO gun murders, one in 2003 and one in 2014, by the East Coast Crip Gang in South Central Los Angeles.  The first victim was killed for criticizing Wallace's girlfriend.  The second victim was a member of the rival gang, the Hoover Crips.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

157
   Defendant: Maxwell, Jermaine Lamar           Race & Sex of Def.: B M
   Docket No.: D. AZ No. 4:18-CR-01695-JAS-EJM   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

two RICO gun murders by the Western Hills Bloods gang in Tucson, one in 2014, one in 2015.  David Kapone Williams and Gray are charged in both, the others in one.  All involved are African-American, except Megan Borges, a white female defendant.

158
   Defendant: Hill, Travell Anthony               Race & Sex of Def.: B M
   Docket No.: E.D. MO No. 4:20-CR-00418-JAR-NAB   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

a 2016 murder for hire, charging a reality show star, the owner of a St. Louis soul food restaurant called "Sweetie Pies."  An exotic dancer is also charged.  The victim is Norman's 21 year old nephew.  The motive was to collect a $450,000 life insurance policy.  All involved are African-American.

159
   Defendant: Mullings, Kyle                   Race & Sex of Def.: B M
   Docket No.: S.D. NY No. 1:19-CR-00779-AKH    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

a 2015 drug-related gun RICO murder by members of the Beach Avenue Crew, a sect of the Bloods gang, of a rival Crips gang member. The murder was in retaliation for a shooting 10  days earlier of co – defendant Mullings. The defendants are Hispanic and African-American, the victim African-American.

160
   Defendant: Williams-Bey, Antwane           Race & Sex of Def.: B M
   Docket No.: D. CT No. 3:20-CR-00172-MPS-1    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
   authorized

a 2013 drug-related gun murder.  Williams-Bey was charged with attempted murder in state court, when he was 19.  He has a history of drug-dealing, weapons possession and other acts of violence.  The defendant is African-American, the victim is Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

161
    Defendant: Castellano, Jose Douglas         Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:18-CR-00139-LDH     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

three RICO murders by the 18th Street gang, including a 2017 murder of a fellow gang member who was suspected of being an informant. Cruz-Mateo is charged in two, the others in one. Cruz-Mateo, Herrera-Hidalgo, Alfaro-Pineda, Castellano and Flores stabbed the suspected informant repeatedly while making a video recording. The video, which was obtained by the FBI, shows Flores slashing the victim across his neck and Cruz-Mateo severing the victim's ear.  Cruz-Mateo also boasted in text messages about shooting a rival MS-13 gang member in Queens. All involved are Hispanic.

162
    Defendant: Alfaro-Pineda, Walter Fernando     Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:18-CR-00139-LDH     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

three RICO murders by the 18th Street gang, including a 2017 murder of a fellow gang member who was suspected of being an informant. Cruz-Mateo is charged in two, the others in one. Cruz-Mateo, Herrera-Hidalgo, Alfaro-Pineda, Castellano and Flores stabbed the suspected informant repeatedly while making a video recording. The video, which was obtained by the FBI, shows Flores slashing the victim across his neck and Cruz-Mateo severing the victim's ear.  Cruz-Mateo also boasted in text messages about shooting a rival MS-13 gang member in Queens. All involved are Hispanic.

163
    Defendant: Gardner, Antonio Damon        Race & Sex of Def.: B M
    Docket No.: N.D. OK No. 4:20-00328-GKF       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

a 2020 drug-related gun murder in front of the victim's three year old son, on Indian land, by an African-American male.  The victim was a member of the Muskogee (Creek) Nation and the shooting occurred on the tribe's reservation.  There was a subsequent attempted murder of the victim's sister.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

164
   Defendant: Peterson, James D               Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

165
   Defendant: Akridge, Edward Gary         Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black 1 White
   authorized

three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

166
   Defendant: Carrion, Aaron Michael        Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

167
   Defendant: Sprouse, Aaron Corey         Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

168
    Defendant: Ross, Catherine Amanda            Race & Sex of Def.: W F
    Docket No.: D. SC No. 6:20-CR-00628-TMC      Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

169
    Defendant: Ryall, Virginia Ruth              Race & Sex of Def.: W F
    Docket No.: D. SC No. 6:20-CR-00628-TMC      Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

170
    Defendant: Bolton, Lisa Marie              Race & Sex of Def.: W F
    Docket No.: D. SC No. 6:20-CR-00628-TMC      Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

171
    Defendant: Jean, Arian Grace              Race & Sex of Def.: W F
    Docket No.: D. SC No. 6:20-CR-00628-TMC      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

172
   Defendant: Merchant, Jonathan Eugene         Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

173
   Defendant: Brown, Joshua Lee Scott          Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:20-CR-00628-TMC    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 White
   authorized

    three RICO gun murders, one in 2017, one in 2019 and one in 2020, by the Insane Gangster Disciples (a branch of the Folk Nation - IGD) gang.  The 2019 murder includes a kidnapping charge and the 2020 murder was a drive-by shooting.  Akridge is charged in two murders, the rest are charged in one.  The defendants are white, the victims African-American and white.

174
   Defendant: Navarro Cervellon, Jose David      Race & Sex of Def.: H M
   Docket No.: D. MD No. 8:19-CR-00603-PWG   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

    a 2016 gun murder for hire by a member of the Pinos Locotes Salvatruch Clique of the MS-13 gang.  All involved are Hispanic.

175
   Defendant: Guerra, Raymundo             Race & Sex of Def.: H M
   Docket No.: W.D. TX No. 3:18-CR-00827-DB    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

    a 2015 kidnapping resulting in death.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

**176**

| | |
|---|---|
| Defendant: Davenport, Jr., Antonio Nathaniel | Race & Sex of Def.: B M |
| Docket No.: M.D. NC No. 1:20-CR-00463-UA | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Black |

a 2019 RICO gun murder by members of the Eight Trey Gangster Crips gang, who fired into a vehicle, killing a 9 year old child inside.  Davenport is known as the rapper "Lil Tony."  All involved are African-American.

**177**

| | |
|---|---|
| Defendant: Magwood, Dival Nygee | Race & Sex of Def.: B M |
| Docket No.: M.D. NC No. 1:20-CR-00463-UA | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 1 Black |

a 2019 RICO gun murder by members of the Eight Trey Gangster Crips gang, who fired into a vehicle, killing a 9 year old child inside.  Davenport is known as the rapper "Lil Tony."  All involved are African-American.

**178**

| | |
|---|---|
| Defendant: McMahon, Austin Dean | Race & Sex of Def.: NA M |
| Docket No.: E.D. OK No. 6:20-CR-00066-RAW | Sex of Vict(s): 1 Male 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 White |

a 2020 double domestic gun murder in Indian country.  The defendant is a member of the Muskogee Creek Nation.

**179**

| | |
|---|---|
| Defendant: Green, Joshua Ryan | Race & Sex of Def.: NA M |
| Docket No.: E.D. OK No. 6:20-CR-00080-RAW | Sex of Vict(s): 1 Male 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | Race of Vict(s): 2 White |

the 2020 gun murder on Indian land.  The victims are the mother and brother of defendant's former girlfriend.  After shooting the victims, the defendant set the home on fire and stole their car.  The victims are white, Green is Native American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

180
    Defendant: Pope, Giovanni                    Race & Sex of Def.: B M
    Docket No.: D. MD No. 1:21-CR-00053-DKC     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
    authorized

    a 2021 stabbing murder of a mother by her apparently mentally ill son, who was living with her in Bahrain. She was a civilian employee with the United States Navy.  All involved are African-American.

181
    Defendant: Gastelum, Manuel Victor          Race & Sex of Def.: H M
    Docket No.: D. AZ No. 4:20-MJ-06206-N/A-LAB   Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
    authorized

    the December 2020 single vehicle rollover accident, resulting in the death of an undocumented immigrant.  All involved are Hispanic

182
    Defendant: Batiste, Brandon               Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00029-JAM     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
    authorized

    a 2020 interstate (Massachusetts to Connecticut) kidnapping and gun murder.  The body was found in a burning car. The deceased was Hispanic, the accused are African American.

183
    Defendant: Roberson, Calvin              Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00029-JAM     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
    authorized

    a 2020 interstate (Massachusetts to Connecticut) kidnapping and gun murder.  The body was found in a burning car. The deceased was Hispanic, the accused are African American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

184
    Defendant: Villalobos-Gomez, Jimmy             Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

185
    Defendant: Chicas-Garcia, Walter Antonio      Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

186
    Defendant: Trejo-Chavarria, Franklin         Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

187
    Defendant: Ventura-Mejia, Wilson Jose       Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

188
    Defendant: Aguilar-Ochoa, Angel Miguel      Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

189
    Defendant: Miranda-Moran, Marlon           Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

190
    Defendant: Smith, Frank                  Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with
one murder.  All involved are African-American.

191
    Defendant: Clemon, Sean                Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with
one murder.  All involved are African-American.

192
    Defendant: Maxwell, Dominique          Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with
one murder.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

193
    Defendant: Harris, Perry                           Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with one murder.  All involved are African-American.

---

194
    Defendant: Griffin, Warren                       Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with one murder.  All involved are African-American.

---

195
    Defendant: Dobbins, Anthony                    Race & Sex of Def.: B M
    Docket No.: S.D. IL No. 3:21-CR-30003-DWD       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Black
    authorized

two 2018 RICO gun murders by members of the Gangster Disciples gang.  All defendants are charged with one murder.  All involved are African-American.

---

196
    Defendant: Tilton, Freddie Lewis                Race & Sex of Def.: W M
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH      Sex of Vict(s): 1 Male
    Status: Death penalty not sought after a CCRC meeting    Race of Vict(s): 1 White

a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

197
    Defendant: Brand, Dominique          Race & Sex of Def.: B M
    Docket No.: D. SC No. 4:21-CR-00241-SAL    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

the 2021 cross-racial kidnapping/carjacking gun murder of an elderly woman.  The defendant, recently released from prison, is African-American, the victim white.

198
    Defendant: Henriquez-Torres, Carlos Elias    Race & Sex of Def.: H M
    Docket No.: S.D. TX No. 4:20-CR-00585    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

a seven defendant 2018 MS-13 gang RICO murder.  All involved are Hispanic.

199
    Defendant: Mayse, Michael         Race & Sex of Def.: B M
    Docket No.: D. NJ No. 2:20-CR-00236-JMV    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

two 2019 drug related gun murders.  All involved are African-American.

200
    Defendant: Loos, Hunter Allen        Race & Sex of Def.: NA M
    Docket No.: W.D. MI No. 2:21-CR-00005-HYJ    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

a 2020 domestic stabbing death of the defendant's mother, a Native American on land within the Keweenaw Bay Indian Community. The victim was a duly enrolled member of the Ojibwa Tribe.

201
    Defendant: Bosse, Shaun Michael      Race & Sex of Def.: W M
    Docket No.: W.D. OK No. 5:21-MJ-00203-STE    Sex of Vict(s): 1 Male 2 Females
    Status: Deferred to state    Race of Vict(s): 3 White

a 2010 triple beating/arson murder during an attempted robbery of a women and her two young children, an 8-year-old and a 6-year-old, on Indian land. The federal case was dismissed due to SCOTUS litigation leaving Bosse on Oklahoma's death row. All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

202
    Defendant: Harlin, Sha-Lisa                      Race & Sex of Def.: NA F
    Docket No.: N.D. OK No. 4:20-CR-00205-JED      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
    authorized

a 2020 gun murder on Indian land.  The defendant caught her fiancé with another woman and during a struggle the gun went off, killing the man.  The defendant is Native American, the victim white.

---

203
    Defendant: Escobar, Jonathan                Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 3:21-CR-00153-VC      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
    authorized

a 2018 RICO gun murder by members of the 19th Street Sureno gang.  All involved are Hispanic.

---

204
    Defendant: Aguilar, Jose                   Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 3:21-CR-00153-VC      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
    authorized

a 2018 RICO gun murder by members of the 19th Street Sureno gang.  All involved are Hispanic.

---

205
    Defendant: Reyes, Eddy                    Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 8:21-CR-00075-JLS     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
    authorized

a 2016 kidnapping murder.  The defendant was an employee of the U.S. Customs and Border Protection.  The victim was his wife, who was making plans to move out of the home in just a few days.  She was last seen getting into a rented SUV with her husband.  There is a history of domestic violence and temporary restraining orders.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

206
    Defendant: Sago, Kyle                                  Race & Sex of Def.: W M
    Docket No.: N.D. OK No. 4:20-CR-00094-GKF      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Native American
    authorized

a 2020 gun murder on Indian land during the course of an argument.  The defendant is a white male.  The victim was a member of the Cherokee Nation.

207
    Defendant: Verdejo-Sanchez, Felix                 Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00161-PAD        Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

the 2021 kidnapping murder by drowning of Verdejo-Sanchez's pregnant girlfriend to prevent child support. Verdejjo-Sanchez is a former Olympic boxer.  All involved are Hispanic.

208
    Defendant: Yanez, Antonio                            Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:21-CR-00033-AB       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

a 2020 RICO gun murder by members of the Gardena 13 (G13), a Latino street gang, controlled by the "Mexican Mafia," or "La Eme.". The defendants are Hispanic, the victim black.

209
    Defendant: Arteaga, Justin                             Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:21-CR-00033-AB       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

a 2020 RICO gun murder by members of the Gardena 13 (G13), a Latino street gang, controlled by the "Mexican Mafia," or "La Eme.". The defendants are Hispanic, the victim black.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

210
    Defendant: Landsmark, Shareef                    Race & Sex of Def.: B M
    Docket No.: S.D. NY No. 1:21-CR-00283-LGS        Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Hispanic
    authorized


    a 2012 drug-related, gun murder for hire in the Bronx.  The defendant is African-American, the victim Hispanic.


211
    Defendant: Cadiz-Martinez, Luis Antonio          Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00161-PAD          Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Hispanic
    authorized


    the 2021 kidnapping murder by drowning of Verdejo-Sanchez's pregnant girlfriend to prevent child support.
    Verdejjo-Sanchez is a former Olympic boxer.  All involved are Hispanic.


212
    Defendant: Washington, Samuel Wayne              Race & Sex of Def.: NA M
    Docket No.: N.D. OK No. 4:20-CR-00133-JED        Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
    authorized


    a 2019 gun murder on Indian land during the course of a robbery.  The defendant was attempting to steal
    methamphetamine.  Defendant is not alleged to be the shooter.  Defendant is Native American, victim is
    white..


213
    Defendant: Williams, Nicole Deonn                Race & Sex of Def.: NA F
    Docket No.: N.D. OK No. 4:20-CR-00288-JED        Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
    authorized


    a 2019 gun murder on Indian land during a robbery.  The defendant, who is not the shooter, is charged with
    setting up the robbery, which involved a drug deal.  The defendant is Native American, the victim is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

214
Defendant: Chauvin, Derek Michael
Docket No.: D. MN No. 0:21-CR-00108-PAM-TNL
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: W M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2020 civil rights murder of George Floyd on videotape.  Four police officers were involved.  Former police officer Derek Chauvin knelt on Floyd's neck for 9 minutes and he died.  Chauvin was sentenced to 22.5 years in a parallel state prosecution.  The defendants are white, Asian and African-American. The victim is African-American.

215
Defendant: Thao, Tou
Docket No.: D. MN No. 0:21-CR-00108-PAM-TNL
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: A M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2020 civil rights murder of George Floyd on videotape.  Four police officers were involved.  Former police officer Derek Chauvin knelt on Floyd's neck for 9 minutes and he died.  Chauvin was sentenced to 22.5 years in a parallel state prosecution.  The defendants are white, Asian and African-American. The victim is African-American.

216
Defendant: Kueng, J. Alexander
Docket No.: D. MN No. 0:21-CR-00108-PAM-TNL
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2020 civil rights murder of George Floyd on videotape.  Four police officers were involved.  Former police officer Derek Chauvin knelt on Floyd's neck for 9 minutes and he died.  Chauvin was sentenced to 22.5 years in a parallel state prosecution.  The defendants are white, Asian and African-American. The victim is African-American.

217
Defendant: Lane, Thomas Kiernan
Docket No.: D. MN No. 0:21-CR-00108-PAM-TNL
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: W M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2020 civil rights murder of George Floyd on videotape.  Four police officers were involved.  Former police officer Derek Chauvin knelt on Floyd's neck for 9 minutes and he died.  Chauvin was sentenced to 22.5 years in a parallel state prosecution.  The defendants are white, Asian and African-American. The victim is African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

218
    Defendant: Hendrix, Jimmy Glenn             Race & Sex of Def.: NA M
    Docket No.: N.D. OK No. 4:21-CR-00196-JFH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Unknown
    authorized

a 2008 drug-related gun murder by a member of the Muskogee (Creek) Nation.  The defendant is Native American, the victim _____.

---

219
    Defendant: Leathers, Dameon Lamar        Race & Sex of Def.: NA M
    Docket No.: N.D. OK No. 4:21-CR-0163-CVE    Sex of Vict(s): 1 Male
    Status: Guilty plea before authorization decision    Race of Vict(s): 1 Black

a 2018 burglary, robbery and gun murder on Indian Land.  The defendant and an accomplice committed several home burglaries.  They obtained knowledge that the victim had won monies at the casino.  During the course of the robbery, the victim retrieved a gun and shots were exchanged.  The defendant is a member of the Muskogee Creek Nation. He was sentenced to life without parole in state court before obtaining relief due to McGirt. He pled guilty in federal court and received 18 years. The victim was a 50 year old black male.

---

220
    Defendant: Soto, Brandon              Race & Sex of Def.: H M
    Docket No.: S.D. NY No. 7:20-CR-00626-PMH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2020 RICO gun murder of a minor by a member of the Untouchable Gorilla Stone Nation gang.  The defendant is Hispanic, the victim African-American.

---

221
    Defendant: Velasquez, Edgard          Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

222
    Defendant: Barker, Coker Dean                      Race & Sex of Def.: NA M
    Docket No.: E.D. OK No. 6:21-CR-00175-JFH         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2019 drug-related beating and gun murder on Indian Land – the Seminole Nation.  Barker is a member of
the Seminole Nation, Little is a member of the Cheyenne/Arapahoe Nation.  The victim is a white male.

---

223
    Defendant: Little, Anastacia Phillinia                 Race & Sex of Def.: NA F
    Docket No.: E.D. OK No. 6:21-CR-00175-JFH         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2019 drug-related beating and gun murder on Indian Land – the Seminole Nation.  Barker is a member of
the Seminole Nation, Little is a member of the Cheyenne/Arapahoe Nation.  The victim is a white male.

---

224
    Defendant: Posey, Xavier Caine                    Race & Sex of Def.: W M
    Docket No.: W.D. KY No. 1:21-CR-00018-GNS        Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2020 carjacking, murder for hire.  Gonzalez hired Posey to kill his girlfriend and her ex-husband.  Posey only
killed the ex-husband.  The defendants are Hispanic and white, the victim is white.

---

225
    Defendant: Whitfield, IV, Freeman                 Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:21-CR-00324-MTS-DDN     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2019 drug-related gun murder.  The defendant is charged with dealing in fentanyl, heroin & cocaine.  All
involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

226
   Defendant: Ruffin, Marcus                          Race & Sex of Def.: B M
   Docket No.: E.D. KY No. 6:21-CR-00039-REW-HAI       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized


   a 2016 BOP inmate stabbing murder at USP McCreary.  All involved are African-American.

---

227
   Defendant: Jacks, Kwamane                           Race & Sex of Def.: B M
   Docket No.: E.D. KY No. 6:21-CR-00039-REW-HAI       Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized


   a 2016 BOP inmate stabbing murder at USP McCreary.  All involved are African-American.

---

228
   Defendant: Haynes, Kiara                            Race & Sex of Def.: B F
   Docket No.: D. MD No. 1:20-CR-00139-RDB             Sex of Vict(s): 1 Male 1 Female
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
   authorized


   a 2015 double murder in the course of a drug robbery in the victim's home.  The adult female victim was
   involved in drug selling and the child, a seven year old daughter, was executed as a witness.  All involved are
   African-American.

---

229
   Defendant: Harris, Edmond                           Race & Sex of Def.: B M
   Docket No.: N.D. IL No. 1:21-CR-00392               Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized


   a 2021 carjacking gun murder of an Uber driver.  The defendant is suspected of other carjackings.  The
   defendant is black, the victim Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

230
   Defendant: Meehan, Shane                     Race & Sex of Def.: W M
   Docket No.: S.D. IN No. 2:22-CR-00002-JPH-CMM   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

the 2021 gun murder of a law enforcement officer. The defendant threw a Molotov cocktail at the building. When the Terre Haute police detective left the F.B.I. satellite office, he was shot and killed. Meehan, the gunman, had more guns and bombs in his truck. He was also shot twice before he fled. All involved are white.

231
   Defendant: King, Jr., James Anthony           Race & Sex of Def.: B M
   Docket No.: N.D. IN No. 2:21-CR-00071-PPS-APR   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2021 bank robbery gun murder, allegedly to fund a semi-pro football team owned by Gist-Holden. Prosecutors allege that Gist-Holden was the mastermind and shot the security guard who was walking outside the bank. King gave a statement implicating Gist-Holden. King was arrested near the scene. Gist-Holden was arrested in Atlanta after a high speed chase. The defendants are African-American, the victim Hispanic.

232
   Defendant: Gist-Holden, Hailey            Race & Sex of Def.: B M
   Docket No.: N.D. IN No. 2:21-CR-00071-PPS-APR   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2021 bank robbery gun murder, allegedly to fund a semi-pro football team owned by Gist-Holden. Prosecutors allege that Gist-Holden was the mastermind and shot the security guard who was walking outside the bank. King gave a statement implicating Gist-Holden. King was arrested near the scene. Gist-Holden was arrested in Atlanta after a high speed chase. The defendants are African-American, the victim Hispanic.

233
   Defendant: Melendez, Kevin Reyes           Race & Sex of Def.: H M
   Docket No.: N.D. CA No. 3:19-CR-00280-RS      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is charged in two murders, the other six defendants in one.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

234
   Defendant: McMichael, Gregory             Race & Sex of Def.: W M
   Docket No.: S.D. GA No. 2:21-CR-00022-LGW-BWC)   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

the 2020 shotgun murder of an African-American jogger in a white neighborhood by a white father, with law enforcement connections, and son in their pick-up truck.  The defendants were sentenced to life without parole in a parallel state prosecution.

235
   Defendant: McMichael, Travis               Race & Sex of Def.: W M
   Docket No.: S.D. GA No. 2:21-CR-00022-LGW-BWC)   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

the 2020 shotgun murder of an African-American jogger in a white neighborhood by a white father, with law enforcement connections, and son in their pick-up truck.  The defendants were sentenced to life without parole in a parallel state prosecution.

236
   Defendant: Mullins, Tyler Jay               Race & Sex of Def.: NA M
   Docket No.: E.D. OK No. 6:21-CR-00060-CBG     Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

a 2002 domestic robbery, gun murder on Indian land, the Chickasaw Nation Reservation. The victim was the on again/off again girlfriend of the defendant. He lured her outside, transported her to another location, assaulted her and left, only to return with a gun and tarp. He shot the victim three times in the head and buried her. The defendant is a member of the Chickasaw Nation. The victim is white.

237
   Defendant: Baker, Patrick Brian             Race & Sex of Def.: W M
   Docket No.: E.D. KY No. 6:21-CR-00032-CHB-HAI   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

a 2014 drug/gun murder during a break-in.  Patrick Baker was convicted in state court of reckless homicide and impersonating a peace officer, among other charges, and was sentenced to 19 years in prison.  Governor Matt Bevin pardoned Baker before leaving office.  Baker was then indicted in federal court, convicted and sentenced to 42 years.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

238
    Defendant: Dominguez, Jorge                    Race & Sex of Def.: H M
    Docket No.: D. NM No. 1:21-CR-00524-KWR        Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2018 kidnapping murder of a female. All involved are Hispanic.

239
    Defendant: Mariscal-Lopez, Luis                Race & Sex of Def.: H M
    Docket No.: D. NM No. 1:21-CR-00524-KWR        Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2018 kidnapping murder of a female. All involved are Hispanic.

240
    Defendant: Williams, Terran                    Race & Sex of Def.: B M
    Docket No.: E.D. LA No. 2:19-CR-00204-SSV-JVM  Sex of Vict(s): 3 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 3 Black
    authorized

    four RICO gun murders, one in 2016 and three in 2017, including a double murder.  Terran Williams is charged
    in three murders (including the double murder), Bovia and Doleman are charged in the double murder,
    Thomas is charged in two murders (one in 2016 and one in 2017) and Morton is charged in one.  Thomas and
    Morton were juveniles at the time. All involved are African-American.

241
    Defendant: Bovia, Tyrone                       Race & Sex of Def.: B M
    Docket No.: E.D. LA No. 2:19-CR-00204-SSV-JVM  Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

    four RICO gun murders, one in 2016 and three in 2017, including a double murder.  Terran Williams is charged
    in three murders (including the double murder), Bovia and Doleman are charged in the double murder,
    Thomas is charged in two murders (one in 2016 and one in 2017) and Morton is charged in one.  Thomas and
    Morton were juveniles at the time. All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

242

Defendant: Doleman, Javonta
Docket No.: E.D. LA No. 2:19-CR-00204-SSV-JVM
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: B M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 Black

four RICO gun murders, one in 2016 and three in 2017, including a double murder.  Terran Williams is charged
in three murders (including the double murder), Bovia and Doleman are charged in the double murder,
Thomas is charged in two murders (one in 2016 and one in 2017) and Morton is charged in one.  Thomas and
Morton were juveniles at the time. All involved are African-American.

243

Defendant: Quinn, Jaylan D.
Docket No.: S.D. IL No. 3:21-CR-30142-SPM
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 White

a 2021 cross-racial armed bank robbery and shooting death of a security guard.  The defendants are African-
American, the victim white.

244

Defendant: Major, Ronnie Ervin
Docket No.: N.D. IN No. 2:21-CR-00098-PPS-JPK
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Female
Race of Vict(s): 1 Black

a 2010 gun murder for hire by members of the Sin City Disciples Outlaw Motorcycle gang. All involved are
African-American.

245

Defendant: Gates, Antoine Jermell
Docket No.: N.D. IN No. 2:21-CR-00098-PPS-JPK
Status: Authorization Not Sought by USAtty – not
authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Female
Race of Vict(s): 1 Black

a 2010 gun murder for hire by members of the Sin City Disciples Outlaw Motorcycle gang. All involved are
African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

246
    Defendant: Hernandez, Fabian
    Docket No.: S.D. TX No. 5:21-CR-01261
    Status: Authorization Not Sought by USAtty – not
    authorized

    Race & Sex of Def.: H M
    Sex of Vict(s): 3 Males 1 Female
    Race of Vict(s): 4 Hispanic

a 2021 rollover accident resulting in the death of four undocumented immigrants.  All involved are Hispanic.

247
    Defendant: Ferral-Tonche, Emmanuel
    Docket No.: S.D. TX No. 5:21-CR-01261
    Status: Authorization Not Sought by USAtty – not
    authorized

    Race & Sex of Def.: H M
    Sex of Vict(s): 3 Males 1 Female
    Race of Vict(s): 4 Hispanic

a 2021 rollover accident resulting in the death of four undocumented immigrants.  All involved are Hispanic.

248
    Defendant: Awan, Saad Ali
    Docket No.: S.D. CA No. 3:21-CR-02635-AJB
    Status: Authorization Not Sought by USAtty – not
    authorized

    Race & Sex of Def.: ME M
    Sex of Vict(s): 1 Male 2 Females
    Race of Vict(s): 3 Asian

the 2019 undocumented alien smuggling deaths of three Chinese migrants, including one minor, who were found in the trunk of a vehicle.  The defendant is Middle Eastern, the victims Asian.

249
    Defendant: Thomas, Amy Kay
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH
    Status: Authorization Not Sought by USAtty – not
    authorized

    Race & Sex of Def.: W F
    Sex of Vict(s): 1 Male
    Race of Vict(s): 1 White

a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

250
    Defendant: Gibson, James B.
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH
    Status: Authorization Not Sought by USAtty – not
    authorized

    Race & Sex of Def.: W M
    Sex of Vict(s): 1 Male
    Race of Vict(s): 1 White

a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

251
    Defendant: Vaughan, Lawrence William         Race & Sex of Def.: W M
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

252
    Defendant: Hurtt, Russell Eugene           Race & Sex of Def.: W M
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

253
    Defendant: Ward, Carla Jo              Race & Sex of Def.: W F
    Docket No.: W.D. MO No. 3:21-CR-05032-MDH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2020 drug-related kidnapping, torture, gun murder, allegedly connected to the Aryan Brotherhood gang. All involved are white.

254
    Defendant: Orellana-Gonzalez, Carlos Daniel    Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

255
   Defendant: Flores-Vasquez, Mario         Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

256
   Defendant: Castillo, Jose Jonathan         Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

257
   Defendant: Lainez, Jorge         Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

258
    Defendant: Guevara, Paola                Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

259
    Defendant: Lopez, Hugo Oswaldo          Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

260
    Defendant: Flores-Ayala, Jose Alfredo       Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

261
    Defendant: Oliva-Melendez, Hector           Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

262
    Defendant: Rosales-Arias, Bryan Alexander    Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 2:19-CR-00117-ODW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

twenty-seven death eligible MS-13 gang defendants charged with twelve murders: 11 were charged as RICO murders, five on federal land:  one in 2014, one in 2015, one in 2016, four in 2017, three in 2018 and two in 2019.  The murders were committed using guns, machetes and knives.  Revelo is charged in five; Garcia-Parada, Flores-Castro, Martinez and Chavez-Larin are charged in three; Amadeo-Guzman, Morales, Villalta-Gomez,  Alvarado, Mendez-Cruz and Corado-Ortiz are charged in two; and the rest are charged in one.  All involved are Hispanic, except one victim who is white.

263
    Defendant: Hunter, Eric               Race & Sex of Def.: B M
    Docket No.: S.D. FL No. 0:20-CR-60107-WPD    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

a 2015 double RICO gun murder by the "Onsight" gang, involved in drug-related robberies. Hunter is allegedly the organizer & leader. Hunter and Slade are charged in both murders, Stickney in one. All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

264
    Defendant: Slade, Derrick                  Race & Sex of Def.: B M
    Docket No.: S.D. FL No. 0:20-CR-60107-WPD     Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

a 2015 double RICO gun murder by the "Onsight" gang, involved in drug-related robberies. Hunter is allegedly the organizer & leader. Hunter and Slade are charged in both murders, Stickney in one. All involved are African-American.

265
    Defendant: Stickney, Gregory            Race & Sex of Def.: B M
    Docket No.: S.D. FL No. 0:20-CR-60107-WPD     Sex of Vict(s): 1 Male
    Status: Guilty plea before authorization decision    Race of Vict(s): 1 Black

a 2015 double RICO gun murder by the "Onsight" gang, involved in drug-related robberies. Hunter is allegedly the organizer & leader. Hunter and Slade are charged in both murders, Stickney in one. All involved are African-American.

266
    Defendant: Valencia-Pacheco, Wyatt       Race & Sex of Def.: H M
    Docket No.: S.D. CA No. 21-CR-01683-WQH     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by U. S Atty – not   Race of Vict(s): 1 Hispanic
    authorized preindictment

a 2020 murder during the course of a drug transaction, arising out of a smuggling ring involving high school students in Tijuana who were crossing the border to go to school in the US and were targeted to smuggle drugs.  All involved are Hispanic.

267
    Defendant: Bayon, Malik                 Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00156-KAD     Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black 1 Hispanic
    authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

268
   Defendant: McDaniel, Zaekwon               Race & Sex of Def.: B M
   Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black 1 Hispanic
   authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

269
   Defendant: Love, Tahjay                  Race & Sex of Def.: B M
   Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black 1 Hispanic
   authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

270
   Defendant: Pulliam, Gabriel               Race & Sex of Def.: H M
   Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

271
   Defendant: Scott, Julian                 Race & Sex of Def.: B M
   Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

272
    Defendant: Sinisterra, Dayquain             Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

273
    Defendant: Burrus, D'Andre               Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

274
    Defendant: Jones, Ladderrick             Race & Sex of Def.: B M
    Docket No.: D. CT No. 3:21-CR-00156-KAD    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

eight members of a Waterbury violent drug-trafficking gang, responsible for three RICO murders and eight attempted murders of rival gang members, paralyzing one victim. Bayon, McDaniel and Love are charged in two, a 2017 double murder, the others in one. The victims are a black male, an Hispanic male and a Hispanic female. The accused are African-American males and one Hispanic male.

275
    Defendant: Perez, Marco Antonio          Race & Sex of Def.: H M
    Docket No.: S.D. AL No. 1:21-CR-00005-JB-N    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

a 2019 gun murder of a witness, an undercover law enforcement officer, attempting to make an arrest.  The defendant is Hispanic, the victim white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

276
    Defendant: Little, Demorion                     Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:21-CR-00262-SEP-JMB    Sex of Vict(s): 3 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 3 Black
    authorized

three 2021 drug-related gun murders, including a double murder.  All involved are African-American.

277
    Defendant: Kent, Antaveon Bernard Le'Velle      Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:21-CR-00262-SEP-JMB    Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Black
    authorized

three 2021 drug-related gun murders, including a double murder.  All involved are African-American.

278
    Defendant: Liggins, Charles                   Race & Sex of Def.: B M
    Docket No.: N.D. IL No. 1:21-CR-00618         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2020 RICO gun murder by the "O-Block street gang" in Chicago.  All involved are black.

279
    Defendant: Martinez-Herrera, Yefri          Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00297-RAM      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

the 2019 death of an alien during a smuggling attempt on the high seas.  Four other individuals survived.  All involved are Hispanic.

280
    Defendant: Perez, Jose Luis Estevez         Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00297-RAM      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

the 2019 death of an alien during a smuggling attempt on the high seas.  Four other individuals survived.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

281
    Defendant: Robles, Jose Soto            Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00297-RAM    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

the 2019 death of an alien during a smuggling attempt on the high seas.  Four other individuals survived.  All involved are Hispanic.

282
    Defendant: Tavale, Siaka              Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 5:18-CR-00506-BLF    Sex of Vict(s): 3 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 3 Hispanic
    authorized

eight racketeering murders by the Noretenos Gang, six in 2017 and 2 in 2018, including two double murders.  Alvarado is charged in six, Garcia and Magat are charged in four murders, Siaka Tavelu in three murders; Valdez and Anelu Tavale in two and Purcell in one.  All involved are Hispanic.

283
    Defendant: Alvarado, Andrew          Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 5:18-CR-00506-BLF    Sex of Vict(s): 6 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 6 Hispanic
    authorized

eight racketeering murders by the Noretenos Gang, six in 2017 and 2 in 2018, including two double murders.  Alvarado is charged in six, Garcia and Magat are charged in four murders, Siaka Tavelu in three murders; Valdez and Anelu Tavale in two and Purcell in one.  All involved are Hispanic.

284
    Defendant: Garcia, Mark Anthony       Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 5:18-CR-00506-BLF    Sex of Vict(s): 4 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 4 Hispanic
    authorized

eight racketeering murders by the Noretenos Gang, six in 2017 and 2 in 2018, including two double murders.  Alvarado is charged in six, Garcia and Magat are charged in four murders, Siaka Tavelu in three murders; Valdez and Anelu Tavale in two and Purcell in one.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

285
    Defendant: Magat, John                   Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 5:18-CR-00506-BLF     Sex of Vict(s): 4 Males
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 4 Hispanic
    authorized

eight racketeering murders by the Noretenos Gang, six in 2017 and 2 in 2018, including two double murders. Alvarado is charged in six, Garcia and Magat are charged in four murders, Siaka Tavelu in three murders; Valdez and Anelu Tavale in two and Purcell in one.  All involved are Hispanic.

---

286
    Defendant: Tavale, Anelu                Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 5:18-CR-00506-BLF     Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 Hispanic
    authorized

eight racketeering murders by the Noretenos Gang, six in 2017 and 2 in 2018, including two double murders. Alvarado is charged in six, Garcia and Magat are charged in four murders, Siaka Tavelu in three murders; Valdez and Anelu Tavale in two and Purcell in one.  All involved are Hispanic.

---

287
    Defendant: Lee, Donald                 Race & Sex of Def.: B M
    Docket No.: N.D. IL No.1:19-CR-00641      Sex of Vict(s): 7 Males
    Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 7 Black
    authorized

nineteen murders by the Traveling Vice Lords street gang, between 2000 and 2020, including two double murders, one in 2016 and a 2018 double gun witness murder.  Six are charged as RICO murders.  In the 2018 double gun murder, Morgan is alleged to have hired Murphy and Brown. The victims, a male and a female, were shot multiple times in the back of the head.  Brown is charged in eight murders, Murphy and Lee are charged in seven murders, Gardley in three murders, Benson, Turner, Dockett, Russell, Arrington and Morgan in two murders and Johnson in one.  Most of Murphy's homicides were committed when he was a juvenile. All involved are African- American. One victim is Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

288
  Defendant: Johnson, Nashon                    Race & Sex of Def.: B M
  Docket No.: N.D. IL No.1:19-CR-00641          Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
  authorized

nineteen murders by the Traveling Vice Lords street gang, between 2000 and 2020, including two double murders, one in 2016 and a 2018 double gun witness murder.  In the 2018 double gun murder, Morgan is alleged to have hired Murphy and Brown. The victims, a male and a female, were shot multiple times in the back of the head.  Brown is charged in eight murders, Murphy and Lee are charged in seven murders, Gardley in three murders, Benson, Turner, Dockett, Russell, Arrington and Morgan in two murders and Johnson in one. Most of Murphy's homicides were committed when he was a juvenile. All involved are African- American. One victim is Hispanic.

289
  Defendant: Benson, Torance                    Race & Sex of Def.: B M
  Docket No.: N.D. IL No.1:19-CR-00641          Sex of Vict(s): 2 Males
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black 1 Hispanic
  authorized

nineteen murders by the Traveling Vice Lords street gang, between 2000 and 2020, including two double murders, one in 2016 and a 2018 double gun witness murder.  Six are charged as RICO murders.  In the 2018 double gun murder, Morgan is alleged to have hired Murphy and Brown. The victims, a male and a female, were shot multiple times in the back of the head.  Brown is charged in eight murders, Murphy and Lee are charged in seven murders, Gardley in three murders, Benson, Turner, Dockett, Russell, Arrington and Morgan in two murders and Johnson in one.  Most of Murphy's homicides were committed when he was a juvenile. All involved are African- American. One victim is Hispanic.

290
  Defendant: Sloan, Breanna Lynn                Race & Sex of Def.: W F
  Docket No.: N.D. OK No. 4:21-CR-00021-GKF     Sex of Vict(s): 1 Female
  Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
  authorized

the 2020 kidnapping murder of a suspected federal informant, a citizen of the Osage Nation.  The defendants are white, the victim Native American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

291
    Defendant: Ackerson, Tre Robert Allen        Race & Sex of Def.: W M
    Docket No.: N.D. OK No. 4:21-CR-00021-GKF    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

    the 2020 kidnapping murder of a suspected federal informant, a citizen of the Osage Nation.  The defendants
are white, the victim Native American.

---

292
    Defendant: Bronson, Lane Ryan           Race & Sex of Def.: W M
    Docket No.: N.D. OK No. 4:21-CR-00021-GKF    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

    the 2020 kidnapping murder of a suspected federal informant, a citizen of the Osage Nation.  The defendants
are white, the victim Native American.

---

293
    Defendant: Roberson, Kenneth           Race & Sex of Def.: B M
    Docket No.: N.D. IL No. 1:21-CR-00618      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2020 RICO gun murder by the "O-Block street gang" in Chicago.  All involved are black.

---

294
    Defendant: Jomar-Perez, Geofley          Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00437-PAD    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2021 carjacking kidnapping gun murder.  All involved are Hispanic.

---

295
    Defendant: Aulet-Maldonado, Luis         Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00437-PAD    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2021 carjacking kidnapping gun murder.  All involved are Hispanic.

---

                                     2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

296
    Defendant: Caban-Nieves, Luis              Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00437-PAD   Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Hispanic
    authorized

    a 2021 carjacking kidnapping gun murder.  All involved are Hispanic.

297
    Defendant: Santos-Mercado, Jopse Jomar    Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:21-CR-00437-PAD   Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Hispanic
    authorized

    a 2021 carjacking kidnapping gun murder.  All involved are Hispanic.

298
    Defendant: Offerd, Tacarlos            Race & Sex of Def.: B M
    Docket No.: N.D. IL No. 1:21-CR-00618     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Black
    authorized

    a 2020 RICO gun murder by the "O-Block street gang" in Chicago.  All involved are black.

299
    Defendant: Thomas, Christopher         Race & Sex of Def.: B M
    Docket No.: N.D. IL No. 1:21-CR-00618     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Black
    authorized

    a 2020 RICO gun murder by the "O-Block street gang" in Chicago.  All involved are black.

300
    Defendant: Smart, Marcus             Race & Sex of Def.: B M
    Docket No.: N.D. IL No. 1:21-CR-00618     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Black
    authorized

    a 2020 RICO gun murder by the "O-Block street gang" in Chicago.  All involved are black.

2023 01 27

Potential Federal Capital Defendants Not Authorized During the Biden Administration

301
    Defendant: Kortz, Eric                               Race & Sex of Def.: W M
    Docket No.: W.D. PA No. 2:21-CR-00460-RJC      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

the 2021 gun murder of a postal carrier, who was previously a neighbor of the defendant.  The defendant turned himself in and stated he believed that the victim had poisoned his family with cyanide.  All involved are white.

302
    Defendant: Sagastizado, Jairo Gustavo Aguilera    Race & Sex of Def.: H M
    Docket No.: E.D. VA No. 1:21-CR-00260-LMB      Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

303
    Defendant: Pierce, Jeffrey Lynn                  Race & Sex of Def.: W M
    Docket No.: E.D. OK No. 6:21-CR-00170-BMJ      Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Native American
    authorized

a 2020 domestic violence stabbing within the Choctaw Nation land of a wife by her husband. The victim had multiple stab wounds.  The defendant is a white male, the victim is a member of the Choctaw Nation.

304
    Defendant: Fields, George                     Race & Sex of Def.: B M
    Docket No.: D. MD No. 1:21-CR-00351-GLR        Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2020 Hobbs Act robbery/gun murder.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

305
    Defendant: Williams, Joseph                    Race & Sex of Def.: B M
    Docket No.: D. MD No. 1:21-CR-00351-GLR         Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 Black
    authorized

    a 2020 Hobbs Act robbery/gun murder.  All involved are African-American.

306
    Defendant: Fey, David Chappell                  Race & Sex of Def.: W M
    Docket No.: M.D. FL No. 5:20-CR-00059-JA-PRL     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
    authorized

    the 2016 murder of an informant by using a "hot shot" with fentanyl.  All involved are white.

307
    Defendant: Gunter, Shari Lynn                   Race & Sex of Def.: W F
    Docket No.: M.D. FL No. 5:20-CR-00059-JA-PRL     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 1 White
    authorized

    the 2016 murder of an informant by using a "hot shot" with fentanyl.  All involved are white.

308
    Defendant: Maund, Erik Charles                  Race & Sex of Def.: W M
    Docket No.: M.D. TN No. 3:21-CR-00288           Sex of Vict(s): 1 Male 1 Female
    Status: Authorization Not Sought by USAtty – not  Race of Vict(s): 2 White
    authorized

    the 2020 double kidnapping and gun murders of a woman and her estranged boyfriend, who had threatened to
    blackmail Maund about an affair with the woman.  Maund is alleged to have paid $750,000 to the co-
    defendants who traveled interstate to murder the couple. Brockway and Carey were the triggermen. Peled
    arranged for the murders. All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

309
   Defendant: Peled, Gilad                   Race & Sex of Def.: W M
   Docket No.: M.D. TN No. 3:21-CR-00288      Sex of Vict(s): 1 Male 1 Female
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 White
   authorized

the 2020 double kidnapping and gun murders of a woman and her estranged boyfriend, who had threatened to blackmail Maund about an affair with the woman.  Maund is alleged to have paid $750,000 to the co-defendants who traveled interstate to murder the couple. Brockway and Carey were the triggermen. Peled arranged for the murders. All involved are white.

310
   Defendant: Brockway, Bryan               Race & Sex of Def.: W M
   Docket No.: M.D. TN No. 3:21-CR-00288      Sex of Vict(s): 1 Male 1 Female
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 White
   authorized

the 2020 double kidnapping and gun murders of a woman and her estranged boyfriend, who had threatened to blackmail Maund about an affair with the woman.  Maund is alleged to have paid $750,000 to the co-defendants who traveled interstate to murder the couple. Brockway and Carey were the triggermen. Peled arranged for the murders. All involved are white.

311
   Defendant: Carey, Adam                  Race & Sex of Def.: W M
   Docket No.: M.D. TN No. 3:21-CR-00288      Sex of Vict(s): 1 Male 1 Female
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 2 White
   authorized

the 2020 kidnapping and murder of a woman and her estranged boyfriend.  The boyfriend threatened to blackmail Maund, who had an affair with the woman.  Maund is alleged to have paid $750,000 to the co-defendants to murder the couple.  All involved are white.

312
   Defendant: Printz, Daniel Glen             Race & Sex of Def.: W M
   Docket No.: D. SC No. 6:22-CR-00494-DCC     Sex of Vict(s): 1 Female
   Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
   authorized preindictment

an alleged serial killer of four elderly women.  The murder of one victim was charged in federal court.  Printz confessed to killing three others, two in 2018, one in 2017, and the federal victim in 2021.  All involved are white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

313
  Defendant: Thomas, Daquante                    Race & Sex of Def.: B M
  Docket No.: D. MD No. 1:21-CR-00494-CCB         Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
  authorized

a 2020 gun murder for hire case by members of the Crips.  All involved are black. Daquante Thomas is
Haitian.

---

314
  Defendant: Larose, Jourdain                     Race & Sex of Def.: B M
  Docket No.: D. MD No. 1:21-CR-00494-CCB         Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
  authorized

a 2020 gun murder for hire case by members of the Crips.  All involved are black. Daquante Thomas is
Haitian.

---

315
  Defendant: Braxton, Tyrik                       Race & Sex of Def.: B M
  Docket No.: D. MD No. 1:21-CR-00494-CCB         Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black
  authorized

a 2020 gun murder for hire case by members of the Crips.  All involved are black. Daquante Thomas is
Haitian.

---

316
  Defendant: Guevara-Rivera, Mario Antonio        Race & Sex of Def.: H M
  Docket No.: E.D. VA No. 1:21-CR-00260-LMB       Sex of Vict(s): 3 Males
  Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Black 2 Hispanic
  authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in
two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic
males.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

317
    Defendant: Arevalo-Arias, Cristian Ariel          Race & Sex of Def.: H M
    Docket No.: E.D. VA No. 1:21-CR-00260-LMB     Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Hispanic
    authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

---

318
    Defendant: Turcios-Villatoro, Carlos Jose       Race & Sex of Def.: H M
    Docket No.: E.D. VA No. 1:21-CR-00260-LMB     Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Hispanic
    authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

---

319
    Defendant: Rivas, Manilester Andrade          Race & Sex of Def.: H M
    Docket No.: E.D. VA No. 1:21-CR-00260-LMB     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

---

320
    Defendant: Saldana, Melvin Canales         Race & Sex of Def.: H M
    Docket No.: E.D. VA No. 1:21-CR-00260-LMB     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

321
   Defendant: Molina-Rodriguez, Abner Jose         Race & Sex of Def.: H M
   Docket No.: E.D. VA No. 1:21-CR-00260-LMB     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
   authorized

four 2019 RICO gun murders by members of the MS-13.  Rivera is charged in 3 murders, Arias and Villatoro in two and the rest in one.  The defendants  are Hispanic, the victims are two black males and two Hispanic males.

322
   Defendant: De La Rosa Rios, Luis Alfredo        Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:22-CR-00020-PA     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

the 2022 RICO gun murder of an off-duty Los Angeles Police Officer who was killed during a botched robbery by members of the Florencia 13 gang.  The officer and his girlfriend were house hunting.  The male defendants and victim are Hispanic.  The female defendant is white.

323
   Defendant: Cisneros, Ernesto              Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:22-CR-00020-PA     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

the 2022 RICO gun murder of an off-duty Los Angeles Police Officer who was killed during a botched robbery by members of the Florencia 13 gang.  The officer and his girlfriend were house hunting.  The male defendants and victim are Hispanic.  The female defendant is white.

324
   Defendant: Contreras, Jesse               Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 2:22-CR-00020-PA     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

the 2022 RICO gun murder of an off-duty Los Angeles Police Officer who was killed during a botched robbery by members of the Florencia 13 gang.  The officer and his girlfriend were house hunting.  The male defendants and victim are Hispanic.  The female defendant is white.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

| 325 | | |
|---|---|---|
| Defendant: Grisham, Haylee Marie | | Race & Sex of Def.: W F |
| Docket No.: C.D. CA No. 2:22-CR-00020-PA | | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | | Race of Vict(s): 1 Hispanic |

the 2022 RICO gun murder of an off-duty Los Angeles Police Officer who was killed during a botched robbery by members of the Florencia 13 gang.  The officer and his girlfriend were house hunting.  The male defendants and victim are Hispanic.  The female defendant is white.

| 326 | | |
|---|---|---|
| Defendant: Rudolph, Lawrence | | Race & Sex of Def.: W M |
| Docket No.: D. CO No. 1:22-CR-00012-WJM | | Sex of Vict(s): 1 Female |
| Status: Authorization Not Sought by USAtty – not authorized | | Race of Vict(s): 1 White |

the 2016 shooting death of a dentist's wife while on safari in Africa, resulting in a five million dollar insurance payment.  All involved are white.

| 327 | | |
|---|---|---|
| Defendant: Grant, Donovan | | Race & Sex of Def.: B M |
| Docket No.: S.D. NY No. 1:21-CR-00655-DKH | | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | | Race of Vict(s): 1 Black |

a 2014 drug related Hobbs Act robbery (marijuana) gun murder.  All involved are African-American.

| 328 | | |
|---|---|---|
| Defendant: Peterson, Duane | | Race & Sex of Def.: B M |
| Docket No.: E.D. MI No. 3:20-CR-20448-RHC-DRG | | Sex of Vict(s): 1 Male |
| Status: Authorization Not Sought by USAtty – not authorized | | Race of Vict(s): 1 Black |

a 2017 RICO murder for hire by a drug trafficking organization - "It's Just Us" gang.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

329
    Defendant: Laureano, Carlos                    Race & Sex of Def.: H M
    Docket No.: S.D. NY No. 1:22-CR-00058-PAC)     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2014 drug-related gun murder, in retaliation for the victim stiffing Laureano on a drug deal.  Laureano is alleged to be the shooter and Ben-Jochannan allegedly helped find the victim and drove the getaway car.  A third participant was a lookout.  Laureano is also alleged to have shot at, but missed, the victim's pregnant girlfriend. The victim is Hispanic.  One defendant is Hispanic and the other African-American.

330
    Defendant: Ben-Jochannan, Nnandi           Race & Sex of Def.: B M
    Docket No.: S.D. NY No. 1:22-CR-00058-PAC)     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2014 drug-related gun murder, in retaliation for the victim stiffing Laureano on a drug deal.  Laureano is alleged to be the shooter and Ben-Jochannan allegedly helped find the victim and drove the getaway car.  A third participant was a lookout.  Laureano is also alleged to have shot at, but missed, the victim's pregnant girlfriend. The victim is Hispanic.  One defendant is Hispanic and the other African-American.

331
    Defendant: Grable, Jy'Quale Samari          Race & Sex of Def.: B M
    Docket No.: M.D. FL No. 8:22-CR-00042-SCB-CPT   Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black 1 White
    authorized

    a 2020 drug-related robbery/gun murder. The defendant and one victim are African-American, the other victim is white.

332
    Defendant: Tejan, Madani Ilara             Race & Sex of Def.: B M
    Docket No.: D. MD No. 8:21-CR-00101-GJH     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2018 drug-related gun murder.  The defendant is African-American, the victim Latino.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

333

Defendant: Williams, Taeyan Raymond
Docket No.: D. MD No. 8:18-CR-00631-PX
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 White

a 2018 kidnapping murder by a father and son in further of conspiracy to distribute.  The defendants are black, the victim is white.

334

Defendant: Najibullah, Haji
Docket No.: S.D. NY No. 1:14-CR-00401-KPF
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: ME M
Sex of Vict(s): 3 Males
Race of Vict(s): 1 Black 2 White

a Taliban commander who directed the triple murder of three American servicemen in Afghanistan (United States nationals on foreign land) as part of a campaign of terrorist violence that included a suicide attack in which nine other US soldiers were killed. The defendant is of Middle Eastern descent. The victims are two white males and one black male.

335

Defendant: McDaniel, Shawn Lee
Docket No.: E.D. OK No. 6:21-CR-00321-SLP
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: W M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Native American

a 2014 gun murder on Indian land, possibly over non-payment for a roofing job done by McDaniel. In 2017, McDaniel was found guilty by a state jury of first degree murder. The defendant is white, the victim Native American of the Cherokee Nation.

336

Defendant: Castillo-Bernal, Marco Alonso
Docket No.: D. OR No. 3:19-CR-00489-IM
Status: Death penalty not sought after a CCRC meeting

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

a 2019 drug related, kidnapping murder.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

337
    Defendant: Perkins, Chelsea               Race & Sex of Def.: W F
    Docket No.: N.D. OH No. 1:21-CR-00869-SO    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

    a 2021 gun murder on federal land, the Cuyahoga Valley National Park by a woman who had filed a rape charge against the deceased 5 years earlier. Both are white.

338
    Defendant: Green, Cornelius              Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:22-CR-00136-RLW-SPM    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2016 gun murder for hire. Green, a St Louis school principal, who was married to another, hired Cutler to kill the victim, who was pregnant with his child.  All involved are African-American.

339
    Defendant: Cutler, Phillip                Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:22-CR-00136-RLW-SPM    Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2016 gun murder for hire. Green, a St Louis school principal, who was married to another, hired Cutler to kill the victim, who was pregnant with his child.  All involved are African-American.

340
    Defendant: Brown-Shatto, Nathaniel Anthony    Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:22-CR-00116-SRC-SRW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2022 gun murder during a drug trafficking crime. The defendants are African-American and Hispanic, the victim African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

341
    Defendant: Castellanos, Jr., Carlos Alberto         Race & Sex of Def.: H M
    Docket No.: E.D. MO No. 4:22-CR-00116-SRC-SRW     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Black
    authorized

a 2022 gun murder during a drug trafficking crime. The defendants are African-American and Hispanic, the victim African-American.

342
    Defendant: Rodriguez, Elmer              Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 3:19-CR-00280-RS       Sex of Vict(s): 2 Males
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 2 Hispanic
    authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is charged in two murders, the other six defendants in one.  All involved are Hispanic.

343
    Defendant: Campos, Kenneth              Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 3:19-CR-00280-RS       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is charged in two murders, the other six defendants in one.  All involved are Hispanic.

344
    Defendant: Amaya, Edwin Alvarado         Race & Sex of Def.: H M
    Docket No.: N.D. CA No. 3:19-CR-00280-RS       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not      Race of Vict(s): 1 Hispanic
    authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is charged in two murders, the other six defendants in one.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

345
  Defendant: Tercero-Perez, Jose Maria          Race & Sex of Def.: H M
  Docket No.: N.D. CA No. 3:19-CR-00280-RS     Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
  authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is
charged in two murders, the other six defendants in one.  All involved are Hispanic.

---

346
  Defendant: Alegria, Abner Marroquin          Race & Sex of Def.: H M
  Docket No.: N.D. CA No. 3:19-CR-00280-RS     Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
  authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is
charged in two murders, the other six defendants in one.  All involved are Hispanic.

---

347
  Defendant: Zepeda, Kevin Guatemala          Race & Sex of Def.: H M
  Docket No.: N.D. CA No. 3:19-CR-00280-RS     Sex of Vict(s): 1 Male
  Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 Hispanic
  authorized

three murders by the MS-13 gang, two murders in 2017 and a single murder in 2018.  Elmer Rodriquez is
charged in two murders, the other six defendants in one.  All involved are Hispanic.

---

348
  Defendant: Starr, Jason          Race & Sex of Def.: W M
  Docket No.: M.D. AL No. 1:21-CR-00500-RAH-SRW     Sex of Vict(s): 1 Female
  Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
  authorized

the 2017 murder for hire/gun killing of Jason Starr's ex-wife, by his brother, Darin Starr.  All involved are white.

---

349
  Defendant: Starr, Darin          Race & Sex of Def.: W M
  Docket No.: M.D. AL No. 1:21-CR-00500-RAH-SRW     Sex of Vict(s): 1 Female
  Status: Authorization Not Sought by USAtty – not     Race of Vict(s): 1 White
  authorized

the 2017 murder for hire/gun killing of Jason Starr's ex-wife, by his brother, Darin Starr.  All involved are white.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

350
   Defendant: Valenzuela, Ricardo            Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 8:22-CR-00034-CJC   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

   two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

351
   Defendant: Munoz, Gregory               Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 8:22-CR-00034-CJC   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

   two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

352
   Defendant: Cordova, Ysrael Jacob          Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 8:22-CR-00034-CJC   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

   two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

353
   Defendant: Mendez, James               Race & Sex of Def.: H M
   Docket No.: C.D. CA No. 8:22-CR-00034-CJC   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not   Race of Vict(s): 1 Hispanic
   authorized

   two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

354
    Defendant: Trejo, Kevin                            Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 8:22-CR-00034-CJC     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

355
    Defendant: Escobar, Mike                         Race & Sex of Def.: H M
    Docket No.: C.D. CA No. 8:22-CR-00034-CJC     Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

two 2017 RICO gun murders by members of the Orange County Mexican Mafia gang.  Multiple attempted murders are also charged.  Martinez is charged in both murders, the rest in one.  He has a prior gang-related murder conviction. All involved are male Latinos.

356
    Defendant: Carman, Nathan                      Race & Sex of Def.: W M
    Docket No.: D. VT No. 5:22-CR-00049-GWC     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
    authorized

a Vermont man who lured his mother on a fishing trip off the coast of Rhode Island in 2016, pulled a gun, shot her and sank the boat in a scheme to inherit his family's estate. In 2013, the defendant also shot and killed his grandfather. The family is white.

357
    Defendant: Yu, Qing Ming                         Race & Sex of Def.: A M
    Docket No.: E.D. NY No. 1:22-CR-00208-CBA    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

a 2019 murder for hire.  Yu hired his nephew to murder a rival business owner. All involved are Asian, except for Abreu who is Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

358
    Defendant: Abreu, Antony                        Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 1:22-CR-00208-CBA       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

    a 2019 murder for hire.  Yu hired his nephew to murder a rival business owner. All involved are Asian, except
for Abreu who is Hispanic.

359
    Defendant: You, You                             Race & Sex of Def.: A M
    Docket No.: E.D. NY No. 1:22-CR-00208-CBA       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

    a 2019 murder for hire.  Yu hired his nephew to murder a rival business owner. All involved are Asian, except
for Abreu who is Hispanic.

360
    Defendant: Zhang, Zhe                        Race & Sex of Def.: A M
    Docket No.: E.D. NY No. 1:22-CR-00208-CBA       Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Asian
    authorized

    a 2019 murder for hire.  Yu hired his nephew to murder a rival business owner. All involved are Asian, except
for Abreu who is Hispanic.

361
    Defendant: Henriquez-Avila, Anander          Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 3:22-CR-08002-MTL       Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2021 RICO murder of a female by the members of the MS-13 gang.  The victim's body was found in the
trunk of a car during a traffic stop. Three of the defendants are undocumented immigrants.  All involved are
Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

362
    Defendant: Lopez-Villeda, Allan                   Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 3:22-CR-08002-MTL     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

a 2021 RICO murder of a female by the members of the MS-13 gang.  The victim's body was found in the trunk of a car during a traffic stop. Three of the defendants are undocumented immigrants.  All involved are Hispanic.

363
    Defendant: Sarmiento-Valeriano, Jose         Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 3:22-CR-08002-MTL     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

a 2021 RICO murder of a female by the members of the MS-13 gang.  The victim's body was found in the trunk of a car during a traffic stop. Three of the defendants are undocumented immigrants.  All involved are Hispanic.

364
    Defendant: Velasquez-Mancia, Rigel Yohario    Race & Sex of Def.: H M
    Docket No.: E.D. NY No. 3:22-CR-08002-MTL     Sex of Vict(s): 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

a 2021 RICO murder of a female by the members of the MS-13 gang.  The victim's body was found in the trunk of a car during a traffic stop. Three of the defendants are undocumented immigrants.  All involved are Hispanic.

365
    Defendant: Montilla, Fermin                     Race & Sex of Def.: H M
    Docket No.: D. PR No. 3:22-CR-00243-PAD      Sex of Vict(s): 11 Females
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 11 Black
    authorized

the deaths of 11 undocumented immigrants being transported by boat.  The eleven victims are believed to be Haitian females.  The defendant is Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

366
   Defendant: Thompson, Ziyon                  Race & Sex of Def.: B M
   Docket No.: D. MD No. 1:22-CR-00206-SAG      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
   authorized

a 2022 torture, drug-related gun murder.  The victim was held for a ransom of 200 pounds of marijuana and $50,000 in cash.  He was shot and his body burned in a building.  The defendant is African-American, the victim Hispanic.

367
   Defendant: Gumrukcu, Serhat               Race & Sex of Def.: W M
   Docket No.: D. VT No. 5:22-CR-00058-GWC      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

the 2018 gun/murder-for-hire was to prevent the victim from providing the FBI with information that defendant Gumrukcu was defrauding the victim in a multimillion-dollar oil deal.

368
   Defendant: Banks, Jerry                   Race & Sex of Def.: W M
   Docket No.: D. VT No. 5:22-CR-00041-GWC      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

the 2018 gun/murder-for-hire was to prevent the victim from providing the FBI with information that defendant Gumrukcu was defrauding the victim in a multimillion-dollar oil deal.

369
   Defendant: Etheridge, Aron                 Race & Sex of Def.: W M
   Docket No.: D. VT No. 5:22-CR-00042-GWC      Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 White
   authorized

the 2018 gun/murder-for-hire was to prevent the victim from providing the FBI with information that defendant Gumrukcu was defrauding the victim in a multimillion-dollar oil deal.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

370
   Defendant: Caddle, Sean                     Race & Sex of Def.: W M
   Docket No.: D. NJ No. 2:22-CR-00046-JMV       Sex of Vict(s): 1 Male
   Status: Guilty plea before DOJ review          Race of Vict(s): 1 White

a 2014 murder for hire by a New Jersey based political consultant, who admitted hiring two men to kill a long-time associate.  The victim was stabbed to death and his apartment set on fire by a man from Connecticut and a man from Philadelphia.  Caddle was released on $1,000,000.00 bond.  Attorney General Garland approved a plea agreement.  Caddle and the victim are white, Africa is black.


371
   Defendant: Africa, Bomani                  Race & Sex of Def.: B M
   Docket No.: D. NJ No. 2:22-CR-00050-JMV       Sex of Vict(s): 1 Male
   Status: Guilty plea before DOJ review          Race of Vict(s): 1 White

a 2014 murder for hire by a New Jersey based political consultant, who admitted hiring two men to kill a long-time associate.  The victim was stabbed to death and his apartment set on fire by a man from Connecticut and a man from Philadelphia.  Caddle was released on $1,000,000.00 bond.  Attorney General Garland approved a plea agreement.  Caddle and the victim are white, Africa is black.


372
   Defendant: Harris, Tywon                  Race & Sex of Def.: B M
   Docket No.: E.D. MO No. 4:22-CR-00361-HEA-DDN   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not       Race of Vict(s): 1 Black
   authorized

the 2022 robbery and gun murder of a cab driver.  While riding in a cab, three teens pulled out guns and asked the cab driver to hand over his cash.  The victim gave them his money and tried to run away and they shot him.  All involved are African-American.


373
   Defendant: Dees, Coron                   Race & Sex of Def.: B M
   Docket No.: E.D. MO No. 4:22-CR-00361-HEA-DDN   Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by USAtty – not       Race of Vict(s): 1 Black
   authorized

the 2022 robbery and gun murder of a cab driver.  While riding in a cab, three teens pulled out guns and asked the cab driver to hand over his cash.  The victim gave them his money and tried to run away and they shot him.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

**374**

Defendant: Allen, Jeremiah
Docket No.: E.D. MO No. 4:22-CR-00361-HEA-DDN
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: B M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2022 robbery and gun murder of a cab driver.  While riding in a cab, three teens pulled out guns and asked the cab driver to hand over his cash.  The victim gave them his money and tried to run away and they shot him.  All involved are African-American.

**375**

Defendant: Lopez-Hernandez, Romeo
Docket No.: M.D. FL No. 5:22-CR-00031-JA-PRL
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

a 2021 BOP homicide at FCC Coleman Medium, by a defendant who was scheduled for release on June 8, 2022.  The defendant claims he was practicing Santeria and was told to kill his cellmate.  The defendant is Hispanic, the victim African-American.

**376**

Defendant: Nusslein, John
Docket No.: E.D. PA No. 2:22-CR-00204-JMY
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: ME M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Asian

two 2021 pistol whippings by an 18 year old, a sixteen year old and a 12 year old during carjackings of food delivery men, one of them fatal. A 70 year old man died a month after a beating. The 18 year old was charged with murder.  The defendants are Middle Eastern, the victim an elderly Asian male.

**377**

Defendant: Martinez, Christian
Docket No.: W.D. TX No. 5:22-CR-00366-OLG
Status: Authorization Not Sought by USAtty – not authorized

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male 1 Female
Race of Vict(s): 2 Hispanic

the 2022 heat-related deaths of 53 undocumented immigrants who were in a tractor trailer, allegedly after an air conditioning unit broke down.  All involved are Hispanic.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

378
    Defendant: Zamorano, Jr., Homero        Race & Sex of Def.: H M
    Docket No.: W.D. TX No. 5:22-CR-00366-OLG    Sex of Vict(s): 1 Male 1 Female
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Hispanic
    authorized

the 2022 heat deaths of 53 undocumented immigrants who were left in a tractor trailer.  All involved are Hispanic.

379
    Defendant: Ayala, Ricardo        Race & Sex of Def.: H M
    Docket No.: S.D. NY No. 1:22-CR-00378-AKH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2002 drug-related gun murder. All involved are African-American except Ayala who is Hispanic.

380
    Defendant: Oliver, Terris        Race & Sex of Def.: B M
    Docket No.: S.D. NY No. 1:22-CR-00378-AKH    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2002 drug-related gun murder. All involved are African-American except Ayala who is Hispanic.

381
    Defendant: Vasquez, Emanuel Benito    Race & Sex of Def.: H M
    Docket No.: E.D. MO No. 4:22-CR-00116-SRC-SRW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2022 gun murder during a drug trafficking crime. The defendants are African-American and Hispanic, the victim African-American.

382
    Defendant: Burns, Shanesa        Race & Sex of Def.: B F
    Docket No.: E.D. MO No. 1:21-CR-00067-MTS-ACL    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

a 2018 drug-related gun murder.  All involved are African-American.

Potential Federal Capital Defendants Not Authorized During the Biden Administration

---

383
    Defendant: Johnson, James Odell         Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 1:21-CR-00067-MTS-ACL    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2018 drug-related gun murder.  All involved are African-American.

---

384
    Defendant: Weeden, Cevonne         Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:21-CR-00067-RLW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2020 drug-related gun murder.  The victim had robbed Weeden a couple days before. All involved are African-American.

---

385
    Defendant: Perkins, Herschell         Race & Sex of Def.: B M
    Docket No.: E.D. MO No. 4:21-CR-00067-RLW    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Black
    authorized

    a 2020 drug-related gun murder.  The victim had robbed Weeden a couple days before. All involved are African-American.

---

386
    Defendant: Dalke, Jareh Sebastian         Race & Sex of Def.: W M
    Docket No.: D. CO No. 1:22-CR-00313-RM    Sex of Vict(s): NONE
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): NONE
    authorized

    a pro-Russian employee with the National Security Agency (NSA) in money trouble who sold classified documents to an FBI agent posing as a Russian. Dalke is white. There is no victim.

---

387
    Defendant: Gonzales, Christian Mitchell Mondragon    Race & Sex of Def.: H M
    Docket No.: S.D. MS No. 3:22-CR-00078-HTW-FKB    Sex of Vict(s): 1 Male
    Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 1 Hispanic
    authorized

    a 2018 gun murder on federal land.  All involved are Hispanic.

---

Potential Federal Capital Defendants Not Authorized During the Biden Administration

388
   Defendant: Rivera, Jr., Armando Dorantes        Race & Sex of Def.: H M
   Docket No.: S.D. CA No. 21-CR-01683-WQH     Sex of Vict(s): 1 Male
   Status: Authorization Not Sought by U. S Atty – not   Race of Vict(s): 1 Hispanic
   authorized preindictment

a 2020 murder during the course of a drug transaction, arising out of a smuggling ring involving high school students in Tijuana who were crossing the border to go to school in the US and were targeted to smuggle drugs.  All involved are Hispanic.

389
   Defendant: Contreras-Alvalos, Brayan Alexander    Race & Sex of Def.: H M
   Docket No.: D. MD No. 8:17-CR-00382-PX      Sex of Vict(s): 2 Males
   Status: Authorization Not Sought by USAtty – not    Race of Vict(s): 2 Hispanic
   authorized

ten gang murders, some charged as RICO, by MS-13, members of the Sailors Clique:  five in 2016, five in 2017.  Alvarado-Requeno is charged in six, Contreras in five and the others in one.   The victim in the December 2016 was a 14 year old child, suspected of talking to the police.   The March 2017 victim was killed because of a dispute over marijuana and was kidnapped from his front lawn and had his hand cut off before he was killed.  All involved are Hispanic.

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

# Attachment B

**1**

Defendant: Smith, John Pearl
Docket No.: D. AK No. 3:16-CR-00086-SLG-DMS
Status: Authorization withdrawn

Race & Sex of Def.: W M
Sex of Vict(s): 2 Males
Race of Vict(s): 2 White

a 2016 double gun murder.  Smith allegedly committed three separate drug-related robberies.  The last resulted in the shooting deaths of two individuals.  A third person was wounded.  All involved are white.

Authorization Withdrawn: 6/17/2021

---

**2**

Defendant: Schlesinger, Ryan Phillip
Docket No.: D. AZ No. 4:18-CR-02719-RCC-BGM
Status: Authorization withdrawn

Race & Sex of Def.: W M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Black

the 2018 gun murder of a U.S. Marshal who was serving an arrest warrant for stalking a female police sergeant. The defendant, who shot at other Marshals, is white, the law enforcement officer victim is black.

Authorization Withdrawn: 8/29/2022

---

**3**

Defendant: Pedro-Vidal, Juan R.
Docket No.: D. PR No. 3:16-CR-00778-GAG
Status: Authorization withdrawn

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

a 2016 carjacking, kidnapping, gun murder.  All involved are Hispanic.

Authorization Withdrawn: 6/2/2021

---

**4**

Defendant: Nantz, Daniel S.
Docket No.: E.D. KY No. 6:19-CR-00016-REW-HAI
Status: Authorization withdrawn

Race & Sex of Def.: W M
Sex of Vict(s): 2 Females
Race of Vict(s): 2 White

a 2019 drug related gun murder of a witness, the defendant's pregnant girlfriend.  She was dropped off at a hospital, but died.  Multiple killings are alleged, due to the death of the baby girl three days later.  All involved are white.

Authorization Withdrawn: 11/29/2022

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

5
   Defendant: George, LilBear               Race & Sex of Def.: B M
   Docket No.: E.D. LA No. 2:17-CR-00201-LMA-DEK    Sex of Vict(s): 1 Male
   Status: Authorization withdrawn          Race of Vict(s): 1 Hispanic

a 2013 New Orleans gun murder of an armored truck driver at a bank.  Ofomata is charged in state court with a separate 2008 double murder.  The victim is Hispanic, the defendants are African-American.

Authorization Withdrawn: 5/10/2021

6
   Defendant: Johnson, Curtis Jr.          Race & Sex of Def.: B M
   Docket No.: E.D. LA No. 2:17-CR-00201-LMA-DEK    Sex of Vict(s): 1 Male
   Status: Authorization withdrawn          Race of Vict(s): 1 Hispanic

a 2013 New Orleans gun murder of an armored truck driver at a bank.  Ofomata is charged in state court with a separate 2008 double murder.  The victim is Hispanic, the defendants are African-American.

Authorization Withdrawn: 5/10/2021

7
   Defendant: Ofomata, Chukwudi         Race & Sex of Def.: B M
   Docket No.: E.D. LA No. 2:17-CR-00201-LMA-DEK    Sex of Vict(s): 1 Male
   Status: Authorization withdrawn          Race of Vict(s): 1 Hispanic

a 2013 New Orleans gun murder of an armored truck driver at a bank.  Ofomata is charged in state court with a separate 2008 double murder.  The victim is Hispanic, the defendants are African-American.

Authorization Withdrawn: 5/10/2021

8
   Defendant: Arnold, Billy               Race & Sex of Def.: B M
   Docket No.: E.D. MI No. 2:15-CR-20652-GCS-DRG    Sex of Vict(s): 2 Males
   Status: Authorization withdrawn          Race of Vict(s): 2 Black

three RICO gun murders, one in 2006, one in 2014, one in 2015, by the Seven Mile Bloods.  Arnold is charged in two, the rest in one.  Arnold is also charged in nine attempted murders.  Only Arnold was authorized, a death penalty trial required by Attorney General Sessions. Authorization was withdrawn under Attorney General Garland. All involved are African-American.

Authorization Withdrawn: 9/13/2021

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

---

9

   Defendant: Mills, Edwin                      Race & Sex of Def.: B M
   Docket No.: E.D. MI No. 2:16-CR-20460-MAG-RSW    Sex of Vict(s): 1 Male 1 Female
   Status: Authorization withdrawn            Race of Vict(s): 2 Black

four RICO gun murders in 2015, including a double RICO gun murder, by the 6 Mile Chedda Grove gang. Mills and Wilson, who were authorized, are charged in the double murder, in which the intended target and an innocent bystander, a 13 year old girl, were killed. Two other children, sitting on the hood of the victim's car, were injured but not shot. The other defendants were not authorized and are charged in one murder. All involved are African-American.

Authorization Withdrawn: 10/28/2021

---

10

   Defendant: Wilson, Carlo                    Race & Sex of Def.: B M
   Docket No.: E.D. MI No. 2:16-CR-20460-MAG-RSW    Sex of Vict(s): 1 Male 1 Female
   Status: Authorization withdrawn            Race of Vict(s): 2 Black

four RICO gun murders in 2015, including a double RICO gun murder, by the 6 Mile Chedda Grove gang. Mills and Wilson, who were authorized, are charged in the double murder, in which the intended target and an innocent bystander, a 13 year old girl, were killed. Two other children, sitting on the hood of the victim's car, were injured but not shot. The other defendants were not authorized and are charged in one murder. All involved are African-American.

Authorization Withdrawn: 10/28/2021

---

11

   Defendant: Jordan, Anthony                  Race & Sex of Def.: B M
   Docket No.: E.D. MO No. 4:15-CR-00404-HEA-NAB    Sex of Vict(s): 10 Males 1 Female
   Status: Authorization withdrawn            Race of Vict(s): 11 Black

twelve drug-related gun murders, three in 2008, two in 2010, four in 2013, including a double murder, two in 2014 and one in 2015. Jordan is charged in eleven, Ward in four, Terry, Woodson, Thompson and Washington in three, Lemons in two and Sims, Furnace and Williams in one. Only Jordan was authorized. All involved are African-American.

Authorization Withdrawn: 11/28/2022

---

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

12
   Defendant: Zelaya Martinez, Elmer             Race & Sex of Def.: H M
   Docket No.: E.D. VA No. 1:18-CR-00123-TSE    Sex of Vict(s): 2 Males
   Status: Authorization withdrawn            Race of Vict(s): 2 Hispanic

two 2016 kidnapping RICO murders of a 17-year-old and a 14-year-old victim.  MS-13 gang members suspected the 17 year old of working for a rival gang.  The 14 year old potential witness had lured the 17 year old to be killed but then was suspected of cooperating.  Elmer Zelaya Martinez, Ruiz, Contreras, Henry Martinez, Velasco, Avalos, Ferrera and Alfaro are charged in both murders, the rest in one.  Elmer Zelaya Martinez is the only MS-13 defendant authorized, the first such case under the Trump administration.  He allegedly ordered the two killings, grabbed the 17 year old around the neck as he was being stabbed and was present and filming the killing of the 14 year old.  The 17 year old was from Guatemala, the 14 year old was from Honduras.  All involved are Hispanic.

Authorization Withdrawn: 10/28/2021

13
   Defendant: Madison, Jarvis Wayne          Race & Sex of Def.: W M
   Docket No.: M.D. FL No. 6:17-CR-00015-RBD-KRS   Sex of Vict(s): 1 Female
   Status: Authorization withdrawn            Race of Vict(s): 1 White

interstate kidnapping and murder of a 44 year old spouse.  There is a history of domestic violence.  The wife, who had fled Indiana, disappeared while jogging in Ormond Beach, Florida.  All involved are white.  Madison was found incompetent and then restored.

Authorization Withdrawn: 3/19/2021

14
   Defendant: Wiggins, Steven Joshua         Race & Sex of Def.: W M
   Docket No.: M.D. TN No. 3:19-CR-00194      Sex of Vict(s): 1 Male
   Status: Authorization withdrawn            Race of Vict(s): 1 White

the May 30, 2018 carjacking/gun murder of a law enforcement officer, a Sergeant with the Sheriff's Office.  The murder is on videotape from Sergeant Baker's body cam.  Wiggins confessed on video that he executed the officer "like a dog ... [to end] it's suffering ..."  Wiggins took the police car and the officer's body and attempted to burn them.  A parallel state capital prosecution resulted in a death sentence.  All involved are white.

Authorization Withdrawn: 04/27/2022

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

15

   Defendant: Rebolledo, Michael Manuel         Race & Sex of Def.: H M
   Docket No.: N.D. CA No. 3:18-CR-00119-RS    Sex of Vict(s): 3 Males
   Status: Authorization withdrawn          Race of Vict(s): 2 Black 1 Hispanic

seven RICO gun murders by the 19th Street Surenos gang, three in 2006 including a double murder, another double murder in 2008 and a murder in 2009.  Rebolledo is the only defendant authorized.  He is charged in three killings, thirteen years earlier when he was 18.  Rebolledo is also charged in four attempted murders between 2007 and 2011.  Attorney General Barr required a capital prosecution.  Aguilar, Cid-Salinas, Gonzalez, Rojas and Urbina are charged in two and the others in one.  The defendants are Hispanic, the victims are African-American and Hispanic.

Authorization Withdrawn: 7/12/2022

16

   Defendant: Wood, Jr., William D.           Race & Sex of Def.: W M
   Docket No.: N.D. NY No. 5:19-CR-00058-TJM-1  Sex of Vict(s): 2 Males
   Status: Authorization withdrawn          Race of Vict(s): 2 White

a 2018 double gun murder of employees during a robbery of a Chili's Restaurant near Syracuse, New York, by a former employee who had been fired a few months earlier. Another employee was shot but survived. There is a parallel state prosecution and Wood pled guilty to a life without parole sentence.  Subsequently, Attorney General Barr "authorized" pursuit of the death penalty. Attorney General Garland withdrew the Notice of Intent. All involved are Caucasian.

Authorization Withdrawn: 6/2/2021

17

   Defendant: Laurel, Ruben              Race & Sex of Def.: H M
   Docket No.: N.D. WV No. 1:17-CR-00039-IMK-MJA  Sex of Vict(s): 1 Male
   Status: Authorization withdrawn          Race of Vict(s): 1 Native American

a 2012 stabbing death of a BOP inmate at USP Hazelton who stabbed someone else in a separate incident shortly before.  Laurel is Hispanic, Owle and the deceased are Native American.

Authorization Withdrawn: 2/18/2022

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

18
   Defendant: Owle, Michael                          Race & Sex of Def.: NA M
   Docket No.: N.D. WV No. 1:17-CR-00039-IMK-MJA     Sex of Vict(s): 1 Male
   Status: Authorization withdrawn                   Race of Vict(s): 1 Native American

   a 2012 stabbing death of a BOP inmate at USP Hazelton who stabbed someone else in a separate incident
   shortly before.  Laurel is Hispanic, Owle and the deceased are Native American.

   Authorization Withdrawn: 2/18/2022

19
   Defendant: Siler, Morgan Wayne                    Race & Sex of Def.: W M
   Docket No.: None - D. AZ                          Sex of Vict(s): 1 Male
   Status: Authorization withdrawn                   Race of Vict(s): 1 White

   two inmates investigated for the murder of an inmate at USP Tucson.  All involved are white.

   Authorization Withdrawn: 2/8/2022

20
   Defendant: Tartaglione, Nicholas                  Race & Sex of Def.: W M
   Docket No.: S.D. NY No. 7:16-CR-00832-KMK         Sex of Vict(s): 4 Males
   Status: Authorization withdrawn                   Race of Vict(s): 4 Hispanic

   four 2016 drug-related murders by a former police officer and another who  allegedly buried the bodies on his
   property.  Tartaglione is white, Biggs is black and the victims are Latino.

   Authorization Withdrawn: 12/13/2022

21
   Defendant: Ham, James Wayne                       Race & Sex of Def.: W M
   Docket No.: S.D. TX No. 4:13-CR-00363             Sex of Vict(s): 1 Female
   Status: Authorization withdrawn                   Race of Vict(s): 1 Black

   involves a gun murder of a postal worker (a letter carrier) because the white defendant thought the black
   female carrier was diverting his mail to his estranged wife.  After the shooting, the victim's car, with her body
   still inside, was set on fire by the defendant and the victim's body was reduced to ashes and a few bones.

   Authorization Withdrawn: 11/30/2021

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

22

   Defendant: Brown, Ronald Donell                Race & Sex of Def.: B M
   Docket No.: S.D. TX No. 4:17-CR-00567     Sex of Vict(s): 1 Male
   Status: Authorization withdrawn           Race of Vict(s): 1 Black

a 2014 drug-related gun murder for hire.  All involved are African-American.

Authorization Withdrawn: 12/2/2022

---

23

   Defendant: Silvers, Victor Everette           Race & Sex of Def.: B M
   Docket No.: W.D. KY No. 5:18-CR-00050-TBR   Sex of Vict(s): 1 Female
   Status: Authorization withdrawn           Race of Vict(s): 1 Black

a 2018 interstate domestic violence first degree gun murder of a military spouse at Ft. Campbell, Kentucky.  All involved are African-American.

Authorization Withdrawn: 04/29/2022

---

24

   Defendant: Burkhalter, Shawn             Race & Sex of Def.: B M
   Docket No.: W.D. MO No. 4:18-CR-00036-BCW  Sex of Vict(s): 3 Males
   Status: Authorization withdrawn           Race of Vict(s): 2 Black 1 Unknown

two drug-related gun murders in 2015, one a robbery, the other a witness retaliation murder.  Nesbitt and Burkhalter are charged in both, the others in one.  All involved are African-American.

Authorization Withdrawn: 8/30/2022

---

25

   Defendant: Nesbitt, Joshua               Race & Sex of Def.: B M
   Docket No.: W.D. MO No. 4:18-CR-00036-BCW  Sex of Vict(s): 2 Males
   Status: Authorization withdrawn           Race of Vict(s): 2 Black

Two drug-related gun murders in 2015, one a robbery, the other a witness retaliation murder.  Nesbitt and Burkhalter are charged in both, the others in one.  All involved are African-American.

Authorization Withdrawn: 8/30/2022

2023 01 28

Federal Capital Defendants With Authorization Withdrawn During the Biden Administration

26

Defendant: Silva, Samuel
Docket No.: W.D. VA No. 2:20-CR-00017-JPJ-PMS
Status: Authorization withdrawn

Race & Sex of Def.: H M
Sex of Vict(s): 1 Male
Race of Vict(s): 1 Hispanic

a 2018 BOP inmate murder at USP Lee by a member of the prison gang Syndicato De Nuevo Mexico.  The victim was a member of a rival gang, Puente 13.  Silva was serving a 47 year sentence for carjacking and use of a gun.  He was involved in a gang-related state prison murder in 2000.  All involved are Hispanic.

Authorization Withdrawn: 5/26/2022