

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2023

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    In its opinion and order dated January 24, 2023, (Dkt. 691), the Court directed the parties to inform the Court by January 31, 2023 regarding "how they wish to proceed on the Future Dangerousness factor . . . , and in particular whether the Government will file an amended notice of intent narrowing this factor or whether the parties believe it can be appropriately dealt with using a limiting instruction." The Government respectfully requests a two-day extension of the deadline to respond to the Court to permit the parties additional time to confer.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                      By:    /s/
                              Andrew Dember
                              Amanda Houle
                              Jason A. Richman
                              Alexander Li
                              Assistant United States Attorneys
                              (212) 637-2563/2194/2589/2265

cc:    Defense counsel (via ECF)