

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2023

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  02/01/2023

Re:   *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      In its opinion and order dated January 24, 2023, (Dkt. 691), the Court directed the parties to inform the Court by January 31, 2023 regarding "how they wish to proceed on the Future Dangerousness factor . . . , and in particular whether the Government will file an amended notice of intent narrowing this factor or whether the parties believe it can be appropriately dealt with using a limiting instruction."  The Government respectfully requests a two-day extension of the deadline to respond to the Court to permit the parties additional time to confer.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Andrew Dember
      Amanda Houle
      Jason A. Richman
      Alexander Li
      Assistant United States Attorneys
      (212) 637-2563/2194/2589/2265

cc:   Defense counsel (via ECF)