UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA          :

                                                :                  17-CR-722 (VSB)
                -against-                  :
                                                :                      **ORDER**

SAYFULLO HABIBULLAEVIC SAIPOV,  :

               Defendant.         :
--------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The Government Wall Team and Defense counsel shall meet tomorrow at 11:00 AM in Courtroom 24B. Following a finding in open-court, the conference will proceed *in camera*.

SO ORDERED.

Dated:  February 1, 2023
        New York, New York

                                                                                 Vernon S. Broderick
                                                                                 United States District Judge