

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2023

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

      The parties jointly write to request the following schedule for the penalty phase: the Government will start its case on Monday, February 13, 2023, and expects to rest on Tuesday, February 21, 2023. The defense would then start its case on Wednesday, February 22, 2023. To accommodate travel schedules, to abide by the parameters of the paroles for the defense witnesses, and to permit time for the defense to prepare witnesses in person once they arrive in the United States, the parties also request (i) that the jury be prepared to sit on Friday, February 24, 2023, though it may not be necessary and (ii) that the Court not sit on Monday, February 27, 2023.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Andrew Dember
      Amanda Houle
      Jason A. Richman
      Alexander Li
      Assistant United States Attorneys
      (212) 637-2563/2194/2589/2265

cc:    Defense counsel (via ECF)