

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 1, 2023

<u>Via ECF</u>
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

   Re: *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

  The parties jointly write to request the following schedule for the penalty phase: the Government will start its case on Monday, February 13, 2023, and expects to rest on Tuesday, February 21, 2023. The defense would then start its case on Wednesday, February 22, 2023. To accommodate travel schedules, to abide by the parameters of the paroles for the defense witnesses, and to permit time for the defense to prepare witnesses in person once they arrive in the United States, the parties also request (i) that the jury be prepared to sit on Friday, February 24, 2023, though it may not be necessary and (ii) that the Court not sit on Monday, February 27, 2023.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

         By:     /s/   
          Andrew Dember
          Amanda Houle
          Jason A. Richman
cc: Defense counsel (via ECF)    Alexander Li
          Assistant United States Attorneys
          (212) 637-2563/2194/2589/2265

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J.  02/02/2023

The penalty phase will begin on Monday, February 13, 2023. My chambers will reach out to all 18 jurors today to inform them of the new start date, and assure them that this adjournment will not impact the trial end-date. The parties shall inform my chambers by 3:00 PM today if they object to this approach. In addition, during tomorrow's conference, we will discuss the details of the schedule and additional information that we can provide to the jurors.