UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SAYFULLO SAIPOV,

          Defendant.

(S1) 17 Cr. 722 (VSB)

**VERDICT SHEET**

---

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| \_ | _Counts 1-8: Murder to Gain Entrance to ISIS_ | | |
| 1 | Diego Enrique Angelini | ✓ | |
| 2 | Nicholas Cleves | ✓ | |
| 3 | Ann-Laure Decadt | ✓ | |
| 4 | Darren Drake | ✓ | |
| 5 | Ariel Erlij | ✓ | |
| 6 | Hernan Ferruchi | ✓ | |
| 7 | Hernan Diego Mendoza | ✓ | |
| 8 | Alejandro Damian Pagnucco | ✓ | |
| | _Counts 9-16: Assault with a Dangerous Weapon and Attempted Murder to Gain Entrance to ISIS_ | | |
| 9 | Marie Rose Charles | ✓ | |
| 10 | Sandra Hagen | ✓ | |
| 11 | Kristin Lin | ✓ | |
| 12 | Aristide Melissas | ✓ | |
| 13 | Daryl Melissas | ✓ | |
| 14 | Martin Marro | ✓ | |
| 15 | Rachel Pharn | ✓ | |
| 16 | Marion Van Reeth | ✓ | |

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| *Counts 17-26: Attempted Murder to Gain Entrance to ISIS* | | | |
| 17 | Ivan Brajkovic | ✓ | |
| 18 | Didiyr Timothy Buytaert | ✓ | |
| 19 | Mezac Chosson | ✓ | |
| 20 | Friedel Decadt | ✓ | |
| 21 | Justine Decadt | ✓ | |
| 22 | Carolea Goldfarb | ✓ | |
| 23 | Noah Salz | ✓ | |
| 24 | Juan Pablo Trevisan | ✓ | |
| 25 | Lieve Wyseur | ✓ | |
| 26 | Yanjun Zhang | ✓ | |

*Count 27: Provision of Material Support or Resources to a Designated Foreign Terrorist Organization*

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| 27 | Material Support to a Terrorist Organization | ✓ | |

**Death Resulting.** If you find the defendant guilty of Count 27, please indicate whether the death of at least one person named in Counts One through Eight above resulted from that offense:

✓ Yes

____ No

2

### Count 28: Damage or Destruction of Motor Vehicle

| Count | Charge | Guilty | Not Guilty |
|---|---|---|---|
| 28 | Damage or Destruction of Motor Vehicle | ✓ | |

**Death Resulting.** If you find the defendant guilty of Count 28, please indicate whether the death of at least one person named in Counts One through Eight above resulted from that offense:

✓ Yes

___ No

Date: __1/26/2023__

[redacted] Foreperson

3