

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, **S1 17 Cr. 722 (VSB)**

Dear Judge Broderick:

    At the conference yesterday, the Court inquired whether the United States Penitentiary Florence – Administrative Maximum Facility could facilitate testimony by an inmate via two-way videoconference. We have confirmed with the facility that it can do so, with reasonable notice to ensure that the videoconferencing room is not otherwise booked.

    We understand the defense will provide tomorrow a proffer regarding the anticipated testimony of the inmate at issue. The Government will submit its position regarding the use of two-way videoconferencing promptly thereafter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Andrew Dember
    Amanda Houle
    Jason A. Richman
    Alexander Li
    Assistant United States Attorneys

cc: Defense counsel (*by ECF*)