```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :       17-CR-722 (VSB)
                -against-                                   :
                                                            :           ORDER
                                                            :
SAYFULLO HABIBULLAEVIC SAIPOV,                              :
                                                            :
                Defendant.                                  :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

In anticipation of the start of the penalty phase on Monday, February 13, 2023, it is hereby,

ORDERED that the Government provide me with a list of its anticipated witnesses for each day of trial, at least one night before the presentation of those witnesses.

IT IS FURTHER ORDERED that the Defense provide me with a copy of the witness list provided to the Government, as well as any subsequent updates since January 27, 2023.

SO ORDERED.

Dated: February 10, 2023
       New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge