UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | (S1) 17 Cr. 722 (VSB) |
| v. | : | |
| | : | |
| SAYFULLO SAIPOV, | : | ORDER |
| | : | |
| Defendant. | : | |

_____

Upon the request of the defendant, Sayfullo Saipov, by his counsel, David Patton, Esq. at the Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Detention Center, Brooklyn) and the United States Marshals Service accept the following additional clothing for Mr. Saipov, Register Number 79715-054, and permit him to wear it for appearances at trial:

1. Two sweaters;

2. four undershirts; and

3. four pairs of underwear.

Dated: New York, NY
       February 14, 2023

SO ORDERED:

_____
**Hon. Vernon S. Broderick**
**United States District Judge**