# Exhibit A

| | |
|---|---|
| CASE NAME: | United States v. Saipov |
| DATE: | August 22, 2018 |
| TIME: | 10:51 AM (approximate) |
| LANGUAGE: | Uzbek |
| PARTICIPANTS: | DEFENDANT - SAYFULLO SAIPOV<br>NOZIMA - NOZIMA ODILOVA |
| ABBREVIATION: | [U/I] - Unintelligible<br>*Italics* [RU] - Russian |



| | NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | 1203T – Segment A [00:07:11] | |
| 1 | NOZIMA | How are you? | Яхшимисиз? |
| 2 | DEFENDANT | Everything is *great* [RU] on my end, praise be to God. Everything is *great* [RU]. I am spending time, patiently, worshipping God beautifully, sending supplications in His name, and thanking Him for my fate. I truly believe that God willing, God willing, God willing, God has made beautiful plans for me, God willing, until then, I have to remain patient… | Манда ҳаммаси чўткий [RU], Алҳамдуллила. Ҳаммаси чўткий [RU], э чиройли ибодат қилиб Оллони зикрини қилиб Оллони э қадарига Алҳамдуллила диб ўтирибмиза сабр қилиб Худо ҳоласа, ман аниқ биламан Худо ҳоласа, Иншоллоҳ Оллоҳни манга белгилап қўйган чиройли планлари бор ҳали... |
| 3 | NOZIMA | [U/I]. | [U/I]. |
| 4 | DEFENDANT | … God willing, everything is going to be alright, everything. | ... Худо ҳоласа, ўшанга энди сабр қилиб турибмиза Худо ҳоласа яхши бўлиб кетади ҳаммаси. |
| 5 | NOZIMA | What… what is happening? | Нима… нима бўвотти? |
| | | [00:07:30] | |

| | **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| | 1203T – Segment B [00:10:13] | | |
| 1 | NOZIMA | [U/I]. | [U/I]. |
| 2 | DEFENDANT | Send my regards to everybody, ask how they are doing on my behalf, send my regards. Everybody must be badmouthing me now. | Мани номимдан ҳаммага саломимми этиб қўйгин мани номимдан ҳаммани сўраб салом этиб қўйгин. Ҳамма мани ёмонлавоткандур а. |
| 3 | NOZIMA | Not at all. | Йўғе. |
| 4 | DEFENDANT | Oh okay, don't pay attention to those that badmouth me. God willing, everything is going to be alright. You must be cursing me as well, aren't you? You must be saying, "I didn't know I married an unworthy husband." | Ҳаа, майли у ёмон ёмонлаганлар э а парво қилмелар. Худо ҳоласа ҳаммаси яхши бўлади санам мани росса сўквоткан бўсен кере а? "Ярамас эрим бор экан билми юрган эканман" диб. |
| 5 | NOZIMA | God forgive me. | Астофирилло. |
| | [00:10:36] | | |

| | |
|---|---|
| CASE NAME: | <u>United States v. Saipov</u> |
| DATE: | October 10, 2018 |
| TIME: | 10:04 AM (approximate) |
| LANGUAGE: | Uzbek |
| PARTICIPANTS: | DEFENDANT - SAYFULLO SAIPOV<br>MUKADDAS - MUKADDAS SAIPOVA<br>BONU - MUNISABONU GULOMOVA<br>UMIDA - UMIDA KHAITSHAYKHOVA |
| ABBREVIATION: | [U/I] - Unintelligible |



GOVERNMENT
EXHIBIT
1204T
17 Cr. 722 (VSB)

2

| | **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| | 1204T – Segment A [00:03:35] | | |
| 1 | DEFENDANT | I have a lot of chocolate piled up. | Тахланиб ётибди шоколадлар. |
| 2 | MUKADDAS | [U/I]. | [U/I]. |
| 3 | DEFENDANT | Chocolate. I have chocolate, and that attar [TN: prayer oil]. | Шоколад. Шоколад бор, анави мушкамбар. |
| 4 | MUKADDAS | Yes, yes, so you have. | Ха, ха, борми. |
| 5 | DEFENDANT | There are 4 brands of attar in my possession. I have everything here, as I said. Praise be to God. It is God's virtue. It is God's benefit, I have everything, as people say. I have everything I need. | Мушканбарни 4-таси турибди анави ерда. Хамма нарса айтяпманку бу ерда хамма нарса. Алҳамдулиллоҳ. Аллохнинг бу фазлида бу. Аллохни мархамати, хамма нарса бисёр, дейдику. Хамма нарса етарли. |
| | [00:03:54] | | |

| | NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|---|
| | | 1204T – Segment B<br>[00:06:13] | |
| 1 | BONU | [U/I] are you having a hard time? | [U/I] qiynalmayapsizmi? |
| 2 | DEFENDANT | Why? Why should I? I have the pleasure of learning the Quran, and have time for leisure. It is wonderful. Everything is all right. | Iye? Nimaga qiynalaman? Dam olib, maza qilib, bu qur'onlarni yodlab o'tiribman. Yahshi. Hammasi joyida manda. |
| 3 | BONU | [U/I]. | [U/I]. |
| 4 | DEFENDANT | Don't worry about me at all. Everything is just perfect for me. Everything is alright. Eh, I am reading surahs and learning the Quran with patience now. Now I switched to learning very long and extensive surahs. | Mandan umuman havotir olishga o'rin yo'q. Hammasi chotkiy manda. Hammasi yahshi. Eeh, sabr qilib, mana Qur'onlarni yodlavomman, suralarni yodlavomman hozir. Hozir kata- katta sura, uzun-uzun suralarni yodlashga o'tganman hozir. |
| | | [00:06:38] | |

| | **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| | \multicolumn{3}{c}{1204T – Segment C [00:08:11]} | |
| 1 | UMIDA | How are you? | Яхшисиз? |
| 2 | DEFENDANT | Everything is good with me. | Manda hammasi yahshi. |
| 3 | UMIDA | How is your health? | Соғлиқларизгиз яхшими? |
| 4 | DEFENDANT | Yes, I am safe and sound. Everything is alright. Praise be to God. | Ha, sog'liklar joyida. Hammasi yahshi. Alhamdulliloh. |
| 5 | UMIDA | How is your health? | Соғлиқларизгиз яхшими? |
| 6 | DEFENDANT | Everything is perfect. No. Everything is perfect with me. Everything is good. Praise be to God. | Hammasi chotkiy. Yo'q. Endi men hamma yog'im chotkiy. Hamma yog'im yahshi. Alhamdulliloh. |
| 7 | UMIDA | Okay, good! | Ха, яхши! |
| 8 | DEFENDANT | I have a good time here. Everything is fine. How about you? Do you say prayers on time? | Sekin o'tiribmiza damlarni olib. Yahshi hamma joyda. Qanaqa? O'zing namozlarni vaqtida o'qivossanmi? |
| 9 | UMIDA | [U/I]. | [U/I]. |
| | \multicolumn{3}{c}{[00:08:28]} | |

| | |
|---|---|
| CASE NAME: | United States v. Saipov |
| DATE: | January 23, 2019 |
| TIME: | 09:54 AM (approximate) |
| LANGUAGE: | Uzbek |
| PARTICIPANTS: | DEFENDANT - SAYFULLO SAIPOV<br>KHABIBULLA - KHABIBULLA SAIPOV |
| ABBREVIATION: | [U/I] - Unintelligible |



2

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
|  | 1207T – Segment A [00:03:13] | |
| 1 DEFENDANT | I am on part 29 right now and memorizing part 29. | Энди 29-чи порага келдим, 29-чи порани ёдлаяпман хозир. |
| 2 KHABIBULLA | Okay… | Ҳа… |
| 3 DEFENDANT | I am learning part 29 right now. praise be to God, I will memorize it quickly with God's will. Well… it's okay, with that I have some great deeds waiting ahead… so that, ah… I have to prepare. There is a great reason why I am here now. God is preparing me for something big. I have big, very big plans ahead of me, and then all will be good, God willing. | 29-чи порани ёдлаяпман хозир, Алҳамдулиллах хозир уни хам Худо хохласа тезроқ ёдлаб оламан. Шу билан… майли хали олдинда катта катта ишлар кутяпти... ўшанга эхх... тайинланишим керак ман. Аллох, бу бу ерда ўтиришимни катта хикматлари борда, Аллох битта нарсага мани тайинлаяпти. Катта катта хали олдинда ишларим бор, ўшанга Худо хохласа хали хаммаси яхши бўлади. |
| 4 KHABIBULLA | [U/I]. | [U/I]. |
|  | [00:03:43] | |

| | |
|---|---|
| CASE NAME: | <u>United States v. Saipov</u> |
| DATE: | January 23, 2019 |
| TIME: | 10:10 AM (approximate) |
| LANGUAGE: | Uzbek |
| PARTICIPANT: | DEFENDANT - SAYFULLO SAIPOV |



GOVERNMENT EXHIBIT 1208T
17 Cr. 722 (VSB)

2

|   | **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
|   | 1208T – Segment A [00:08:10] | | |
| 1 | DEFENDANT | Uh, this dumb ass came, this... uh, someone... or the lawyer? Sent me a letter asking for my permission! I am going to shove him back into his mother's, that fuckin'… who the fuck dares to write a letter to me like that. I will shove him back into his mother, dumb asses. That fuckin' face… that damned, filth. He must not write to me, ever. You shouldn't be ... without a headscarf in the pictures anymore. What am I... I never... I am not an irresponsible husband who lets his wife be seen freely by other men. Your stupid self, come on, give it to Aisha... Aisha? | Э, далбаёб, анави келди, анави... Кимдир... анави адвокатими? Хат жўнатиб юборибди манга, мумкинми! Э онасиникига тиқиб қўяман, у бестағонни... Ким на хуй у манга, ўзича хам ёзади. Онасиникига тиқаман, хаммасини далбаёбларни. Башарасига хуйим, хамма нажас, исқирт, ифлосларни. Манга у умуман ёзмасин у нарса. И умуман, сан бе... бехижоб тушма. Ман нима... ман анақангиманми а... Ман хеч а... даюсмасман ман унақа. Тупой, калленга сани. Қани Ойишага бер... Ойиша? |
| | | [00:08:46] | |

| | |
|---|---|
| CASE NAME: | <u>United States v. Saipov</u> |
| DATE: | May 22, 2019 |
| TIME: | 10:33 AM (approximate) |
| LANGUAGE: | Uzbek |
| PARTICIPANTS: | DEFENDANT - SAYFULLO SAIPOV<br>BONU - MUNISABONU GULOMOVA |
| ABBREVIATION: | [U/I] - Unintelligible |



GOVERNMENT EXHIBIT 1212T
17 Cr. 722 (VSB)

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | 1212T – Segment A [00:08:50] | |
| 1    DEFENDANT | Exactly on time. They serve it right away when it is time to break my fast. Breaking fast... they wait for it. The food is served hot right away when I need to break my fast. Praise be to God, great. | Минут-минутига қилиб беради. Оғиз очишим билан, сразу булар беради. Оғиз оч... кутиб туради. Оғиз очишим билан, сразу вақт бўлиши билан, овқатларни иссиққина беради. Алҳамдулиллах, яхши. |
| | [00:09:00] | |

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| 1212T – Segment B [00:09:23] | | |
| 1  DEFENDANT | No, no. I do not need money. Do not deposit [money] any longer. I do not need any money. Uh… everything is free of charge here. Uh... I have everything I need here. | Йўқ, йўқ. Э пул керак эмас манга. Бошқа ташламанглар. Манга пул-мул керак эмас. У... бу ерда хамма нарса текин. У... хамма нарса бор бу ерда. |
| [00:09:33] | | |

| | **NAME** | **ENGLISH TRANSLATION** | **ORIGINAL LANGUAGE** |
|---|---|---|---|
| | 1212T – Segment C [00:10:39] | | |
| 1 | DEFENDANT | Everything is wonderful. Oh, we will be remembering these days soon. "Wow, the days were like this, like that... that we used to be in places like that…" | Хаммаси чиройли. Э бу кунларни эслаб юрамиз хали, борку. "Вой, мана бунақа кунлар бўлган эди, мана бунақа... мана бунақа жойларда ўтиргандик..." |
| 2 | BONU | [U/I]. | [U/I]. |
| | [00:10:47] | | |

4