UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA          :
:
:          S1 17-CR-722 (VSB)
-against-                        :
:          **ORDER**
:
SAYFULLO HABIBULLAEVIC SAIPOV,    :
:
Defendant.                 :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  In accordance with my request on February 3, February 14, and February 23, 2023, it is hereby

  ORDERED that by end of day on Tuesday, February 28, 2023, the Defense provide me with the number of people in the following categories for each year beginning with 2018 through the present who have worked on this case:

- Lawyers

- Volunteer attorneys

- Other, non-legal volunteers

- Paralegals

As I indicated on the record, I am only asking for the number of individuals and not any names. If the Defense believes this information is attorney work product or otherwise confidential, Defense may file a redacted version of this list on the docket.

SO ORDERED.

Dated: February 24, 2023
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge