UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                :
UNITED STATES OF AMERICA       :
                                                :
                                                :        S1 17-CR-722 (VSB)
                -against-             :
                                                :        **ORDER**
                                                  :
SAYFULLO HABIBULLAEVIC SAIPOV,  :
                                                :
                Defendant.          :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       In addition to raising any issues with the proposed sentencing date, (*see* Doc. 784), the parties shall also include in their response on April 12, 2023 whether or not there are any objections to the jurors attending the sentencing.

SO ORDERED.

Dated:  April 4, 2023
          New York, New York

                                                                          Vernon S. Broderick
                                                                          United States District Judge