

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2023

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

    Re:    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

    Pursuant to the Court's order dated March 29, 2023, (Dkt. 784), the Government writes to advise the Court that the Government does not object to the sentencing date of May 17, 2023. The Government anticipates that approximately 30 victims and family members will attend the sentencing, and that many of them will wish to address the Court. In addition, victims and family members who are unable to attend the sentencing may present written or recorded materials. We expect that the victims and family members will keep their remarks to approximately 5-10 minutes each. To the extent the Court is available, and wishes, to begin the sentencing earlier in the day, the Government, and the victims are available.

    The Government does not object to the jurors attending the sentencing. (Dkt. 786).

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: \_\_\_\_\_/s/_____
    Andrew Dember
    Amanda Houle
    Jason A. Richman
    Alexander Li
    Assistant United States Attorneys

cc: Defense counsel (*by ECF*)