UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,       :
:
-against-        :
:    S1 17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC          :
SAIPOV,                          :    **ORDER**
                    Defendant.  :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It is hereby ORDERED that the sentencing of Defendant Sayfullo Saipov shall take place on Wednesday, May 17, 2023, at 9:00 A.M.

IT IS FURTHER ORDERED that the sentencing will take place in Courtroom 24B. Once Courtroom 24B reaches capacity, Courtroom 23B will be used as an overflow room. Any victims and victim's family members in attendance will be given priority seating in Courtroom 24B. *See* 18 U.S.C. § 3510. All other seating in Courtroom 24B—with the exception of limited seating reserved for the media—will be available on a first-come, first-serve basis. Masking in Courtroom 24B will be optional.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge