UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
            :
UNITED STATES OF AMERICA          :
            :
     -against-           :
            :      S1 17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC SAIPOV,  :
            :      **ORDER**
    Defendant.        :
            :
-------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

I am in receipt of the Defense letter dated June 16, 2023, requesting that I vacate my previous order requesting the number of people who worked on this matter from 2018 through the present, or in the alternative stay the order pending appeal. (Doc. 806.) Accordingly, it is hereby

ORDERED that the parties appear for a conference in Courtroom 518 on Thursday, June 22, 2023 at 3:00 P.M.

IT IS FURTHER ORDERED that Defense counsel email my Chambers by close of business today indicating whether Mr. Saipov intends to waive his appearance at the conference. SO ORDERED.

Dated: June 20, 2023
      New York, New York

                                           Vernon S. Broderick
                                           United States District Judge