UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               :
UNITED STATES OF AMERICA               :
               :               S1 17-CR-722 (VSB)
      -against-               :
               :               **ORDER**
               :
SAYFULLO HABIBULLAEVIC SAIPOV,  :
               :
          Defendant.     :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On February 24, 2023, Towaki Komatsu emailed a letter to the Criminal Docketing Unit purportedly moving to intervene in this case as a non-party. I provided a copy of the letter to the parties and confirmed that neither party was aware of, nor had any involvement with, Mr. Komatsu. (Tr.[1] 3056:1–3057:11.) In accordance with my comments made on February 28, 2023, the motion to intervene is DENIED.

       Since 2020, Mr. Komatsu has filed similar meritless, non-party requests — usually motions to intervene under Federal Rule of Civil Procedure 24 — in at least thirteen cases, and various judges of this court have denied his motions. *See, e.g., Nat'l Coal. on Black Civic Participation v. Wohl*, 20-CV-8668, ECF No. 115 (S.D.N.Y. May 28, 2021); *People of the State of New York v. City of New York*, 21-CV-322, ECF No. 88 (S.D.N.Y. Apr. 28, 2021); *Chinese Am. Citizens Alliance Greater New York v. New York City Dep't of Educ.*, 20-CV-8964, ECF No. 25 (S.D.N.Y. Feb. 22. 2021); *Women for Am. First v. De Blasio*, 20-CV-5746, ECF No. 12 (S.D.N.Y. Aug. 18, 2020); *Unif. Fire Officers Ass'n v. DeBlasio*, 20-CV-5441, ECF No. 108

---

[1] "Tr." refers to the trial transcript from February 28, 2023.

(S.D.N.Y. Aug. 13, 2020).  In fact, these filings were so meritless that all future filings by Mr. Komatsu in cases to which he is not a party are subject to a filing injunction.  *See Butler v. City of New York*, No. 15-CV-3783 (VEC), 2021 WL 4306951, at *2 (S.D.N.Y. Sept. 2, 2021).  Not only is the request to intervene in this action completely meritless, but there is also no Federal Rule of Criminal Procedure comparable to Federal Rule of Civil Procedure 24(b) that would allow Mr. Komatsu to intervene as a non-party in this criminal case.  Accordingly, Towaki Komatsu's letter motion to intervene is DENIED.

SO ORDERED.

Dated: June 23, 2023
      New York, New York

Vernon S. Broderick
United States District Judge