UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA,         :

                v.                             :         S1 17-CR-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :
                                                         :         **ORDER**
                       Defendant.  :
                                                          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Clerk of Court is respectfully directed to unseal and file docket number 598, Sealed Opinion and Order re motions in limine, filed on October 7, 2022.

SO ORDERED.

Dated:  June 27, 2023
           New York, New York

                                                             _____
                                                              Vernon S. Broderick
                                                             United States District Judge