**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2023

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.   9/11/23

Re:   **United States v. Sayfullo Saipov**
          **17 Cr. 722 (VSB)**

Dear Judge Broderick,

    We write to request that the Court permit another two-week extension to our deadline to file a letter with the defense position regarding the government's proposed restitution amount, to September 22, 2023.

    We still have not been able to speak with Mr. Saipov about the Government's application. We have been working diligently with the authorities at the Florence Correctional Complex in order to have a proper legal call, with an interpreter, but to date, we have been unsuccessful. We have reached out to the Government, too, regarding the difficulty, and we hope to have it resolved in the next two weeks.

    The government, by Assistant United States Attorney Zander Li, has no objection to this request.

Respectfully submitted,

/s/
David E. Patton
Counsel for Sayfullo Saipov