UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
UNITED STATES OF AMERICA                                  :
:
    -against-                                             :
:                         17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC SAIPOV,                            :
:                         **ORDER**
        Defendant.                                        :
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    On September 25, 2023, I granted Defendant's request to adjourn the deadline for his letter regarding his position on the Government's proposed restitution amount. (Doc. 854.) Following this adjournment, Defendant's deadline to file the letter was October 13, 2023. (*Id.*) To date, Defendant has not filed the letter, nor requested additional time to do so.

    IT IS ORDERED that Defendant file the letter explaining his position on the Government's proposed restitution amount, or file a letter demonstrating good cause for the delay, on or before October 18, 2023.

SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge