UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA        :
:
-against-                       :
:   17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC SAIPOV,  :
:        **ORDER**
Defendant.                      :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 11, 2023, the Government filed a proposed restitution order. (Doc. 846.) On October 17, 2023, Defendant filed a letter explaining that he objects to the Government's request as "speculative and unsubstantiated." (Doc. 856.)

IT IS ORDERED that the Government file a response to the October 17 letter, with any necessary exhibits or declarations attached thereto, on or before October 27, 2023.

SO ORDERED.

Dated: October 19, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge