UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA         :

          -against-               :
                                                            :     17-cr-722 (VSB)

SAYFULLO HABIBULLAEVIC SAIPOV,  :
                                                            :        **ORDER**
            Defendant.          :
                                                            :
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

       I am in receipt of the Government's proposed restitution order, (Doc. 846-1), and Defendant's objection to a portion of the restitution amount, (Doc. 856). The Defendant's letter contains certain redactions relating to information that I intend to reference in a forthcoming Opinion and Order. (See *id*. at 2.) The Government's submission does not contain any redactions.

       IT IS ORDERED that the parties file a joint letter on or before Monday, January 22, 2024 explaining whether the Opinion and Order should be filed in redacted form to account for the above-referenced redacted information.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge